JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 631 -- In re A.H. Robins Co., Inc. "Dalkon Shield" IUD Products Liability Litigation (No. II)

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 85/01/18 | 1 | MOTION, BRIEF, SCHEDULE, EXHIBITS, CERTIFICATE OF SERVICE -- deft. A. H. Robins Company, Inc. -- SUGGESTED TRANSFEREE DISTRICT: EASTERN DISTRICT OF VIRGINIA; SUGGESTED TRANSFEREE JUDGE; ? (rh)   DO NOT USE THIS SCHEDULE SEE PLDG. NO. 15 |
| 85/01/28 | 2 | REQUEST FOR EXTENSION OF TIME TO FILE APPEARANCE -- Pltf. Intervenors -- GRANTED to & including January 31, 1985 -- Notified counsel (rh) |
| 85/02/01 | 3 | RESPONSE -- Barbara Wolf, et al. -- w/attachment and cert. of service (cds) |
| 85/02/01 | 4 | RESPONSE -- Anne Beck -- w/cert. of service (cds) |
| 85/02/04 | 5 | REQUEST FOR EXTENSION OF TIME (W/ATTACHMENTS) -- Florence J. Uhrmacher -- GRANTED TO ALL PARTIES TO AND INCLUDING FEBRUARY 19, 1985 (cds) |
| 85/02/04 | 6 | MOTION FOR CONSOLIDATION OF ISSUES PENDING IN MDL-211 AND MDL-631 -- Plaintiffs Lead Counsel in MDL-211 --w/Attachments and partial certificate of service (cds) |
| 85/02/04 | 7 | NOTICE OF EXCLUSION -- plaintiffs Berlin, Bower, Case, Drahos, Gates, Gillespie, Hanson, Krom, Lesemann, Longwill, Natzke, Peters, Pope, Scully, Silverberg, Towns and Wagner -- NO CERT. OF SERVICE (cds) |
| 85/02/06 | 8 | REQUEST FOR EXTENSION OF TIME -- pltfs. Faith Shuck; Cheryl Abrahamson; Sheryl Jorgenson -- GRANTED to including February 19, 1985. Notified counsel (rh) |
| 85/02/12 |  | ORDER -- Regarding deficiencies in motion papers (Pleading No. 1) allowing A. H. Robins time until March 13, 1985 to produce an accurate listing of actions, parties and counsel subject to motion. A. H. Robins must designate any action subject to this motion that is presently included in centralized proceedings in the District of Kansas, or previously included in MDL-211 and since remanded. The fifteen day period for filing responses to motion will recommence upon notification to the parties. All parties are to notify the Panel regarding any development in any action which would partially or completely moot the matter before the Panel. Notified Panel Attorney Service List (Part 1 and 2), Judge Theis and Involved Clerks. (rew) |

631     In re A. H. Robins Co., Inc. "Dalkon Shield" IUD Products Liability Litigation (No. II)

| | | |
|---|---|---|
| 85/02/05 | | PANEL ATTORNEY SERVICE LIST dated 2/5/85 filed today -- two parts: Part 1, appearances received, Part 2 no appearances received (see appearance folder) (cds) |
| 85/02/15 | 9 | RESPONSE -- filed by Atty. John T. Baker on behalf of 37 Colorado plaintiffs -- w/cert. of service (cds) |
| 85/02/19 | 10 | RESPONSE -- filed by atty Walter G. Campbell, Jr., Esq. for plaintiffs Faremouth and Grose -- w/cert. of service (cds) |
| 85/02/19 | 11 | RESPONSE (adopting MDL-211 plaintiffs response) -- Donna Faremouth and Barbara Grose -- w/cert. of service (cds) |
| 85/02/20 | 12 | RESPONSE -- filed by atty. Anthony J. Klein on behalf of 108 California plaintiffs -- w/cert. of service (cds) |
| 85/03/07 | | PANEL ATTORNEY SERVICE LIST AMENDED March 7, 1985 (ds) Copies were mailed to A.H. Robins Co., Inc. and Robert E. Manchester. (ds) |
| 85/04/05 | 13 | LETTER (Re: Status of certain actions) -- A.H. Robins Co. (signed by Barbara Ann Williams--McGuire,Woods & Battle) -- served main pltfs. counsel (emh) |
| 85/04/08 | 14 | LETTER -- (Re: Status of certain actions) --A.H. Robins Co. (signed by Barbara Ann Williams) (emh) |
| 85/04/12 | | HEARING ORDER -- Setting motion of A.H. Robins for transfer of actions to the Eastern District of Virginia, for Panel hearing on May 16, 1985, in Wash., D.C. (ds) |
| 85/04/12 | | PANEL ATTORNEY SERVICE LIST dated 4/5/85 filed today (ds) |
| 85/04/12 | 15 | REVISED SCHEDULE OF CASES -- submitted on March 13, 1985 -- in compliance with Panel Order dated 2/12/85 (emh) |
| 85/04/23 | 16 | RESPONSE AND OBJECTION -- Geraldine Bischoff and Ed Johnson -- w/cert. of service (cds) |
| 85/04/25 | | REVISED PANEL ATTORNEY SERVICE LIST APPEARANCES FILED TODAY -- sent out three pages with changes out today to all counsel (cds) |
| 85/04/29 | 17 | SUPPLEMENTAL MEMORANDUM -- filed by MDL-211 lead counsel for plaintiffs and certain MDL-631 plaintiffs listed on appendix A and cert. of svc. (ds) |

631    In re A. H. Robins Co., Inc. "Dalkon Shield" IUD Products
       Liability Litigation (No. II)


85/04/29   18   RESPONSE -- Kathy Downs (A-1458) -- w/cert. of service  (cds)

85/04/30   19   ADOPTIONS TO MDL-211/MDL-631 PLAINTIFFS' RESPONSE THAT WERE
                NOT LISTED ON APPENDIX A OF PLDG. #17 -- proper service was
                not made.  (cds)

85/05/01   20   AFFIDAVIT/RESPONSE -- Dennis B. Conklin, counsel for
                plaintiffs Jeannette Braxton-Secret, Ninth Circuit case; Carla
                Donaldson (A-1840); Claire Holland (A-315); Maxine Horn
                (A-69); Ellen Jacobs, et al. (A-316); Diana Mountain (A-317;
                Judith Rosenblad (A-235) and Antoinett Razinha (not listed)
                w/cert. of svc.  (ds)

85/05/01   21   RESPONSES TO A.H. ROBINS MOTION TO TRANSFER TO THE EASTERN
                DISTRICT OF VIRGINIA -- Plaintiffs -- proper service was not
                made.  (ds)

84/05/02        AMENDED CERTIFICATE OF SERVICE -- plaintiffs counsel in MDL-211
                  (attached to pldg. #17  (cds)

85/05/02   22   RESPONSE -- (A-84) pltf. Renee Louise Resendez -- w/cert. of
                svc. (rh)

85/05/02   23   RESPONSE -- (A-602) pltf. Denise Sanchez, et al. -- w/cert.
                of svc. (rh)

85/05/06   24   REBUTTAL MEMORANDUM OF A.H. ROBINS COMPANY, INC. IN SUPPORT
                OF ITS MOTION TO TRANSFER TO THE EASTERN DISTRICT OF VIRGINIA
                -- A.H. Robins Company -- w/cert. of svc. (rh)

85/05/06   25   RESPONSE -- (A-610) pltf. Judith Hendricks, et al. -- w/cert.
                of svc.

85/05/06   26   RESPONSE -- (A-1327) plft. Nancy Dickens, et al. -- w/cert.
                of svc. (rh)  and appearance.

85/05/07   27   CORRECTION TO APPEARANCE LIST -- (re A-1809 - Milller &
                A-1812 - Wright) (rh)

JPML FORM 1A

G4

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _631_ -- In re A.H. Robins Co., Inc. "Dalkon Shield" IUD Products Liability Litigation

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 85/05/08 | 28 | CORRECTION TO APPEARANCE LIST -- A-1401 Georgia Daugherty dismissed 3/4/85; A-632 Richard Mouous new address; DOUGLAS W. THOMSON, ESQ. for Birge (A-436), Dunn (A-449) Kesler (A-471) Krauth (A-1279), Blank (A-1493), Butterworth (A-1499), Colligan (A-1504), Holmes (A-1543), Hyatt (A-1546), Ingalls (A-1547), Jones (A-1550), Newell (A-1582), Reppert (A-1596), Slater (A-1613), Sterling (A-1619), Forest (A-1642), Casto (A-1655), Casto (A-1655), Mackler (A-1686), (new case) Karen K. Chamberlain (rh) |
| 85/05/14 | 29 | RESPONSE -- (A-714) Plft. Mark Seeger, et al. -- w/cert. of svc. (rh) |
| 85/05/14 | 30 | CORRECTION TO MDL PASL -- Corrected p.11 (A-527) address changed to Hoberman & Pollack (see page 11) (rh) |
| 85/05/15 | | HEARING APPEARANCES: GRIFFIN B. BELL, ESQ. for A.H. Robins; BRADLEY POST, ESQ. for Plaintiffs; ROBERT E. MANCHESTER, ESQ. for Plaintiffs; DOUGLAS BRAGG, ESQ. for Plaintiffs; JULIE C. REEDY, ESQ. for Kathy Downs, et al.; DENNIS B. CONKLIN, ESQ. for Maxine Horn, et al.; JOHN A. COCHRANE, ESQ. for Angela Rose Bigley, et al.; and PETER S. FLEITMAN, ESQ. for Dawn Smith, et al. (cds) |
| 85/05/15 | | WAIVERS OF ORAL ARGUMENT: See official file (cds) |
| 85/05/20 | 31 | CORRECTED TO PASL -- pages 19 -24 MICHAEL A. PRETL, ESQ. for A-769, 770, 771, 772, 773, 774, 775, 777, A-780-789, A-791-796, A-799-802, A-809, A-811, A-813-A-819, A-823, A-825, A-828-835, A-837-850, A-856-862, A-866-878, A-881-883, A-886, A-891-893, A-901-910, A-914-924, A-927-929, A-934-971, A-973, A-977, A-981, A-983-1015 and Address Corrected p. 14, PASL SCHUTTER CAYETANO PLAYDON, ESQ. for A-639 and A-646 (rh) |
| 85/05/28 | | ORDER (denying transfer of actions) -- NOTIFIED INVOLVED JUDGES, CLERKS, COUNSEL, MISC. RECIPIENTS AND PUBLISHERS (cds) |

JPML FORM 1A

## DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 631 --

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 85/05/29 | 32 | ADOPTION TO MDL-211/MDL631 -- (A-1250) Rich Counsel for plft. Bradley Post -- proper service was not made (rh) |
| 85/05/29 | 33 | CORRECTED TO PASL AND SCHEDULE -- A-566 Williams-Davis (case settled), A-569 Weitz (case has been concluded), A-623 Sisto (case is concluded), A-766 Counsel Address change, A-1438 Boscher (taken off mailing list), A-1459 Ryan (case is concluded), A-1464 (taken off mailing list) (rh) |

JPML Form 1

Revised: 8/78

## DOCKET NO. 631 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE A. H. ROBINS CO., INC. " DALKON SHIELD" IUD PRODUCTS LIABILITY LITIGATION (NO. II)

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 5/16/85 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 5/28/85 | MO | 610 F. Supp. 1099 | | | |
| | DENIED | | | | | |

### Special Transferee Information

DATE CLOSED: 5/28/85

# OFFICIAL DOCKET SHEET

Page 1

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|----------|---------|----------|----------|-------|-------|
| | | Middle District of Alabama | | | |
| A-1 | Beatrice D. Fordham v. A.H. Robins Co., Inc. | M.D.Ala. | 84-H-1641-N | Hobbs | |
| | | Northern District of Alabama | | | |
| A-4 | Joyce A. Smith, et al. v. A.H. Robins Co., Inc. | N.D.Ala. | 80-P-0907S | Pointer | 211-T/R L-522 |
| | | Southern District of Alabama | | | |
| A-2 | Deborah C. Herzog v. A.H. Robins Co., Inc. | S.D.Ala. | 84-1119-H-5 | Hand | |
| | | District of Alaska | | | |
| A-6 | Beverly Elmore v. A.H. Robins Co., Inc., et al. | Alaska | A83-452 | Holland | |
| A-7 | Linda Heinrichson v. A.H. Robins Co., Inc. | Alaska | A84-470 | Holland | |
| A-8 | Sharon Desatoff v. A.H. Robins Co., Inc. | Alaska | A84-471 | Holland | |
| A-9 | Patricia Victor, et al. v. A.H. Robins Co., Inc. | Alaska | A84-483 | Holland | |
| A-10 | Jacqueline Loucks, et al. v. A.H. Robins Co., Inc. | Alaska | A84-484 | Holland | |
| A-11 | Virginia Sullivan, et al. v. A.H. Robins Co., Inc. | Alaska | A84-486 | Holland | |
| A-12 | Gretchen Anderson, et al. v. A.H. Robins Co., Inc. | Alaska | A84-487 | Holland | |
| A-13 | Yvonne Yarber v. A.H. Robins Co., Inc. | Alaska | A84-488 | Holland | |
| A-14 | Mary Jo Arterburn, et al. v. A.H. Robins Co., Inc. | Alaska | A84-489 | Holland | |
| A-15 | Catherine Lemlyn, et al. v. A.H. Robins Co., Inc. | Alaska | A84-490 | Holland | |
| A-16 | Jeanne F. Johnson v. A.H. Robins Co., Inc. | Alaska | A84-491 | Holland | |
| A-17 | Eugenia E. Wright v. A.H. Robins Co., Inc. | Alaska | A84-492 | Holland | |
| A-18 | Barbara J. Fuller, et al. v. A.H. Robins Co., Inc. | Alaska | A84-493 | Holland | |
| A-19 | Kathryn S. Johnston v. A.H. Robins Co., Inc. | Alaska | A84-494 | Holland | |
| A-20 | Mary K. Comstock, et al. v. A.H. Robins Co., Inc. | Alaska | F83-109 019 | Holland | |
| A-21 | Judith E. Davis, et al. v. A.H. Robins Co., Inc. | Alaska | J84-022 | Holland | |
| A-22 | Susanna Williams v. A.H. Robins Co., Inc. | Alaska | A84-521 | Holland | |
| A-23 | Connie Faipeas, et al. v. A.H. Robins Co., Inc. | Alaska | A84-528 | Holland | |
| A-24 | Dorenda Gatto v. A.H. Robins Co., Inc. | Alaska | A84-523 | Holland | |
| A-25 | Priscilla Mahle, et al. v. A.H. Robins Co., Inc. | Alaska | A85-011 | Holland | |
| | | District of Arizona | | | |
| A-26 | Constance Paine Berlin, et al. v. A.H. Robins Co., Inc. | Ariz. | CIV-81-484-TUC-RCB | Belloni | Closed 2/20/85 |
| A-27 | Mildred Bower, et al. v. A.H. Robins Co., Inc. | Ariz. | CIV-83-281-TUC-RCB | Belloni | Closed 2/20/85 |
| A-28 | Linda K. Case, et al. v. A.H. Robins Co., Inc. | Ariz. | CIV-82-577-TUC-RCB | Belloni | Closed 2/20/85 |

Denied Section 1407 transfer    MO   5/28/85



610 F Supp 1099

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|----------|---------|----------|----------|-------|-------|
| A-29 | Patricia Drahos, et al. v. A.H. Robins Co., Inc. | Ariz. | CIV-82-309-TUC-RCB | Belloni | Closed 2/20/85 |
| A-30 | Laurel Gillespie, et al. v. A.H. Robins Co., Inc. | Ariz. | CIV-82-091-TUC-RCB | Belloni | Trial 2/4/85 |
| A-31 | Susan Hanson, etc. v. A.H. Robins Co., Inc. | Ariz. | CIV-83-658-TUC-RCB | Belloni | Trial 2/4/85 |
| A-32 | Gail Longwill, etc. v. A.H. Robins Co., Inc. | Ariz. | CIV-82-090-TUC-RCB | Belloni | Trial 2/4/85 |
| A-33 | Cynthia L. Natzke, et al. v. A.H. Robins Co., Inc. | Ariz. | CIV-81-389-TUC-RCB | Belloni | |
| A-34 | Janet Peters, etc. v. A.H. Robins Co., Inc. | Ariz. | CIV-82-311-TUC-RCB | Belloni | Trial 2/4/85 |
| A-35 | Sandra Pope, et al. v. A.H. Robins Co., Inc. | Ariz. | CIV-83-657-TUC-RCB | Belloni | Trial 2/4/85 |
| A-36 | Anne Shipley, et al. v. A.H. Robins Co., Inc. | Ariz. | CIV-82-308-TUC-ACM | Marquez | Dis'd-1/11/85 |
| A-37 | Linda Silverberg v. A.H. Robins Co., Inc. | Ariz. | CIV-82-771-TUC-RCB | Belloni | |
| A-38 | Eva Towns, et al. v. A.H. Robins Co., Inc. | Ariz. | CIV-85-0069-TUC-RCB | Belloni | |
| A-39 | Perri Krom, et al. v. A.H. Robins Co., Inc. | Ariz. | CIV-85-0070-TUC-RCB | Belloni | |
| A-40 | Dorothea G. Bush v. A.H. Robins Co., Inc. | Ariz. | CIV-82-1687-TUC-RCB | Belloni | |
| A-41 | John A. Daley, et al. v. A.H. Robins Co., Inc. | Ariz. | CIV-82-768-TUC-RCB | Belloni | |
| A-42 | Thomas Jordan, et al. v. A.H. Robins Co., Inc. | Ariz. | CIV-82-769-TUC-RCB | Belloni | |
| A-43 | Jacquelyn J. Preston, et al. v. A.H. Robins Co., Inc. | Ariz. | CIV-82-770-TUC-RCB | Belloni | |
| A-44 | Karen Hebl, et al. v. A.H. Robins Co., Inc. | Ariz. | CIV-83-107-TUC-RCB | Belloni | |

## Northern District of California

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|----------|---------|----------|----------|-------|-------|
| A-45 | Shayne Janna Ginsberg v. A.H. Robins Co., Inc. | N.D.Cal. | C84-7906-RHS | Schnacke | |
| A-46 | Elaine Andrews, et al. v. A.H. Robins Co., Inc. | N.D.Cal. | C-84-0232-WHO | Orrick | |
| A-47 | Doreen Anthony v. A.H. Robins Co., Inc. | N.D.Cal. | C-84-0222-WHO | Orrick | |
| A-48 | Ester A. Arney v. Dalkon Corporation, et al. | N.D.Cal. | C-83-2157-SW | Williams | |
| A-49 | Paulette Baker v. A.H. Robins Co., Inc. | N.D.Cal. | C-84-0871-WHO | Orrick | |
| A-50 | Arlene Beard v. A.H. Robins Co., Inc. | N.D.Cal. | C-83-3280-SW | Williams | |
| A-51 | Cynthia Brown, et al. v. A.H. Robins Co., Inc. | N.D.Cal. | C-83-6026-WHO | Orrick | |
| A-52 | Kathleen Brown v. A.H. Robins Co., Inc., et al. | N.D.Cal. | C-84-20175-RPA | Aguilar | |
| A-53 | Janet Patricia Brown v. A.H. Robins Co., Inc., et al. | N.D.Cal. | C-84-20470-WAI | Ingram | |
| A-54 | Jill Brown, et al. v. A.H. Robins Co., Inc. | N.D.Cal. | C-83-6098-WHO | Orrick | |
| A-55 | Elizabeth Dietz, et al. v. A.H. Robins Co., Inc. | N.D.Cal. | C-83-5965-WHO | Orrick | |
| A-56 | Judith Farnsworth, et al. v. A.H. Robins Co., Inc. | N.D.Cal. | C-84-0235-WHO | Orrick | |
| A-57 | Janette Gay Feasby v. A.H. Robins Co., Inc., et al. | N.D.Cal. | C-84-20099-RPA | Aguilar | |
| A-58 | Mary Finley v. A.H. Robins Co., Inc. | N.D.Cal. | C-83-6118-WHO | Orrick | |
| A-60 | Carlyse Ford v. A.H. Robins Co., Inc. | N.D.Cal. | C-83-5928-WHO | Orrick | |
| A-61 | Sandy Franklin v. A.H. Robins Co., Inc., et al. | N.D.Cal. | C-83-3435-SW | Williams | |
| A-62 | Linda L. Galloupe O'Yang v. A.H. Robins Co., Inc., et al. | N.D.Cal. | C-84-0739-SC | Conti | |

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|---|---|---|---|---|---|
| A-63 | Robin Golden v. A.H. Robins Co., Inc., et al. | N.D.Cal. | C-84-6418-MHP | Patel | |
| A-64 | Benito Gonzales, etc. v. A.H. Robins Co., Inc., et al. | N.D.Cal. | C-84-20249-WAI | Ingram | |
| A-65 | Twila Griffith v. A.H. Robins Co., Inc. | N.D.Cal. | C-84-0557-SW | Williams | |
| A-66 | Natasha Jane Haehlene, et al. v. A.H. Robins Co., et al. | N.D.Cal. | C-84-6168-AJZ | Zirpoli | |
| A-67 | Catherine Hansell, et al. v. A.H. Robins Co., Inc. | N.D.Cal. | C-83-5449-MHP | Patel | |
| A-68 | Patricia Herrera v. A.H. Robins Co., Inc. | N.D.Cal. | C-83-5966-WHO | Orrick | |
| A-69 | Maxine L. Horn v. A.H. Robins Co., Inc., et al. | N.D.Cal. | C-80-3459-WWS | Schwarzer | |
| A-70 | Christine Lynn Karr v. A.H. Robins Co., Inc., et al. | N.D.Cal. | C-84-0061-WHO | Orrick | |
| A-71 | Linda Klein v. A.H. Robins Co., Inc. | N.D.Cal. | C-84-2478-WHO | Orrick | |
| A-72 | Ellen Lewis, et al. v. A.H. Robins Co., Inc. | N.D.Cal. | C-84-0896-JPV | Vukasin | |
| A-73 | Darlene Lindner v. A.H. Robins Co., Inc., et al. | N.D.Cal. | C-84-20319-RPA | Aguilar | |
| A-74 | Patty Lucas v. A.H. Robins Co., Inc. | N.D.Cal. | C-83-6088-WHO | Orrick | |
| A-75 | Kathy Sue Marsh v. A.H. Robins Co., Inc., et al. | N.D.Cal. | C-84-6774-JPV | Vukasin | |
| A-76 | Debra Marie Montero v. A.H. Robins Co., Inc., et al. | N.D.Cal. | C-84-4488-SC | Conti | |
| A-77 | Dona Jean Newman v. A.H. Robins Co., Inc., et al. | N.D.Cal. | C-84-4489-RPA | Aguilar | |
| A-78 | C. Jane O'Callahan, et al. v. A.H. Robins Co., Inc. | N.D.Cal. | C-83-6122-WHO | Orrick | |
| A-79 | Ruth Ann Parson v. A.H. Robins Co., Inc. | N.D.Cal. | C-83-3281-SW | Williams | |
| A-80 | Elaine Pedroni v.A.H. Robins Co., Inc. | N.D.Cal. | C-83-6124-WHO | Orrick | |
| A-81 | Rossah Pirslin v. A.H. Robins Co., Inc., et al. | N.D.Cal. | C-84-20610-WAI | Ingram | |
| A-82 | Janis Plotkin v.A.H. Robins Co., Inc. | N.D.Cal. | C-84-0899-EFL | Lynch | |
| A-83 | Shirley Pruitt v. A.H. Robins Co., Inc., et al. | N.D.Cal. | C-83-3167-SW | Williams | |
| A-84 | Renee Louise Resendez v.A.H. Robins Co., Inc. | N.D.Cal. | C-84-5091-MHP | Patel | |
| A-85 | Bonnie Ruger v. A.H. Robins Co., Inc., et al. | N.D.Cal. | C-83-20436-WAI | Ingram | |
| A-86 | Marjorie Sanders, et al. v. A.H. Robins Co., Inc. | N.D.Cal. | C-83-6121-WHO | Orrick | |
| A-87 | Ruth Scott v. A.H. Robins Co., Inc., et al. | N.D.Cal. | C-84-20325-RPA | Aguilar | |
| A-88 | Jean Shimizu v. A.H. Robins Co., Inc., et al. | N.D.Cal. | C-84-20133-RPA | Aguilar | |
| A-89 | Portia Stade v. A.H. Robins Co., Inc., et al. | N.D.Cal. | C-83-3166-SW | Williams | |
| A-90 | Marsha Sterling v. A.H. Robins Co., Inc., et al. | N.D.Cal. | C-83-3169-SW | Williams | |
| A-91 | June Sunday v. A.H. Robins Co., Inc. | N.D.Cal. | C-83-6096-WHO | Orrick | |
| A-92 | Theodorsia Tademy v. A.H. Robins Co., Inc., et al. | N.D.Cal. | C-84-3039-MHP | Patel | |
| A-93 | Olivia Taylor-Young, et al. v. A.H. Robins Co., Inc. | N.D.Cal. | C-84-0751-WHO | Orrick | |
| A-94 | Lynn Turner, et al. v. A.H. Robins Co., Inc. | N.D.Cal. | C-83-6097-WHO | Orrick | |
| A-96 | Laurie Weitz v. A.H. Robins Co., Inc. | N.D.Cal. | C-83-6100-WHO | Orrick | |
| A-278 | Bronwyn Bounous v. A.H. Robins Co., Inc. | N.D.Cal. | C83-1191-SW | Williams | |
| A-279 | Joyce Butts v. A.H. Robins Co., Inc. | N.D.Cal. | C83-1170-SW | Williams | |

Page 4

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|---|---|---|---|---|---|
| A-280 | Stephanie Coles v. A.H. Robins Co., Inc. | N.D.Cal. | C83-1172-SW | Williams | |
| A-281 | Carolyn Correia v. A.H. Robins Co., Inc. | N.D.Cal. | C83-1185-SW | Williams | |
| A-282 | Andrea Dumat v. A.H. Robins Co., Inc., et al. | N.D.Cal. | C83-1413-SW | Williams | |
| A-283 | Yvonne Puntila v. A.H. Robins Co., Inc. | N.D.Cal. | C83-1186-SW | Williams | |
| A-285 | Mildred Harris v. A.H. Robins Co., Inc. | N.D.Cal. | C83-1182-SW | Williams | |
| A-286 | Janet McGrew v. A.H. Robins Co., Inc. | N.D.Cal. | C83-1188-SW | Williams | |
| A-287 | Pamela Patterson v. A.H. Robins Co., Inc. | N.D.Cal. | C83-1190-SW | Williams | |
| A-289 | Janis Waldron v. A.H. Robins Co., Inc. | N.D.Cal. | C83-1183-SW | Williams | |
| A-291 | JoAnn Bradley v. A.H. Robins Co., Inc. | N.D.Cal. | C83-5929-WHO | Orrick | , , |
| A-292 | Jean Bulich, et al. v. A.H. Robins Co., Inc. | N.D.Cal. | C83-6106-WHO | Orrick | |
| A-293 | Nancy Chester, et al. v. A.H. Robins Co., Inc. | N.D.Cal. | C83-6114-WHO | Orrick | |
| A-294 | Ethel Mae Coleman, et al. v. A.H. Robins Co., Inc. | N.D.Cal. | C84-0234-WHO | Orrick | |
| A-295 | Denyse Piermonte v. A.H. Robins Co., Inc. | N.D.Cal. | C83-3826-SW | Williams | |
| A-296 | Marilyn Fusiler, et al. v. A.H. Robins Co., Inc. | N.D.Cal. | C83-6113-WHO | Orrick | |
| A-297 | Kathleen Kerrigan, et al. v. A.H. Robins Co., Inc. | N.D.Cal. | C84-1090-WHO | Orrick | |
| A-298 | Martha Langley v. A.H. Robins Co., Inc. | N.D.Cal. | C83-4754-SW | Williams | |
| A-299 | Joan Levie v. A.H. Robins Co., Inc. | N.D.Cal. | C83-4996-WHO | Orrick | |
| A-300 | Alta Lowe, et al. v. A.H. Robins Co., Inc. | N.D.Cal. | C83-5967-WHO | Orrick | |
| A-301 | Paula McAsey, et al. v. A.H. Robins Co., Inc. | N.D.Cal. | C83-6157-WHO | Orrick | |
| A-302 | Carrie McCoster v. A.H. Robins Co., Inc. | N.D.Cal. | C83-5968-WHO | Orrick | |
| A-303 | Catherine McCoy, et al. v. A.H. Robins Co., Inc. | N.D.Cal. | C83-6117-WHO | Orrick | |
| A-304 | Mary Norton, et al. v. A.H. Robins Co., Inc. | N.D.Cal. | C83-6123-WHO | Orrick | |
| A-305 | Barbara Peavy v. A.H. Robins Co., Inc. | N.D.Cal. | C84-0236-WHO | Orrick | |
| A-306 | Sara Red v. A.H. Robins Co., Inc. | N.D.Cal. | C83-6158-WHO | Orrick | |
| A-307 | Joanne Rehak, et al. v. A.H. Robins Co., Inc. | N.D.Cal. | C83-6080-WHO | Orrick | |
| A-308 | Mattie Scott, et al. v. A.H. Robins Co., Inc. | N.D.Cal. | C83-5972-WHO | Orrick | |
| A-309 | Constance Shanti, et al. v. A.H. Robins Co., Inc. | N.D.Cal. | C84-0225-WHO | Orrick | |
| A-310 | Andrea Sims, et al. v. A.H. Robins Co., Inc. | N.D.Cal. | C83-3434-SW | Williams | |
| A-311 | Nancy Spinelli, et al. v. A.H. Robins Co., Inc. | N.D.Cal. | C83-6087-WHO | Orrick | |
| A-312 | Suzann Thompson v. A.H. Robins Co., Inc. | N.D.Cal. | C83-5927-WHO | Orrick | |
| A-314 | Barbara Barica v. A.H. Robins Co., Inc. | N.D.Cal. | C83-1174-SW | Williams | |
| A-315 | Clare Holland v. A.H. Robins Co., Inc. | N.D.Cal. | C81-1837-EFL | Lynch | |
| A-316 | Ellen Jacobs, et al. v. A.H. Robins Co., Inc. | N.D.Cal. | C83-6079-WHO | Orrick | |
| A-317 | Diana Mountain v. A.H. Robins Co., Inc., et al. | N.D.Cal. | C84-0757-WHO | Orrick | |
| A-318 | Nina Sazer v. A.H. Robins Co., Inc., et al. | N.D.Cal. | C81-4022-EFL | Lynch | |

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|---|---|---|---|---|---|
| A-319 | Pietr Anne Steele v. A.H. Robins Co., Inc. | N.D.Cal. | C83-0324-SW | Williams | T/fr. DC |
| A-406 | Cheryl Self v. A.H. Robins Co., Inc. | N.D.Cal. | C83-1838-SW | Williams | |
| A-407 | Barbara Nova v. A.H. Robins Co., Inc. | N.D.Cal. | C83-3168-SW | Williams | |
| A-408 | Judith Feldman v. A.H. Robins Co., Inc. | N.D.Cal. | C83-4755-SW | Williams | |
| A-409 | Nancy Forster v. A.H. Robins Co., Inc. | N.D.Cal. | C83-5613-MHP | Patel | |
| A-413 | Sharon R. Paltin v. A.H. Robins Co., Inc. | N.D.Cal. | C83-4388-SW | Williams | |
| A-427 | Joanne Woods, et al. v. A.H. Robins Co., Inc. | N.D.Cal. | C83-6093-WHO | Orrick | Closed 7/24/84 |
| A-1831* | Pamela Castro-Wilson v. A.H. Robins Co., Inc. | N.D.Cal. | C84-2574-EFL | Lynch | Closed 5/11/83 |
| A-1832* | Susan Hopper v. A.H. Robins Co., Inc. | N.D.Cal. | C80-4574-SW | Williams | Closed 9/25/84 |
| A-1833* | Rosalie Perez v. A.H. Robins Co., Inc., et al. | N.D.Cal. | C84-6304-TEH | Henderson | |
| A-1834* | Marian Martinez v. A.H. Robins Co., Inc., et al. | N.D.Cal. | C84-20063-WAI | Ingram | |
| A-1835* | Susan Cattoche v. A.H. Robins Co., Inc., et al. | N.D.Cal. | C84-7019-RHS | Schnacke | |
| A-1836* | Mary Patricia Bachen v. A.H. Robins Co., Inc., et al. | N.D.Cal. | C84-6783-SC | Conti | |
| A-1837* | Sylvia Sanders v. A.H. Robins Co., Inc., et al. | N.D.Cal. | C83-6121-WHO | Orrick | |
| A-1838* | Deborah Cahn v. A.H. Robins Co., Inc., et al. | N.D.Cal. | C83-0199-SW | Williams | |
| A-1839* | Rosalie Perez v. A.H. Robins Co., Inc., et al. | N.D.Cal. | C84-6412-SC | Conti | |
| A-1840* | Carla Donaldson v. A.H. Robins Co., Inc., et al. | N.D.Cal. | C84-7770-JPV | Vukasin | |

### Central District of California

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|---|---|---|---|---|---|
| | | C.D.Cal. | CV84-9535 | Hupp | |
| A-115 | Mary Adams v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-9523 | Kelleher | |
| A-116 | Vicki Adams v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-9851 | Takasugi | |
| A-117 | Lisa Lynn Aid v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-9833 | Keller | |
| A-118 | Beulah Alexander v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-6877 | Rea | |
| A-120 | Gloria Almanza v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-9839 | Tashima | |
| A-121 | Kathleen Anderson v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-7664 | Rafeedie | |
| A-122 | Martha Anderson v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-6441 | Kenyon | Closed-1/8/85 |
| A-123 | Susan Angel v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-7472 | Kelleher | |
| A-124 | Mary T. Ashby v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-9533 | Rea | |
| A-125 | Lillian Assenza v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-6501 | Kenyon | |
| A-126 | Linda J. Baggott v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-9078 | Kenyon | |
| A-127 | Myrtice E. Ballard v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-6669 | Rymer | |
| A-128 | Dolores Balli v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-9054 | Kenyon | |
| A-131 | Kathy Bernick v. A.H. Robins Co., Inc. | C.D.Cal. | CV82-3587 | Tashima | |
| A-132 | Kathleen Bishop v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-8505 | Marshall | |
| A-133 | Leontine Blakely v. A.H. Robins Co., Inc. | | | | |

Page 6

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|---|---|---|---|---|---|
| A-134 | Nancy Blumhagen v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-9083 | Kenyon | |
| A-135 | Linda Brady v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-9053 | Kenyon | |
| A-136 | Elisabeth Brooks v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-9410 | Hauk | |
| A-137 | Rosalie Brooks v. A.H. Robins Co., Inc. | C.D.Cal. | CV83-6531 | Kenyon | |
| A-138 | Michelle A. Brown v. A.H. Robins Co., Inc. | C.D.Cal. | CV83-6507 | Hall | |
| A-139 | Shawn Brydon v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-9803 | Rafeedie | |
| A-140 | Catherine Campbell, et al. v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-9134 | Kenyon | |
| A-142 | Dorothy L. Carter v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-7471 | Whelan | |
| A-143 | Jody Carter v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-6667 | Rafeedie | |
| A-144 | Pauline F. Cavin v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-8826 | Kenyon | |
| A-145 | Carole Chasin v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-8952 | Kenyon | |
| A-146 | Dyanna Jene Claverie v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-9411 | Stotler | |
| A-147 | Lettie Connell v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-9052 | Tashima | |
| A-149 | Diana Cook v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-8800 | Kenyon | |
| A-150 | Katherine Cowley v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-6440 | Kenyon | |
| A-152 | Deborah Crawford v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-9079 | Gadbois | |
| A-153 | Kay Dalton v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-6506 | Kenyon | |
| A-154 | Jill Darwin v. A.H. Robins Co., Inc. | C.D.Cal. | CV83-0796 | Waters | 211-T Closed 1/22/85 |
| A-155 | Latanya Darton v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-9832 | Rafeedie | |
| A-157 | Carmen M. Diaz v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-6326 | Kenyon | |
| A-158 | Betty June Dillman v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-4701 | Gadbois | |
| A-159 | Bari Dreiband v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-8904 | Kelleher | |
| A-160 | Melinda Dunsmore v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-8905 | Kelleher | |
| A-161 | Cathy Ellyes v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-9807 | Rea | |
| A-162 | Georgann Eukovick v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-9836 | Hatter | |
| A-163 | Myla Fahn v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-7663 | Hatter | |
| A-164 | Betty Sue Falling v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-7473 | Hauk | |
| A-165 | Valerie Farnum v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-8793 | Marshall | |
| A-166 | Diane Peco v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-7868 | Hauk | |
| A-167 | Maris Fehr v. A.H. Robins Co., Inc. | C.D.Cal. | CV83-6530 | Hall | |
| A-168 | Suzanne Fox v. A.H. Robins Co., Inc. | C.D.Cal. | CV83-0798 | Gadbois | Closed 5/27/83 |
| A-170 | Meri Gephart v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-9856 | Stotler | |
| A-171 | Andrea Gladstone v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-9793 | Rea | |
| A-172 | Nicolle Glover v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-8804 | Kenyon | |
| A-175 | Christina Gold v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-9221 | Kenyon | |

Page 7

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|---|---|---|---|---|---|
| A-176 | Elaine Greenberg v. A.H. Robins Co., Inc. | C.D.Cal. | CV82-1301 | Tashima | |
| A-178 | Victoria Guidi v. A.H. Robins Co., Inc. | ~~S Cal~~ C.D.Cal. | CV83-2505 | ~~Marshall~~ | Wrong#--cannot locate |
| A-179 | Teresa A. Hall v. A.H. Robins Co., Inc. | C.D.Cal. | CV83-6529 | Hall | |
| A-181 | Betty Handy v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-9408 | Byrne | |
| A-183 | Cynthia Howard Hemenway v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-9405 | Hatter | |
| A-184 | Marta Elena Hernandez v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-9852 | Hill | |
| A-185 | Olga L. Hernandez v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-9802 | Kenyon | |
| A-187 | Margaret Hill v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-9534 | Gadbois | |
| A-188 | Joyce Hoebel v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-8978 | Rymer | |
| A-189 | Martha Hollahan v. A.H. Robins Co., Inc. | C.D.Cal. | CV83-4029 | Williams | |
| A-190 | Barbara Hutchins v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-9132 | Rymer | |
| A-191 | Janye Iberri v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-9796 | Williams | |
| A-192 | Constance Lee Jones v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-7978 | Stotler | |
| A-194 | Peggy Joyce v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-9077 | Ideman | |
| A-195 | Pam Kamps v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-7135 | Byrne | |
| A-196 | Nancy Karpman v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-9222 | Tashima | |
| A-198 | Carol Knantzik v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-6788 | Byrne | |
| A-199 | Marianne Kornberg v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-7133 | Kenyon | |
| A-200 | Rosalyn Laudati v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-6657 | Takasugi | |
| A-202 | Allyson Lees v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-8951 | Ideman | Closed 1/4/85 |
| A-203 | Betty Lessing v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-9847 | Byrne | |
| A-204 | Matjatta Levanen v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-9848 | Waters | |
| A-209 | Lou Ann Marshall v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-9834 | Hauk | |
| A-210 | Janice Martin v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-9406 | Waters | |
| A-212 | Judith Turnbull Munoz v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-9407 | Takasugi | |
| A-214 | Patricia Newhouse v. A.H. Robins Co., Inc. | C.D.Cal. | CV83-8144 | Hall | |
| A-215 | Carol Newman v. A.H. Robins Co., Inc. | C.D.Cal. | CV81-4451 | Gray | |
| A-219 | Teresa Osborn v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-8828 | Kenyon | |
| A-220 | Patricia O'Sullivan v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-9082 | Kenyon | |
| A-221 | Randy Overman v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-9409 | Hill | |
| A-222 | Vicki Pailes v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-9840 | Marshall | |
| A-223 | Carole Palma v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-8036 | Tashima | |
| A-225 | Donna Perry v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-8922 | Kenyon | |
| A-226 | Linda Petzoldt v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-9080 | Waters | |
| A-227 | Gloria C. Pierose v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-7867 | Rea | |

Page 8

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|---|---|---|---|---|---|
| A-228 | Phyllis Powell v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-6620 | Whelan | |
| A-229 | Mercy Reed v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-7869 | Williams | |
| A-230 | Jo Reynolds v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-9797 | Kelleher | |
| A-231 | Nelda Reynolds v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-9532 | Kelleher | |
| A-234 | Linda Rohnke v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-9218 | Kenyon | |
| A-235 | Judith Rosenblad v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-8834 | Takasugi | |
| A-236 | Suzanne Ross v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-9849 | Hatter | |
| A-237 | Abbey Ruben v. A.H. Robins Co., Inc. | C.D.Cal. | CV83-8073 | Takasugi | |
| A-238 | Barbara L. Ruben v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-6658 | Ideman | |
| A-239 | Grace Sandowicz v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-6619 | Kenyon | |
| A-240 | Suzanne C. Santaella v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-8803 | Kenyon | |
| A-241 | Lorinda Scherer v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-6456 | Takasugi | |
| A-243 | Lucinda Seaman v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-9792 | Ideman | |
| A-244 | Karen R. Snaw v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-8802 | Stotler | |
| A-246 | Jeanie Sherman v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-9536 | Pfaelzer | |
| A-248 | Susan Sibert v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-9531 | Hauk | |
| A-249 | Heather Sinclair v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-9850 | Pfaelzer | |
| A-250 | Jodi Sinoff v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-9801 | Marshall | |
| A-251 | Tamara Smith v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-0205 | Ideman | |
| A-252 | Sharon Sparks v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-8876 | Kenyon | |
| A-253 | Sharon Sperling v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-9808 | Kenyon | |
| A-254 | Eileen J. Stebbius v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-8801 | Kenyon | |
| A-255 | Dorrie Steinberg v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-9804 | Kenyon | |
| A-256 | Rachelle Steinberg v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-9131 | Rafeedie | |
| A-257 | Rebecca Strecker v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-9805 | Kenyon | |
| A-258 | Vera Swenson v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-9085 | Kenyon | |
| A-259 | Elaine Tasato v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-9799 | Tashima | |
| A-262 | Anne Tinney v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-9794 | Kelleher | |
| A-263 | Kathy Tonnell v. A.H. Robins Co., Inc. | C.D.Cal. | CV83-6532 | Takasugi | |
| A-264 | Diane Travis v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-7474 | Rea | |
| A-265 | Susan Trexler v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-7056 | Takasugi | |
| A-267 | Linda Trudeau v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-9843 | Ideman | |
| A-268 | Mary Lou Tudor v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-6876 | Ideman | |
| A-269 | Ingrid Umland v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-9412 | Rafeedie | |
| A-270 | Annette Viall v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-1610 | Hall | |

Page 9

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|----------|---------|----------|----------|-------|-------|
| A-271 | Suellen Wagner v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-7346 | Hatter | Closed 1/7/85 |
| A-272 | Janis Waldman v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-9404 | Marshall | |
| A-273 | Pamela Walklin v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-9795 | Kenyon | |
| A-274 | Alice F. Wenger v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-9525 | Takasugi | |
| A-275 | Pirnko Westfall v. A.H. Robins Co., Inc. | C.D.Cal. | CV82-5116 | Gray | |
| A-276 | Penelope Woodside v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-9845 | Kenyon | |
| A-1829* | Cassie Anderson v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-9403 | Tashima | |
| A-1830* | Thelma Inglehart v. A.H. Robins Co., Inc. | C.D.Cal. | CV84-7664 | Rymer | |

### Eastern District of California

| | | | | | |
|----------|---------|----------|----------|-------|-------|
| A-97 | Sandra June Alva v. A.H. Robins Co., Inc. | E.D.Cal. | CIVS-84-1166-RAR | Ramirez | |
| A-99 | Suzanne M. Clabo, et al. v. A.H. Robins Co., Inc. | E.D.Cal. | CIVS-84-1024-RAR | Ramirez | |
| A-101 | Linda Findley, et al. v. A.H. Robins Co., Inc. | E.D.Cal. | CV-F-83-1608-RAR | Ramirez | |
| A-106 | JoAnne O'Fallon, et al. v. A.H. Robins Co., Inc. | E.D.Cal. | CIVS-327-RAR | Ramirez | |
| A-110 | Lindi Reynolds, et al. v. A.H. Robins Co., Inc. | E.D.Cal. | CIVS-84-0086-RAR | Ramirez | |
| A-113 | Ardell Gebhart, et al. v. A.H. Robins Co., Inc. | E.D.Cal. | CIVS-84-1545-RAR | Ramirez | |

### Southern District of California

| | | | | | |
|----------|---------|----------|----------|-------|-------|
| A-114 | Ruth Anne Abrams v. A.H. Robins Co., Inc. | S.D.Cal. | 80-0478-E(M) | Enright McCue | 211-T/R L-321 |
| A-148 | Mae V. Connolly v. A.H. Robins Co., Inc. | S.D.Cal. | 81-0925-GT-M | Thompson | |
| A-174 | Constance A. Gonser Grady v. A.H. Robins Co., Inc. | S.D.Cal. | 84-0483-JLI(M) | Irving | |
| A-208 | Susan Mandry v. A.H. Robins Co., Inc. | S.D.Cal. | CV83-2390-T(M) | Turrentine | |
| A-217 | Linda Elizabeth Nolan v. A.H. Robins Co., Inc. | S.D.Cal. | 84-1449-JLI(I) | Irving | |
| A-218 | Jeanette A. Orsini v. A.H. Robins Co., Inc. | S.D.Cal. | 84-2804-G(CM) | Gilliam | |

### District of Colorado

| | | | | | |
|----------|---------|----------|----------|-------|-------|
| A-428 | Mary Ann Perkins v. A.H. Robins Co., Inc. | Colo. | 84-M-2259 | Matsch | |
| A-429 | Ava Hamilton v. A.H. Robins Co., Inc. | Colo. | 84-M-2250 | Matsch | |
| A-430 | Laraine L. Lobue, et al. v. A.H. Robins Co., Inc., et al. | Colo. | 83-M-649 | Kane | consol. w/81-K-1271 |
| A-431 | Michelle Bremer, et al. v. A.H. Robins Co., Inc., et al. | Colo. | 84-M-133 | Kane | consol. w/81-K-1271 |
| A-432 | Mary Lyke Bealle, et al. v. A.H. Robins Co., Inc., et al. | Colo. | 81-M-1674 | Kane | consol. w/81-K-1271 |
| A-433 | Della Atwood v. A.H. Robins Co., Inc., et al. | Colo. | 84-M-135 | Matsch | |
| A-434 | Dorothy Bartleson v. A.H. Robins Co., Inc. | Colo. | 81-M-992 | Matsch | |
| A-435 | Diana R. Beard v. A.H. Robins Co., Inc. | Colo. | 83-M-1422 | Matsch | |
| A-436 | Patricia H. Birge v. A.H. Robins Co., Inc. | Colo. | 84-M-1522 | Matsch | |

Page 10

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|---|---|---|---|---|---|
| A-437 | Renee Blesh v. A.H. Robins Co., Inc., et al. | Colo. | 84-M-225 | Matsch | |
| A-438 | Ann Braaksma, et al. v. A.H. Robins Co., Inc., et al. | Colo. | 83-M-2433 | Matsch | |
| A-439 | Edna Bray, et al. v. A.H. Robins Co., Inc., et al. | Colo. | 83-M-2329 | Matsch | |
| A-440 | Eleanor Brown, et al. v. A.H. Robins Co., Inc., et al. | Colo. | 84-M-297 | Matsch | |
| A-442 | Wendy R. Busch v. A.H. Robins Co., Inc. | Colo. | 82-M-57 | Matsch | |
| A-443 | Kathleen Marie Clark v. A.H. Robins Co., Inc. | Colo. | 81-M-764 | Matsch | |
| A-444 | Brenda J. Combs, et al. v. A.H. Robins Co., Inc., et al. | Colo. | 83-M-2347 | Matsch | |
| A-445 | Paula Contreras v. A.H. Robins Co., Inc., et al. | Colo. | 84-M-134 | Matsch | |
| A-446 | Patricia A. Cuckie v. A.H. Robins Co., Inc. | Colo. | 84-M-2397 | Matsch | ' ' |
| A-447 | Billie Jo Dean v. A.H. Robins Co., Inc. | Colo. | 81-M-1613 | Matsch | |
| A-448 | Carol Marie Dobrovolny, et al. v. A.H. Robins Co., Inc., et al. | Colo. | 83-M-2332 | Matsch | |
| A-449 | Karin Dunn v. A.H. Robins Co., Inc. | Colo. | 84-M-1523 | Matsch | T/fr. MN |
| A-450 | Kristin Dutton v. A.H. Robins Co., Inc. | Colo. | 79-M-1373 | Matsch | 211-T/R (L-174) |
| A-451 | Judy Ellis v. A.H. Robins Co., Inc. | Colo. | 83-M-2360 | Matsch | |
| A-452 | Penelope Enter v. A.H. Robins Co., Inc., et al. | Colo. | 84-M-226 | Matsch | |
| A-453 | Carol Evans v. A.H. Robins Co., Inc. | Colo. | 84-M-1635 | Matsch | |
| A-454 | Melinda Frison Evans v. A.H. Robins Co., Inc. | Colo. | 82-M-1589 | Matsch | |
| A-455 | Barbara H. Ferguson v. A.H. Robins Co., Inc., et al. | Colo. | 79-M-1485 | Matsch | 211-T/R |
| A-456 | Nancy C. Franz v. A.H. Robins Co., Inc. | Colo. | 82-M-1032 | Matsch | |
| A-457 | Germaine French, et al. v. A.H. Robins Co., Inc., et al. | Colo. | 83-M-2220 | Matsch | |
| A-458 | Mary C. Graham v. A.H. Robins Co., Inc. | Colo. | 81-M-1344 | Matsch | |
| A-459 | Nancy Lee Grant v. A.H. Robins Co., Inc., et al. | Colo. | 84-M-1 | Matsch | |
| A-460 | Carole G. Griffin, et al. v. A.H. Robins Co., Inc., et al. | Colo. | 83-M-2330 | Matsch | |
| A-461 | Cheryl Ann Gruse v. A.H. Robins Co., Inc. | Colo. | 82-M-58 | Matsch | |
| A-462 | Kathleen A. Hager, et al. v. A.H. Robins Co., Inc., et al. | Colo. | 83-M-2334 | Matsch | |
| A-463 | Ann Hambleton v. A.H. Robins Co., Inc., et al. | Colo. | 84-M-224 | Matsch | |
| A-464 | Mary Hein v. A.H. Robins Co., Inc. | Colo. | 81-M-747 | Matsch | |
| A-465 | Janet Heitzmann v. A.H. Robins Co., Inc. | Colo. | 82-M-1933 | Matsch | |
| A-466 | Gina Etra Janowitz v. A.H. Robins Co., Inc. | Colo. | 84-M-1215 | Matsch | |
| A-467 | Carla Richardson Johnson v. A.H. Robins Co., Inc. | Colo. | 81-M-826 | Matsch | |
| A-468 | Lucy Judson v. A.H. Robins Co., Inc. | Colo. | 82-M-1591 | Matsch | |
| A-469 | Kathy P. Julian, et al. v. A.H. Robins Co., Inc., et al. | Colo. | 83-M-2378 | Matsch | |
| A-470 | Betty A. Kenzel v. A.H. Robins Co., Inc. | Colo. | 82-M-2124 | Matsch | |
| A-471 | Dianne Lynn Kesler, et al. v. A.H. Robins Co., Inc. | Colo. | 84-M-1524 | Matsch | T/fr. MN |
| A-472 | Cassie N. Knox v. A.H. Robins Co., Inc. | Colo. | 81-M-1343 | Matsch | |

Page 11

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|----------|---------|----------|----------|-------|-------|
| A-473 | Judy Kurtz v. A.H. Robins Co., Inc. | Colo. | 83-M-1009 | Matsch | |
| A-474 | Penny L. Lanphier v. A.H. Robins Co., Inc. | Colo. | 84-M-1652 | Matsch | |
| A-476 | Penelope Lundgreen, et al. v. A.H. Robins Co., Inc., et al. | Colo. | 83-M-2328 | Matsch | |
| A-477 | Susan MacDonald, et al. v. A.H. Robins Co., Inc., et al. | Colo. | 83-M-2348 | Matsch | |
| A-478 | Janette McMahon v. A.H. Robins Co., Inc. | Colo. | 82-M-391 | Matsch | |
| A-479 | Makai Marshall v. A.H. Robins Co., Inc. | Colo. | 82-M-1590 | Matsch | |
| A-480 | Lynn Tama Matsumoto v. A.H. Robins Co., Inc., et al. | Colo. | 83-M-2219 | Matsch | |
| A-482 | Mary Miller v. A.H. Robins Co., Inc. | Colo. | 82-M-1161 | Matsch | Dis'd 2/11/85 |
| A-483 | Sandra D. Miller v. A.H. Robins Co., Inc. | Colo. | 83-M-1488 | Matsch | |
| A-484 | Barbara T. Nowak, et al. v. A.H. Robins Co., Inc. | Colo. | 82-M-922 | Matsch | |
| A-485 | Carolyn C. O'Connor v. A.H. Robins Co., Inc. | Colo. | 82-M-361 | Matsch | |
| A-486 | Judith Ann Papish, et al. v. A.H. Robins Co., Inc., et al. | Colo. | 83-M-2349 | Matsch | |
| A-487 | Ravonda Lou Potter v. A.H. Robins Co., Inc., et al. | Colo. | 81-M-1696 | Matsch | |
| A-488 | Mary Dale Puller v. A.H. Robins Co., Inc., et al. | Colo. | 83-M-2346 | Matsch | |
| A-489 | Kathleen M. Quinton v. A.H. Robins Co., Inc. | Colo. | 81-M-1404 | Matsch | |
| A-490 | Rita Randolph, et al. v. A.H. Robins Co., Inc., et al. | Colo. | 84-M-298 | Matsch | |
| A-491 | Marcia Louise Raymond v. A.H. Robins Co., Inc. | Colo. | 82-M-923 | Matsch | |
| A-492 | Pamela S. Reiter v. A.H. Robins Co., Inc. | Colo. | 83-M-296 | Matsch | |
| A-493 | Elaine Rogers v. A.H. Robins Co., Inc. | Colo. | 83-M-1309 | Matsch | |
| A-494 | Kathleen Sayers v. A.H. Robins Co., Inc., et al. | Colo. | 83-M-2426 | Matsch | |
| A-495 | Jessica Ann Simkulet v. A.H. Robins Co., Inc. | Colo. | 82-M-362 | Matsch | |
| A-496 | Margaret L. Simmons v. A.H. Robins Co., Inc. | Colo. | 81-M-1438 | Matsch | |
| A-497 | Janet Singletary v. A.H. Robins Co., Inc. | Colo. | 81-M-1761 | Matsch | |
| A-499 | Nelda L. Sullivan, et al. v. A.H. Robins Co., Inc., et al. | Colo. | 83-M-2350 | Matsch | |
| A-500 | Peggy Jean Thomson v. A.H. Robins Co., Inc. | Colo. | 81-M-1033 | Matsch | |
| A-501 | Viki L. Wallace v. A.H. Robins Co., Inc. | Colo. | 81-M-1762 | Matsch | |
| A-502 | Kathryn Wallis v. A.H. Robins Co., Inc. | Colo. | 83-M-1116 | Matsch | |
| A-503 | Carol J. Waltz v. A.H. Robins Co., Inc. | Colo. | 81-M-1639 | Matsch | |
| A-504 | Nancy Ann Wee, et al. v. A.H. Robins Co., Inc., et al. | Colo. | 83-M-2333 | Matsch | |
| A-505 | Diane West v. A.H. Robins Co., Inc. | Colo. | 84-M-1893 | Matsch | |
| A-506 | Sharon Wilkins, et al. v. A.H. Robins Co., Inc., et al. | Colo. | 83-M-2351 | Matsch | |
| A-507 | Barbara J. Williams, et al. v. A.H. Robins Co., Inc. | Colo. | 83-M-2112 | Matsch | |
| A-508 | Kathy D. Williams v. A.H. Robins Co., Inc., et al. | Colo. | 83-M-2331 | Matsch | |
| A-509 | Naomi Wisott, et al. V. A.H. Robins Co., Inc., et al. | Colo. | 83-M-2380 | Matsch | |
| A-510 | Deirdre J. F. Zietz v. A.H. Robins Co., Inc. | Colo. | 80-M-228 | Matsch | 211-T/R L-273 |

Page 12

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|----------|---------|----------|----------|-------|-------|
| A-511 | Carol A. Peterson v. A.H. Robins Co., Inc. | Colo. | 84-M-2355 | Matsch | |
| A-512 | Kristi Anderson Scully v. A.H. Robins Co., Inc. | Colo. | 84-M-2192 | Matsch | |
| A-1841* | Jo Susan Verspohl v. A.H. Robins Co., Inc., et al. | Colo. | 80-M-389 | Matsch | |
| A-1842* | Stephanie M. Selden v. A.H. Robins Co., Inc. | Colo. | 81-M-210 | Matsch | on Appeal 10th Cir. |
| A-1843* | Xenia D. Graves v. A.H. Robins Co., Inc. | Colo. | 80-M-766 | Matsch | 211-T/R L-375 |
| A-1844* | Donna Cornelisse v. A.H. Robins Co., Inc. | Colo. | 81-M-639 | Matsch | |

### District of Connecticut

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|----------|---------|----------|----------|-------|-------|
| A-513 | Penny Farrel v. A.H. Robins Co., Inc. | Conn. | N-84-655-EBB | Burns | '' |
| A-514 | Sharon Adams v. A.H. Robins Co., Inc. | Conn. | N-81-405-EBB | Burns | Dis'd 2/7/85 |
| A-515 | Louise Apuzzo v. A.H. Robins Co., Inc. | Conn. | N-81-474-EBB | Burns | ·· |
| A-516 | Elaine Bernier v. A.H. Robins Co., Inc. | Conn. | H-82-280-EBB | Burns | |
| A-517 | Patricia Bradley v. A.H. Robins Co., Inc. | Conn. | N-81-543-EBB | Burns | Dis'd 2/7/85 |
| A-518 | Roxanne Burns v. A.H. Robins Co., Inc. | Conn. | B-84-459-EBB | Burns | |
| A-519 | Elizabeth M. Carter, et al. v. A.H. Robins Co., Inc. | Conn. | B-84-292-EBB | Burns | |
| A-520 | Marlene A. Clark, et al. v. A.H. Robins Co., Inc. | Conn. | H-84-581-EBB | Burns | |
| A-521 | Susan M. Davis v. A.H. Robins Co., Inc. | Conn. | B-84-291-EBB | Burns | |
| A-522 | Mary Cathleen Dewhurst v. A.H. Robins Co., Inc. | Conn. | H-81-698-EBB | Burns | Closed 12/2/84 |
| A-523 | Jerrie Dubreuil v. A.H. Robins Co., Inc. | Conn. | N-80-439-EBB | Burns | |
| A-524 | Sherrill Ellis v. A.H. Robins Co., Inc. | Conn. | N-81-407-EBB | Burns | |
| A-525 | Sarah English v. A.H. Robins Co., Inc. | Conn. | N-81-475-EBB | Burns | |
| A-526 | Lynn Gold v. A.H. Robins Co., Inc. | Conn. | B-82-383-EBB | Burns | |
| A-527 | Jill Hatch, et al. v. A.H. Robins Co., Inc. | Conn. | N-84-561-EBB | Burns | |
| A-528 | Germaine Johnson v. A.H. Robins Co., Inc. | Conn. | N-83-607-EBB | Burns | |
| A-529 | Alexandra Kahn v. A.H. Robins Co., Inc. | Conn. | N-81-411-EBB | Burns | |
| A-531 | Andrea Kruger v. A.H. Robins Co., Inc. | Conn. | N-82-140-EBB | Burns | |
| A-532 | Marlene Lauth v. A.H. Robins Co., Inc. | Conn. | N-82-287-EBB | Burns | |
| A-533 | Sandra Malmquist v. A.H. Robins Co., Inc. | Conn. | N-82-159-EBB | Burns | |
| A-534 | Dona Matasavage v. A.H. Robins Co., Inc. | Conn. | N-81-37-EBB | Burns | |
| A-535 | Joanne McMahon v. A.H. Robins Co., Inc. | Conn. | N-81-117-EBB | Burns | |
| A-537 | Joan Morgan v. A.H. Robins Co., Inc. | Conn. | N-82-199-EBB | Burns | |
| A-538 | Maria Mozdzer v. A.H. Robins Co., Inc. | Conn. | B-80-533-EBB | Burns | Closed 3/7/85 |
| A-539 | Bonnie Mueller v. A.H. Robins Co., Inc. | Conn. | N-81-482-EBB | Burns | |
| A-540 | Joann O'Mara v. A.H. Robins Co., Inc. | Conn. | N-81-406-EBB | Burns | |
| A-541 | Betty Paley v. A.H. Robins Co., Inc. | Conn. | N-84-11-EBB | Burns | |

Page 13

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|----------|---------|----------|----------|-------|-------|
| A-542 | Virginia A. Parcak v. A.H. Robins Co., Inc. | Conn. | N-83-006-EBB | Burns | |
| A-543 | Angela Parent v. A.H. Robins Co., Inc. | Conn. | H-82-782-EBB | Burns | |
| A-544 | Phyllis Pepe v. A.H. Robins Co., Inc. | Conn. | N-79-433-EBB | Burns | |
| A-545 | Lucille Ranciato v. A.H. Robins Co., Inc. | Conn. | N-84-546-EBB | Burns | |
| A-546 | Rhonda Shulman v. A.H. Robins Co., Inc. | Conn. | N-81-277-EBB | Burns | |
| A-547 | Marvelle Williams v. A.H. Robins Co., Inc. | Conn. | N-80-440-EBB | Burns | |
| A-548 | Stephanie Willoughby v. A.H. Robins Co., Inc. | Conn. | N-84-21-EBB | Burns | |
| A-549 | Patricia Winakor v. A.H. Robins Co., Inc. | Conn. | H-82-269-EBB | Burns | |
| A-550 | Judith Zeidel, et al. v. A.H. Robins Co., Inc. | Conn. | B-82-296-EBB | Burns | , , |

### District of the District of Columbia

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|----------|---------|----------|----------|-------|-------|
| A-551 | Lynn Baker v. A.H. Robins Co., Inc. | D.C. | 83-3533 | Jackson | |
| A-552 | Linell P. Broecher, et al. v. A.H. Robins Co., Inc. | D.C. | 83-2336 | Bryant | Dis'd 2/28/85 |
| A-553 | Consuella Bundy v. A.H. Robins Co., Inc. | D.C. | 84-0496 | Bryant | Closed 3/5/85 |
| A-554 | Deborah Cooney v. A.H. Robins Co., Inc. | D.C. | 84-0502 | Jackson | |
| A-555 | Phyllis Anne Prince, et al. v. A.H. Robins Co., Inc. | D.C. | 83-2333 | Bryant | Dis'd 2/28/85 |
| A-556 | Jennifer R. DesBordes, et al. v. A.H. Robins Co., Inc. | D.C. | 84-3535 | Oberdorfer | |
| A-557 | Frances Feld, et al. v. A.H. Robins Co., Inc. | D.C. | 83-2740 | Bryant | |
| A-558 | Barbara J. Harris v. A.H. Robins Co., Inc. | D.C. | 84-1395 | Jackson | |
| A-559 | LaVeta Y. Jackson v. A.H. Robins Co., Inc. | D.C. | 84-1772 | Jackson | |
| A-560 | Diane B. Pierce v. A.H. Robins Co., Inc. | D.C. | 83-1417 | Jackson | |
| A-561 | Roslyn Rosenberg, et al. v. A.H. Robins Co., Inc. | D.C. | 84-1147 | Bryant | |
| A-562 | Dale Hansen Saul, et al. v. A.H. Robins Co., Inc. | D.C. | 83-2559 | Jackson | |
| A-563 | Christina M. Schwartz v. A.H. Robins Co., Inc. | D.C. | 84-1366 | Jackson | |
| A-564 | Darlene Thom, et al. v. A.H. Robins Co., Inc. | D.C. | 84-1941 | Jackson | |
| A-565 | Carol H. Van Duzer, et al. v. A.H. Robins Co., Inc., et al | D.C. | 84-2957 | Jackson | |
| A-566 | Cora Williams-Davis, et al. v. A.H. Robins Co., Inc. | D.C. | 83-2044 | Jackson *closed per counsel* | |
| A-567 | Lynne Winter v. A.H. Robins Co., Inc. | D.C. | 84-1020 | Jackson | |
| A-568 | Sharon Adler v. A.H. Robins Co., Inc. | D.C. | 84-3903 | Jackson | |

### Middle District of Florida

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|----------|---------|----------|----------|-------|-------|
| A-603 | Inge Boyd v. A.H. Robins Co., Inc. | M.D.Fla. | 84-425-Civ-ORL-18 | Sharp Dietrich | |
| A-607 | Wanda J. Bell v. A.H. Robins Co., Inc. | M.D.Fla. | 84-258-Civ-ORL-11 | Reed | |
| A-608 | June Ellen Harris v. A.H. Robins Co., Inc., et al. | M.D.Fla. | 83-742-Civ-ORL-11 | Reed | |
| A-612 | Enez M. Scott, et al. v. A.H. Robins Co., Inc. | M.D.Fla. | 83-762-Civ-J-16 | Moore | Dis'd 2/22/85 |

Page 14

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|---|---|---|---|---|---|
| A-613 | Diane Barrs v. A.H. Robins Co., Inc. | M.D.Fla. | 83-868-Civ-T-15 | Castagna | |
| A-614 | Virginia Bryan v. A.H. Robins Co., Inc., et al. | M.D.Fla. | 84-767-Civ-T-13 | Castagna | |
| A-615 | Patricia Glass, et al. v. A.H. Robins Co., Inc., et al. | M.D.Fla. | 84-83-Civ-T-10 | Hodges | Dis'd 1/85 |
| A-616 | Nicole Kleve, et al. v. A.H. Robins Co., Inc. | M.D.Fla. | 83-65-Civ-Ft M-8 | Castagna | Closed 1/16/85 |
| A-617 | Beverly A. Myers, et al. v. A.H. Robins Co., Inc. | M.D.Fla. | 83-1288-Civ-T-10 | Hodges | |
| A-618 | Joanne Soprano, et al. v. A.H. Robins Co., Inc. | M.D.Fla. | 82-963-Civ-T-EK | Kovachevich | |
| A-619 | Martha E. Sims v. A.H. Robins Co., Inc., et al. | M.D.Fla. | 84-430-Civ-T-13 | Castagna | |
| A-620 | Sarah K. George, et al. v. A.H. Robins Co., Inc. | M.D.Fla. | 84-116-Civ-Ft M-10 | Hodges | |
| A-622 | Linda Sue Williams, et al. v. A.H. Robins Co., Inc., et al. | M.D.Fla. | 84-595-CIV-ORL-18 | Sharp | *' ,* |
| A-623 | Joanne Sisto, et al. v. A.H. Robins Co., Inc., et al. | M.D.Fla. | 84-710-CIV-ORL-18 | Sharp | *Terminated (as per counsel)* |
| A-624 | Carol Harterink, et al. v. A.H. Robins Co., Inc., et al. | M.D.Fla. | 84-1463-CIV-T-10 | Castagna | .. |
| A-1845* | Theresa Patterson v. A.H. Robins Co., Inc., et al. | M.D.Fla. | 84-1136-CIV-J-12 | Melton | |

## Northern District of Florida

| | | | | | |
|---|---|---|---|---|---|
| A-604 | Mary Kathryn Deemer, et al. v. A.H. Robins Co., Inc., et al. | N.D.Fla. | 84-7135-WS | Stafford | |
| A-605 | Margaret Marie Everett v. Aetna Casualty & Surety Co., et al. | N.D.Fla. | TCA-83-7223-WS | Stafford | |
| A-606 | Deborah A. Fisher v. A.H. Robins Co., Inc. | N.D.Fla. | TCA-83-7319-WS | Stafford | |
| A-609 | Roseanne Heard, et al. v. A.H. Robins Co., Inc., et al. | N.D.Fla. | TCA-84-7292-WS | Stafford | |
| A-610 | Judith Hendricks, et al. v. A.H. Robins Co., Inc., et al. | N.D.Fla. | MCA-84-2168-RV | Vinson | |
| A-611 | Sherry Peavy, et al. v. A.H. Robins Co., Inc. | N.D.Fla. | 84-0178 | Paul | |

## Southern District of Florida

| | | | | | |
|---|---|---|---|---|---|
| A-569 | Roberta Weitz, et al. v. A.H. Robins Co., Inc. | S.D.Fla. | 81-6307-CIV-JCP | Paine | *Terminated per counsel* |
| A-570 | Kathleen Basilice, et al. v. A.H. Robins Co., Inc. | S.D.Fla. | 82-6536-CIV-JCP | Paine | |
| A-571 | Kathleen F. Capote, et al. v. A.H. Robins Co., Inc. | S.D.Fla. | 83-6483-CIV-JCP | Paine | |
| A-572 | Barbara Joan Buxbaum, et al. v. A.H. Robins Co., Inc. | S.D.Fla. | 83-8030-CIV-JCP | Paine | |
| A-573 | Donna Faremouth v. A.H. Robins Co., Inc. | S.D.Fla. | 81-8237 | Spellman | |
| A-574 | Judith Mezey, et al. v. A.H. Robins Co., Inc. | S.D.Fla. | 83-0735 | Spellman | |
| A-575 | Deborah Perotti, et al. v. A.H. Robins Co., Inc. | S.D.Fla. | 83-0733 | Hoeveler | |
| A-576 | Verdell Rutledge, et al. v. A.H. Robins Co., Inc. | S.D.Fla. | 83-1631 | Hoeveler | |
| A-577 | Deborah Suppe v. A.H. Robins Co., Inc. | S.D.Fla. | 84-2352 | Hoeveler | |
| A-580 | Kimberly Kennedy Mulcahy v. A.H. Robins Co., Inc. | S.D.Fla. | 84-1001 | Davis | |
| A-581 | Linda Natal, et al. v. A.H. Robins Co., Inc., et al. | S.D.Fla. | 82-1517 | Eaton | |

Page 15

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|---|---|---|---|---|---|
| A-582 | Donna T. West, et al. v. A.H. Robins Co., Inc. | S.D.Fla. | 83-0734 | Eaton | |
| A-583 | Deborah Ann Leitzke, et al. v. A.H. Robins Co., Inc., et al. | S.D.Fla. | 84-8329 | Eaton | |
| A-584 | Patricia G. Wilson, et al. v. A.H. Robins Co., Inc. | S.D.Fla. | 81-8052-Civ-NCR | Roettger | |
| A-585 | Diane Lefkowitz v. A.H. Robins Co., Inc. | S.D.Fla. | 83-6179-Civ-NCR | Roettger | |
| A-586 | Cheryl Voss v. A.H. Robins Co., Inc. | S.D.Fla. | 83-6338-Civ-NCR | Roettger | |
| A-587 | Maureen O'Donnel v. A.H. Robins Co., Inc., et al. | S.D.Fla. | 83-8395-Civ-NCR | Roettger | |
| A-588 | Barbara Malone v. A.H. Robins Co., Inc., et al. | S.D.Fla. | 84-6999-Civ-NCR | Roettger | |
| A-590 | Sandra Abrams, et al. v. A.H. Robins Co., Inc., et al. | S.D.Fla. | 83-8396-Civ-JAG | Gonzalez | |
| A-591 | Ramona Jane Kemp v. Aetna Casualty & Surety Co., et al. | S.D.Fla. | 84-8115-Civ-JAG | Gonzalez | ,) |
| A-592 | Allyne Jacocks v. A.H. Robins Co., Inc. | S.D.Fla. | 84-2612 | King | |
| A-593 | Cynthia Feltzin, et al. v. A.H. Robins Co., Inc. | S.D.Fla. | 81-0021 | Hastings | |
| A-594 | Dawn Smith, et al. v. A.H. Robins Co., Inc., et al. | S.D.Fla. | 83-0212 | Hastings | |
| A-595 | Teresa Dye v. A.H. Robins Co., Inc., et al. | S.D.Fla. | 83-0488 | Hastings | |
| A-596 | Judy Roy v. A.H. Robins Co., Inc.,et al. | S.D.Fla. | 83-8017 | Hastings | |
| A-597 | Barbara Grose, et al. v. A.H. Robins Co., Inc. | S.D.Fla. | 84-0344 | Hastings | |
| A-598 | Jean K. Hamilton, et al. v. A.H. Robins Co., Inc. | S.D.Fla. | 84-2678 | Hastings | |
| A-599 | Shelia Chapman Frost, et al. v. A.H. Robins Co., Inc. | S.D.Fla. | 83-8621 | Nesbitt | |
| A-600 | Janice Powell v. A.H. Robins Co., Inc., et al. | S.D.Fla. | 83-8620 | Nesbitt | |
| A-601 | Betty White, et al. v. A.H. Robins Co., Inc. | S.D.Fla. | 84-0912 | Nesbitt | |
| A-602 | Denise Sanchez, et al. v. A.H. Robins Co., Inc., et al. | S.D.Fla. | 85-0047 | Eaton | |
| A-625 | Susan McKenry Lippner, et al. v. A.H. Robins Co., Inc. | S.D.Fla. | 84-2716 CIV-KEHOE | Kehoe | |

### Northern District of Georgia

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|---|---|---|---|---|---|
| A-626 | Thomas J. Ballew v. A.H. Robins Co., Inc. | N.D.Ga. | C-79-1017A | Tidwell | 211-T/R (L-130) |
| A-628 | Debra Anne Hitson v. A.H. Robins Co., Inc. | N.D.Ga. | C-82-2289A | Tidwell | |
| A-629 | Barbara Weaver v. A.H. Robins Co., Inc. | N.D.Ga. | C-83-2216A | Tidwell | |
| A-630 | Harvey H. Friedman, et al. v. A.H. Robins Co., Inc. | N.D.Ga. | C-84-488A | Tidwell | |
| A-631 | Brenda Gayle Glass, et al. v. A.H. Robins Co., Inc. | N.D.Ga. | C-84-2041A | Tidwell | |
| A-632 | Richard Mousa, et al. v. A.H. Robins Co., Inc. | N.D.Ga. | C-84-2426A | Tidwell | |

### Southern District of Georgia

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|---|---|---|---|---|---|
| A-633 | Sally Todd Palmer v. A.H. Robins Co., Inc. | S.D.Ga. | CV-484-196 | Edenfield | |

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|---|---|---|---|---|---|
| | | **District of Hawaii** | | | |
| A-635 | Elizabeth Burke, et al. v. A.H. Robins Co., Inc. | Hawaii | 84-1224 | King | |
| A-639 | Susanne M. Herr v. A.H. Robins Co., Inc. | Hawaii | 78-0100 | King | 211-T/R K-16 |
| A-641 | Elizabeth Jeneral v. A.H. Robins Co., Inc. | Hawaii | 82-0401 | King | |
| A-642 | Glory Leong v. A.H. Robins Co., Inc. | Hawaii | 84-0899 | King | |
| A-646 | Sandra L. Paulsen v. A.H. Robins Co., Inc. | Hawaii | 84-0165 | King | |
| A-648 | Annmarie Stern, et al. v. A.H. Robins Co., Inc. | Hawaii | 84-0184 | King | |
| A-649 | Brooks Thompson v. A.H. Robins Co., Inc. | Hawaii | 83-0885 | King | |
| A-1846* | Judy Ann Auwae, et al. v. A.H. Robins Co., Inc. | Hawaii | 84-1208 | Pong | T/fr. MN |
| A-1847* | Deborah Lynne Schmoeger v. A.H. Robins Co., Inc. | Hawaii | 84-1140 | Pong | T/fr. MN |
| A-1848* | Joni L. Sherman v. A.H. Robins Co., Inc. | Hawaii | 84-1234 | Pong | T/fr. MN |
| A-1849* | Marcia Masters v. A.H. Robins Co., Inc. | Hawaii | 84-1209 | Pong | T/fr. MN |
| | | **District of Idaho** | | | |
| A-651 | Esther Rachel Byrd, et al. v. A.H. Robins Co., Inc. | Idaho | 84-3144 | Ryan | |
| A-652 | Jacquie Albright, et al. v. A.H. Robins Co., Inc. | Idaho | 84-3022 | Ryan | |
| A-653 | Laura D. Chase v. A.H. Robins Co., Inc. | Idaho | 84-3063 | Ryan | |
| | | **Central District of Illinois** | | | |
| A-659 | Carol Anderson, et al. v. A.H. Robins Co., Inc. | C.D.Ill. | 84-4012 | Mihm | |
| A-660 | Mary Bosso v. A.H. Robins Co., Inc. | C.D.Ill. | 83-4098 | Mihm | |
| A-661 | Judy Brewer, et al. v. A.H. Robins Co., Inc. | C.D.Ill. | 84-4007 | Mihm | |
| A-662 | Laurel Brooks v. A.H. Robins Co., Inc. | C.D.Ill. | 84-4070 | Mihm | |
| A-663 | Deborah Callister v. A.H. Robins Co., Inc. | C.D.Ill. | 84-4023 | Mihm | |
| A-664 | Charlene Chap, et al. v. A.H. Robins Co., Inc. | C.D.Ill. | 83-4103 | Mihm | |
| A-665 | Cynthia Clarkson, et al. v. A.H. Robins Co., Inc. | C.D.Ill. | 84-4008 | Mihm | |
| A-666 | Russena Comer, et al. v. A.H. Robins Co., Inc. | C.D.Ill. | 84-4072 | Mihm | |
| A-667 | Janet Douglas v. A.H. Robins Co., Inc. | C.D.Ill. | 84-4074 | Mihm | |
| A-668 | Kathy Duncan, et al. v. A.H. Robins Co., Inc. | C.D.Ill. | 83-4108 | Mihm | |
| A-669 | Mary Fischer, et al. v. A.H. Robins Co., Inc. | C.D.Ill. | 84-4024 | Mihm | |
| A-670 | Beverly Friese, et al. v. A.H. Robins Co., Inc. | C.D.Ill. | 83-4107 | Mihm | |
| A-671 | Mary Jane Hardy, et al. v. A.H. Robins Co., Inc. | C.D.Ill. | 84-4013 | Mihm | |

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|---|---|---|---|---|---|
| A-672 | Lynne Henderson, et al. v. A.H. Robins Co., Inc. | C.D.Ill. | 84-4021 | Mihm | |
| A-673 | Linda Jane Henry, et al. v. A.H. Robins Co., Inc. | C.D.Ill. | 84-4031 | Mihm | |
| A-674 | Mary Janik, et al. v. A.H. Robins Co., Inc. | C.D.Ill. | 83-4102 | Mihm | |
| A-675 | Wanda Johnston v. A.H. Robins Co., Inc. | C.D.Ill. | 84-4066 | Mihm | |
| A-676 | Patricia Kalicki, et al. v. A.H. Robins Co., Inc. | C.D.Ill. | 84-4022 | Mihm | |
| A-677 | Janet Knappen v. A.H. Robins Co., Inc. | C.D.Ill. | 83-4112 | Mihm | |
| A-678 | Karen Lavendar, et al. v. A.H. Robins Co., Inc. | C.D.Ill. | 84-4004 | Mihm | |
| A-679 | Nancy Logan v. A.H. Robins Co., Inc. | C.D.Ill. | 83-4111 | Mihm | |
| A-680 | Beverly Mason, et al. v. A.H. Robins Co., Inc. | C.D.Ill. | 83-4106 | Mihm | '' |
| A-681 | Janet Lynn Melvin, et al. v. A.H. Robins Co., Inc. | C.D.Ill. | 84-4005 | Mihm | |
| A-682 | Cathy Michalski v. A.H. Robins Co., Inc. | C.D.Ill. | 84-4068 | Mihm | ·· |
| A-683 | Peggy Morse, et al. v. A.H. Robins Co., Inc. | C.D.Ill. | 83-4110 | Mihm | |
| A-684 | Toni Perrin, et al. v. A.H. Robins Co., Inc. | C.D.Ill. | 84-4071 | Mihm | |
| A-685 | Bonda Reid, et al. v. A.H. Robins Co., Inc. | C.D.Ill. | 84-4006 | Mihm | |
| A-686 | Mary Riley v. A. H. Robins Co., Inc. | C.D.Ill. | 84-4067 | Mihm | |
| A-687 | Monical Rix v. A. H. Robins Co., Inc. | C.D.Ill. | 84-4073 | Mihm | |
| A-688 | Rosalie Schull v. A. H. Robins Co., Inc. | C.D.Ill. | 84-4069 | Mihm | |
| A-689 | Becky Lon Scott, et al. v. A. H. Robins Co., Inc. | C.D.Ill. | 84-4002 | Mihm | |
| A-690 | Karol Sobralske v. A. H. Robins Co., Inc. | C.D.Ill. | 84-4003 | Mihm | |
| A-691 | Shirley Stare, et al. v. A. H. Robins Co., Inc. | C.D.Ill. | 84-4010 | Mihm | |
| A-692 | Mary Clare Wadsworth v. A. H. Robins Co., Inc. | C.D.Ill. | 83-4104 | Mihm | |
| A-693 | Carol Wenger, et al. v. A. H. Robins Co., Inc. | C.D.Ill. | 84-4014 | Mihm | |
| A-694 | Beverly Yanez, et al. v. A. H. Robins Co., Inc. | C.D.Ill. | 84-4011 | Mihm | |

### Northern District of Illinois

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|---|---|---|---|---|---|
| A-695 | Sandi Johnson Speh v. A. H. Robins Co., Inc. | N.D.Ill. | 81 C 1608 | Plunkett | |
| A-696 | Paula Hermes v. A. H. Robins Co., Inc. | N.D.Ill. | 81 C 5252 | Marshall | *Closed per Judge* |
| A-698 | Jacquelyn Champlin v. A. H. Robins Co., Inc. | N.D.Ill. | 82 C 2604 | Getzendanner | |
| A-700 | Nancy S. Carley v. A. H. Robins Co., Inc. | N.D.Ill. | 84 C 2775 | Marshall | *In trial per Judge* |
| A-701 | Jeanne Leamanczyk, et al. v. A. H. Robins Co., Inc. | N.D.Ill. | 84 C 5760 | Marovitz | |
| A-702 | Linda Kay Harsanyi v. A. H. Robins Co., Inc. | N.D.Ill. | 84 C 8865 | Leighton | |
| A-703 | Laurene Sierles v. A. H. Robins Co., Inc. | N.D.Ill. | 84 C 10021 | Parsons | |
| A-704 | Ethel Hurley, et al. v. A. H. Robins Co., Inc. | N.D.Ill. | 84 C 8557 | Getzendanner | |

Page 18

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|---|---|---|---|---|---|
| | | Southern District of Illinois | | | |
| A-654 | Susan M. Hickman, et al. v. A.H. Robins Co., Inc. | S.D.Ill. | 83-5157 | Beatty | |
| A-655 | Carol Clements, et al. v. A.H. Robins Co., Inc. | S.D.Ill. | 84-5148 | Beatty | |
| A-656 | Joann Lowe v. A.H. Robins Co., Inc. | S.D.Ill. | 84-5149 | Beatty | |
| A-657 | Virginia Burris, et al. v. A.H. Robins Co., Inc. | S.D.Ill. | 84-5150 | Beatty | |
| A-658 | Wanda Jean Burgund, et al. v. A.H. Robins Co., Inc. | S.D.Ill. | 84-5151 | Beatty | |
| | | Northern District of Indiana | | | |
| A-708 | Kathy Kos v. A.H. Robins Co., Inc. | N.D.Ind. | H-82-594 | Kanne | '' |
| A-714 | Mark A. Seegar, et al. v. A.H. Robins Co., Inc. | N.D.Ind. | H-83-117 | Kanne | |
| | | Southern District of Indiana | | | |
| A-705 | Camilla A. Allen, et al. v. A.H. Robins Co., Inc. | S.D.Ind. | EV83-25-C | Brooks | |
| A-706 | Rhonda Kay Colbert, et al. v. A.H. Robins Co., Inc. | S.D.Ind. | EV81-112-C | Brooks | |
| A-707 | Barbara Gunn v. A.H. Robins Co., Inc. | S.D.Ind. | IP82-1767-C | Steckler | T/fr. MN |
| A-709 | Judy L. VanHentenryck, et al. v. A.H. Robins Co., Inc. | S.D.Ind. | 82-40-C | Barker | Stip. Dism. 2/85 |
| A-713 | Marsha Schoettlin, et al. v. A.H. Robins Co., Inc. | S.D.Ind. | EV81-218C | Brooks | |
| A-715 | Janice L. Smith, et al. v. A.H. Robins Co., Inc. | S.D.Ind. | IP81-1386-C | Steckler | |
| A-716 | Linda Wilson, et al. v. A.H. Robins Co., Inc. | S.D.Ind. | IP83-784-C | Steckler | |
| | | Northern District of Iowa | | | |
| A-717 | Margaret P. Arnold v. A.H. Robins Co., Inc. | N.D.Iowa | C84-2106 | McManus | |
| A-719 | Sharon McLaughlin, et al. v. A.H. Robins Co., Inc. | N.D.Iowa | C83-1068 | McManus | |
| A-721 | Joyce E. Miller v. A.H. Robins Co., Inc. | N.D.Iowa | C83-4202 | O'Brien | |
| A-722 | Janice Kay Nolen, et al. v. A.H. Robins Co., Inc. | N.D.Iowa | C83-4189 | O'Brien | |
| A-723 | Linda Sietstra v. A.H. Robins Co., Inc. | N.D.Iowa | C83-4201 | O'Brien | |
| A-725 | Debra F. Jensen v. A.H. Robins Co., Inc. | N.D.Iowa | C84-4178 | O'Brien | |
| | | Southern District of Iowa | | | |
| A-718 | Lonna Nauman, et al. v. A.H. Robins Co., Inc. | S.D.Iowa | 83-684-A | Stuart | |
| A-720 | Jean Snumaker, et al. v. A.H. Robins Co., Inc. | S.D.Iowa | 83-653-E | O'Brien | |
| A-724 | Toni Bryant v. A.H. Robins Co., Inc. | S.D.Iowa | 84-501-E | O'Brien | |

Page 19

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|---|---|---|---|---|---|
| | | District of Kansas | | | |
| A-3 | Janet H. Shields, et al. v. A.H. Robins Co., Inc. | Kansas | 82-1405 | Theis | L-581 |
| A-5 | Donna Harris v. A.H. Robins Co., Inc. | Kansas | 80-1792 | Theis | L-496 |
| A-119 | Sandra Allenneilegan v. A.H. Robins Co., Inc. | Kansas | 83-1062 | Theis | – L-643 |
| A-129 | Suzanne Barnes v. A.H. Robins Co., Inc. | Kansas | 83-1059 | Theis | L-644 |
| A-130 | Vivian Bateman v. A.H. Robins Co., Inc. | Kansas | 83-1029 | Theis | L-610 |
| A-141 | Susan Carlisle v. A.H. Robins Co., Inc. | Kansas | 83-1031 | Theis | L-612 |
| A-151 | Kathryn Crandall v. A.H. Robins Co., Inc. | Kansas | 83-1028 | Theis | L-609 |
| A-173 | Marlene Goering v. A.H. Robins Co., Inc. | Kansas | 83-1046 | Theis | L-627 |
| A-177 | Linda Gruethner v. A.H. Robins Co., Inc. | Kansas | 83-1060 | Theis | L-641 |
| A-180 | Emma Halley v. A.H. Robins Co., Inc. | Kansas | 83-1061 | Theis | L-642 |
| A-182 | Marlene Hauck v. A.H. Robins Co., Inc. | Kansas | 83-1003 | Theis | L-644 |
| A-186 | Liza Hetzler v. A.H. Robins Co., Inc. | Kansas | 83-1066 | Theis | L-647 |
| A-193 | JoAnn Jordon v. A.H. Robins Co., Inc. | Kansas | 83-1049 | Theis | L-630 |
| A-197 | Teresa Kedwards v. A.H. Robins Co., Inc. | Kansas | 83-1045 | Theis | L-626 |
| A-201 | Kathy Lawless v. A.H. Robins Co., Inc. | Kansas | 83-1568 | Theis | L-655 |
| A-205 | Rona Lindl v. A.H. Robins Co., Inc. | Kansas | 83-1571 | Theis | L-658 |
| A-206 | Virginia Louden v. A.H. Robins Co., Inc. | Kansas | 83-1057 | Theis | L-638 Dis'd 6/14/84 |
| A-207 | Laila Luria v. A.H. Robins Co., Inc. | Kansas | 83-1572 | Theis | L-659 |
| A-211 | Ilene McCabe v. A.H. Robins Co., Inc. | Kansas | 83-1567 | Theis | L-654 |
| A-213 | Linda Myers v. A.H. Robins Co., Inc. | Kansas | 83-1053 | Theis | L-634 |
| A-216 | Suzanne Nishkian v. A.H. Robins Co., Inc. | Kansas | 83-1037 | Theis | L-618 |
| A-224 | Angela Pereira v. A.H. Robins Co., Inc. | Kansas | 83-1048 | Theis | L-629 |
| A-232 | Lavetta Roberts v. A.H. Robins Co., Inc. | Kansas | 83-1566 | Theis | L-653 |
| A-233 | Barbara Rodgers v. A.H. Robins Co., Inc. | Kansas | 83-1054 | Theis | L-635 |
| A-242 | Doni Schweitzer v. A.H. Robins Co., Inc. | Kansas | 83-1040 | Theis | L-621 |
| A-245 | Judy Sheldon v. A.H. Robins Co., Inc. | Kansas | 83-1027 | Theis | L-608 |
| A-247 | Sarah Snokrian v. A.H. Robins Co., Inc. | Kansas | 83-1038 | Theis | L-619 |
| A-260 | Pearl Thompson v. A.H. Robins Co., Inc. | Kansas | 83-1042 | Theis | L-623 |
| A-261 | Kat Tilley v. A.H. Robins Co., Inc. | Kansas | 83-1041 | Theis | L-622 |
| A-277 | Ona Zimmerman v. A.H. Robins Co., Inc. | Kansas | 83-1039 | Theis | L-620 |
| A-441 | Jeannette C. Bulinski v. A.H. Robins Co., Inc. | Kansas | 80-1793 | Theis | L-497 T/R* |
| A-475 | Susanne M. Leuthauser v. A.H. Robins Co., Inc. | Kansas | 80-1722 | Theis | L-476 T/R* |
| A-481 | Marie Melano v. A.H. Robins Co., Inc. | Kansas | 77-1089 | Theis | P-71 T/R* |

Page 20

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|---|---|---|---|---|---|
| A-498 | Mary Stewart aka Mary Swartling v. A.H. Robins Co., Inc. | Kansas | 80-1595 | Theis | L-420 T/R* |
| A-530 | Deirdre Kerrigan v. A.H. Robins Co., Inc. | Kansas | 80-1960 | Theis | L-572 T/R* |
| A-536 | Susan B. Miller v. A.H. Robins Co., Inc. | Kansas | 82-1406 | Theis | L-582 |
| A-697 | Cheryl West v. A.H. Robins Co., Inc. | Kansas | 82-1871 | Theis | L-603 |
| A-699 | Penelope Moutoussamy v. A.H. Robins Co., Inc. | Kansas | 83-1025 | Theis | L-606 |
| A-726 | O'Ruth Sisk Peterson, et al. v. A.H. Robins Co., Inc. | Kansas | 75-17-C6 | Theis | B-15 |
| A-727 | Elsie E. Cox v. A.H. Robins Co., Inc. | Kansas | 83-1207 | Theis | |
| A-728 | Beverly C. Davisson, et al. v. A.H. Robins Co., Inc., et al. | Kansas | 84-1390 | Theis | T/fr. M.FL |
| A-729 | Mary Ann Evertson v. A.H. Robins Co., Inc. | Kansas | 82-1021 | Theis | |
| A-730 | Shirley Mae Luetke v. A.H. Robins Co., Inc. | Kansas | 81-1686 | Theis | |
| A-731 | Billie Rae Mercer v. A.H. Robins Co., Inc. | Kansas | 82-1204 | Theis | |
| A-732 | Rachel Hammel Scott v. A.H. Robins Co., Inc. | Kansas | 82-1558 | Theis | |
| A-733 | Mary Beth Steenbergen v. A.H. Robins Co., Inc. | Kansas | 83-2233 | Saffels | |
| A-734 | Nancy J. Taylor v. A.H. Robins Co., Inc. | Kansas | 83-1322 | Theis | |
| A-735 | Sandra L. Flynn v. A.H. Robins Co., Inc. | Kansas | 83-1287 | Theis | |
| A-763 | Audry Millet, et al. v. A.H. Robins Co., Inc. | Kansas | 80-1815 | Theis | L-506 |
| A-923 | Luisa Mosa, et al. v. A.H. Robins Co., Inc. | Kansas | 82-1416 | Theis | L-592 |
| A-965 | Roseanne Ruiz, et al. v. A.H. Robins Co., Inc. | Kansas | 82-1412 | Theis | L-588 |
| A-1026 | Anita Baker, et al. v. A.H. Robins Co., Inc. | Kansas | 80-1584 | Theis | L-394 T/R* |
| A-1029 | Suzanne Baxtresser, et al. v. A.H. Robins Co., Inc. | Kansas | 80-1816 | Theis | L-507 T/R* |
| A-1048 | Suzanne Porgeron v. A.H. Robins Co., Inc. | Kansas | 80-1700 | Theis | L-465 T/R* |
| A-1057 | Heather Hutchinson, et al. v. A.H. Robins Co., Inc. | Kansas | 80-1857 | Theis | L-525 T/R* |
| A-1059 | Deborah D. Kako v. A.H. Robins Co., Inc. | Kansas | 82-1419 | Theis | L-595 |
| A-1063 | Patricia Knowles, et al. v. A.H. Robins Co., Inc. | Kansas | 82-1420 | Theis | L-596 |
| A-1068 | Karen Makortoff v. A.H. Robins Co., Inc. | Kansas | 82-1421 | Theis | L-597 |
| A-1071 | Kathleen McDermott v. A.H. Robins Co., Inc. | Kansas | 80-1679 | Theis | L-448 |
| A-1080 | Patricia Novikoff, et al. v. A.H. Robins Co., Inc. | Kansas | 82-1422 | Theis | L-599 |
| A-1092 | Dori Rifkin, et al. v. A.H. Robins Co., Inc. | Kansas | 80-1794 | Theis | L-498 T/R* |
| A-1104 | Linda Taylor, et al. v. A.H. Robins Co., Inc. | Kansas | 82-1423 | Theis | L-600 |
| A-1273 | Susan Berry v. A.H. Robins Co., Inc. | Kansas | 79-1636 | Theis | L-171 |
| A-1352 | Clifton H. Hammond, et al. v. A.H. Robins Co., Inc. | Kansas | 82-1418 | Theis | L-594 |
| A-1430 | Nancy L. Cleary v. A.H. Robins Co., Inc. | Kansas | 82-1424 | Theis | L-601 |
| A-1856* | Jason William Davisson, etc. v. A.H. Robins Co., Inc. | Kansas | 83-1252 | Theis | |
| A-1857* | Deborah Lynn Lee Ellis v. A.H. Robins Co., Inc. | Kansas | 80-1814 | Theis | L-505 T/R* |

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|---|---|---|---|---|---|
| A-1858* | Nancy Giangrosso, et al. v. A.H. Robins Co., Inc. | Kansas | 80-1583 | Theis | L-393 T/R* |
| A-1859* | Janet Rawe v. A.H. Robins Co., Inc. | Kansas | 82-1425 | Theis | L-602 |
| A-1860* | Lolita Luna v. A.H. Robins Co., Inc. | Kansas | 78-1473 | Theis | L-41 |
| A-1861* | Eva Ramirez v. A.H. Robins Co., Inc. | Kansas | 78-1343 | Theis | L-11 |
| A-1862* | Michelene Ann Scott v. A.H. Robins Co., Inc., et al. | Kansas | 80-1706 | Theis | L-474 |
| A-1863* | Rebecca A. Lowing v. A.H. Robins Co., Inc. | Kansas | 82-1873 | Theis | T/R W.Pa L-605 |
| A-1864* | Patricia Iaria v. A.H. Robins Co., Inc. | Kansas | 83-1035 | Theis | L-616 |
| A-1865* | Debra Espinoza v. A.H. Robins Co., Inc. | Kansas | 78-1360 | Theis | L-14 |

**Eastern District of Kentucky**

| A-737 | Effie Keller v. A.H. Robins Co., Inc. | E.D.Ky. | 84-323 | Reed | |
| A-754 | Mary Katherine Rose v. A.H. Robins Co., Inc. | E.D.Ky. | 84-386 | Wilhoit | |

**Western District of Kentucky**

| A-736 | Janet Antoine v. A.H. Robins Co., Inc. | W.D.Ky. | C-82-0262-L(A) | Allen | |
| A-738 | Constance Klem v. A.H. Robins Co., Inc., et al. | W.D.Ky. | C-83-0163-0(J) | Johnstone | |
| A-739 | Osna Lewis v. Mullen and Haynes Co., et al. | W.D.Ky. | C-84-0238-0(J) | Johnstone | |
| A-740 | Mayo Swan McCarty, et al. v. A.H. Robins Co., Inc. | W.D.Ky. | C-83-0794-L(A) | Allen | |
| A-741 | Letitia Penna Mooney, et al. v. A.H. Robins Co., Inc. | W.D.Ky. | C-81-0377-L(B) | Ballantine | |
| A-742 | Marzetta Pitney v. A.H. Robins Co., Inc. | W.D.Ky. | C-80-0570-L(B) | Ballantine | 211-T/R L-576 |
| A-743 | Sharon Rose v. Mullen and Haynes Co., et al. | W.D.Ky. | C-82-0675-L(B) | Ballantine | |
| A-744 | Kwang Ja Senecal, et al. v. A.H. Robins Co., Inc. | W.D.Ky. | C-84-0836-L(A) | Allen | |
| A-745 | Joan Marie Willis v. A.H. Robins Co., Inc. | W.D.Ky. | C-84-0197-L(B) | Ballantine | |
| A-746 | Helen Wiser v. A.H. Robins Co., Inc. | W.D.Ky. | C-82-0232-L(A) | Allen | |

**Eastern District of Louisiana**

| A-755 | Robert Standeford v. A.H. Robins Co., Inc., et al. | E.D.La. | 84-1958-M(1) | Beer | |
| A-757 | Cheryl Anne Crochet, et al. v. A.H. Robins Co., Inc. | E.D.La. | 84-5898-H-4 | Duplantier | |
| A-758 | Patricia E. Lepine v. A.H. Robins Co., Inc., et al. | E.D.La. | 84-5698-I-3 | Mentz | |
| A-760 | Vicki C. Douroux v. A.H. Robins Co., Inc., et al. | E.D.La. | 82-349-F(B)(3) | Heebe | |
| A-762 | Diane Harris v. A.H. Robins Co., Inc. | E.D.La. | 83-76-K(1) | Arceneaux | |
| A-765 | Adrianne B. Martinez v. A.H. Robins Co., Inc., et al. | E.D.La. | 84-6026-L-3 | Wicker | |

**Middle District of Louisiana**

| A-756 | Kathleen Frederick Wood, et al. v. A.H. Robins Co., Inc. | M.D.La. | 84-1193-SEC. A | Parker | |

Page 22

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|----------|---------|----------|----------|-------|-------|

**Western District of Louisiana**

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|----------|---------|----------|----------|-------|-------|
| A-764 | Debany L. Rowland, et al. v. A.H. Robins Co., Inc., et al. | W.D.La. | CV84-1402 | Veron | |
| A-766 | Layne Pearson v. A.H. Robins Co., Inc. | W.D.La. | CV84-3370 | Scott | |

**District of Maine**

| A-767 | Linde Mary Wilkinson, et al. v. A.H. Robins Co., Inc. | Maine | 82-0081-B | Cyr | 211 T/R (L-649) |
| A-768 | Darlene H. LaRoche v. A.H. Robins Co., Inc. | Maine | 84-0164-P | Carter | |

**District of Maryland**

| A-769 | Snarifa Abdul-Hamid, et al. v. A.H. Robins Co., Inc. | Md. | HM-83-4249 | Murray | |
| A-770 | Elizabeth Acevedo, et al. v. A.H. Robins Co., Inc., et al. | Md. | H-83-2036 | Harvey | |
| A-771 | Rozalind Adenbaum v. A.H. Robins Co., Inc. | Md. | M-84-4307 | Miller | |
| A-772 | Ellen Allain v. A.H. Robins Co., Inc. | Md. | JH-84-1391 | Howard | |
| A-773 | Barbara Amarando, et al. v. A.H. Robins Co., Inc. | Md. | M-84-195 | Miller | |
| A-774 | Matilda S. Amsler v. A.H. Robins Co., Inc. | Md. | H-82-3295 | Howard | Dis. 12/31/84 |
| A-775 | Mary V. Anders v. A.H. Robins Co., Inc. | Md. | JH-83-2693 | Howard | |
| A-776 | Lynne A. Anderson v. A.H. Robins Co., Inc. | Md. | H-83-3650 | Harvey | |
| A-777 | Deborah P. Apton, et al. v. A.H. Robins Co., Inc. | Md. | B-83-2492 | Black | Closed 12/31/84 |
| A-778 | Linda R. Backerman, et al. v. A.H. Robins Co., Inc. | Md. | K-84-931 | Kaufman | |
| A-779 | Carole Anne Balducci, et al. v. A.H. Robins Co., Inc. | Md. | HAR-84-3487 | Harvey | Dis 7/30/84 |
| A-780 | Diane L. Banks, et al. v. A.H. Robins Co., Inc. | Md. | M-83-166 | Miller | |
| A-781 | Gail Barzman, et al. v. A.H. Robins Co., Inc. | Md. | JH-83-348 | Howard | Dis. 12/31/84 |
| A-782 | Snerry Bassi, et al. v. A.H. Robins Co., Inc. | Md. | M-84-285 | Miller | |
| A-783 | Christine Bates-Brownsword, et al. v. A.H. Robins Co.,Inc. | Md. | M-82-3794 | Miller | |
| A-784 | Snirley A. Baxter v. A.H. Robins Co., Inc. | Md. | JH-83-19 | Howard | Closed 12/31/84 |
| A-785 | Lynnette Beall v. A.H. Robins Co., Inc. | Md. | HM-84-3630 | Murray | |
| A-786 | Janet Sue Beckwith, et al. v. A.H. Robins Co., Inc. | Md. | M-84-3781 | Miller | |
| A-787 | Adrienne V. Benge, et al. v. A.H. Robins Co., Inc. | Md. | N-84-4157 | Northrop | |
| A-788 | Helen Benham v. A.H. Robins Co., Inc. | Md. | N-84-2994 | Northrop | |
| A-789 | Sara Frances Benton v. A.H. Robins Co., Inc. | Md. | B-83-2768 | Black | |
| A-790 | Patricia A. Bibbo, et al. v. A.H. Robins Co., Inc. | Md. | HAR-84-3783 | Hargrove | |
| A-791 | Susan Birtles v. A.H. Robins Co., Inc. | Md. | K-83-631 | Kaufman | |
| A-792 | Linda J. Blair, et al. v. A.H. Robins Co., Inc. | Md. | HM-82-3791 | Murray | |
| A-793 | Maureen Blair v. A.H. Robins Co., Inc. | Md. | M-84-3773 | Miller | |
| A-794 | Margaret G. Biascetta v. A.H. Robins Co., Inc. | Mn. | M-84-1013 | Miller | |

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|----------|---------|----------|----------|-------|-------|
| A-795 | Eileen S. Blau, et al. v. A.H. Robins Co., Inc. | Md. | HAR-84-933 | Hargrove | |
| A-796 | Alice Marie Bodson v. A.H. Robins Co., Inc. | Md. | JH-84-1008 | Howard | |
| A-797 | Pamela Bovee, et al. v. A.H. Robins Co., Inc. | Md. | M-84-929 | Miller | |
| A-798 | Sally M. Brandon, et al. v. A.H. Robins Co., Inc. | Md. | M-84-4274 | Miller | |
| A-799 | Diane Ellen Breakstone, et al. v. A.H. Robins Co., Inc. | Md. | JH-83-154 | Howard | |
| A-800 | Teresa M. Brown, et al. v. A.H. Robins Co., Inc. | Md. | HAR-84-141 | Hargrove | |
| A-801 | Betty L. Browne, et al. v. A.H. Robins Co., Inc. | Md. | H-83-344 | Harvey | |
| A-802 | Patricia A. Bunce, et al. v. A.H. Robins Co., Inc. | Md. | Y-83-918 | Young | , ) |
| A-803 | Sharon E. Buonocore v. A.H. Robins Co., Inc. | Md. | HM-84-1547 | Murray | |
| A-804 | Valerie Burghardt v. A.H. Robins Co., Inc. | Md. | HAR-84-1009 | Hargrove | |
| A-805 | Carol Burgmeier v. A.H. Robins Co., Inc. | Md. | HAR-84-1226 | Hargrove | |
| A-806 | Bettina Byras, et al. v. A.H. Robins Co., Inc. | Md. | HAR-84-1390 | Hargrove | |
| A-807 | Margaret Cairney, et al. v. A.H. Robins Co., Inc. | Md. | B-84-4277 | Black | |
| A-808 | Kathy F. Callaway, et al. v. A.H. Robins Co., Inc. | Md. | B-84-2996 | Black | |
| A-809 | L. Nancy Campbell v. A.H. Robins Co., Inc. | Md. | K-83-1148 | Kaufman | |
| A-810 | Mary Caroddo, et al. v. A.H. Robins Co., Inc. | Md. | B-84-1394 | Black | |
| A-811 | Darla J. Chandler, et al. v. A.H. Robins Co., Inc. | Md. | H-83-167 | Howard | Dis 12/28/84 |
| A-812 | Elizabeth Clark, et al. v. A.H. Robins Co., Inc. | Md. | HM-83-4365 | Murray | |
| A-813 | Paula Clayton, et al. v. A.H. Robins Co., Inc. | Md. | H-84-16 | Harvey | |
| A-814 | Kerry Clayton, et al. v. A.H. Robins Co., Inc. | Md. | H-83-1145 | Harvey | |
| A-815 | Carol H. Cohen v. A.H. Robins Co., Inc. | Md. | H-83-2794 | Harvey | |
| A-816 | Barbara Cohn, et al. v. A.H. Robins Co., Inc. | Md. | JH-84-2246 | Howard | |
| A-817 | Nancy R. Colomonico v. A.H. Robins Co., Inc. | Md. | B-84-487 | Black | |
| A-818 | Caroline A. Connelly, et al. v. A.H. Robins Co., Inc. | Md. | M-83-917 | Miller | |
| A-819 | Rose Constantine, et al. v. A.H. Robins Co., Inc. | Md. | Y-83-2983 | Young | |
| A-820 | Lenore Corfe, et al. v. A.H. Robins Co., Inc. | Md. | HM-84-1282 | Murray | |
| A-821 | Karen L. Craig, et al. v. A.H. Robins Co., Inc. | Md. | B-84-1010 | Black | |
| A-822 | Bronwyn Crawford, et al. v. A.H. Robins Co., Inc. | Md. | M-84-1299 | Miller | |
| A-823 | Marcia S. Crumley, et al. v. A.H. Robins Co., Inc. | Md. | K-83-2695 | Kaufman | |
| A-824 | Susan E. Cusato v. A.H. Robins Co., Inc. | Md. | HM-84-930 | Murray | |
| A-825 | Diane Dagel, et al. v. A.H. Robins Co., Inc. | Md. | B-82-2987 | Black | |
| A-826 | Linda Dauses, et al. v. A.H. Robins Co., Inc. | Md. | H-83-4245 | Howard | |
| A-827 | Nancy Decker, et al. v. A.H. Robins Co., Inc. | Md. | HM-84-774 | Murray | |
| A-828 | Nicole DeJurenev v. A.H. Robins Co., Inc. | Md. | B-83-795 | Black | |

Page 24

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|----------|---------|----------|----------|-------|-------|
| A-829 | Yvonne DePaulis v. A.H. Robins Co., Inc. | Md. | JH-84-142 | Howard | |
| A-830 | Jackie Deromedi v. A.H. Robins Co., Inc. | Md. | K-84-3775 | Kaufman | |
| A-831 | Susan D. Diamond, et al. v. A.H. Robins Co., Inc. | Md. | JH-83-169 | Howard | Dis 12/21/84 |
| A-832 | Clara Douglass, et al. v. A.H. Robins Co., Inc. | Md. | H-84-3772 | Howard | |
| A-833 | Donna Downes v. A.H. Robins Co., Inc. | Md. | Y-83-346 | Young | |
| A-834 | Suzanne Dull, et al. v. A.H. Robins Co., Inc. | Md. | JH-83-3261 | Howard | |
| A-835 | Laura Dutcher, et al. v. A.H. Robins Co., Inc. | Md. | HAR-83-4334 | Hargrove | |
| A-836 | Tracy Elizabeth Ebbert v. A.H. Robins Co., Inc. | Md. | JH-84-3185 | Howard | |
| A-837 | Bonnie E. Ederr, et al. v. A.H. Robins Co., Inc. | Md. | H-83-3977 | Harvey | |
| A-838 | Doris Epstein, et al. v. A.H. Robins Co., Inc. | Md. | Y-84-3771 | Young | |
| A-839 | Patricia Erickson, et al. v. A.H. Robins Co., Inc. | Md. | JH-84-4159 | Howard | |
| A-840 | Ann Marie Fairchild v. A.H. Robins Co., Inc. | Md. | HAR-84-4276 | Harvey | |
| A-841 | Gwyneth Fanning, et al. v. A.H. Robins Co., Inc. | Md. | K-83-1714 | Kaufman | |
| A-842 | Anne Farnand, et al. v. A.H. Robins Co., Inc. | Md. | JH-83-4330 | Howard | |
| A-843 | Judith Felicia, et al. v. A.H. Robins Co., Inc. | Md. | HAR-84-2795 | Hargrove | |
| A-844 | Patricia Ferguson v. A.H. Robins Co., Inc. | Md. | Y-83-4332 | Young | |
| A-845 | Margaret C. Ferris, et al. v. A.H. Robins Co., Inc. | Md. | M-84-3787 | Miller | |
| A-846 | Blythe Fisher v. A.H. Robins Co., Inc. | Md. | H-84-3780 | Harvey | |
| A-847 | Isabella Fiske v. A.H. Robins Co., Inc. | Md. | N-83-625 | Northrop | Dis 11/28/83 |
| A-848 | Christine Flanagan v. A.H. Robins Co., Inc., et al. | Md. | Y-83-2035 | Young | |
| A-849 | Joyce Fraser, et al. v. A.H. Robins Co., Inc. | Md. | B-84-1537 | Black | |
| A-850 | Mary Jo Freeman, M.D., et al. v. A.H. Robins Co., Inc. | Md. | JH-83-2694 | Howard | |
| A-851 | Wanda Fuller, et al. v. A.H. Robins Co., Inc. | Md. | H-84-3556 | Harvey | |
| A-852 | Emma Garcia v. A.H. Robins Co., Inc. | Md. | B-84-287 | Black | |
| A-853 | Rita Goyette, et al. v. A.H. Robins Co., Inc. | Md. | H-84-1387 | Harvey | |
| A-854 | Deborah Jean Graves v. A.H. Robins Co., Inc. | Md. | M-84-1388 | Miller | |
| A-855 | Alice C. Greiner-Budavach v. A.H. Robins Co., Inc. | Md. | B-84-2410 | Black | |
| A-856 | Leslie S. Grodnitzky, et al. v. A.H. Robins Co., Inc. | Md. | K-84-197 | Kaufman | |
| A-857 | Janice Groth, et al. v. A.H. Robins Co., Inc. | Md. | HM-84-3782 | Murray | |
| A-858 | Robin Guariglia, et al. v. A.H. Robins Co., Inc. | Md. | M-83-155 | Miller | Dis 12/28/84 |
| A-859 | Nancy Elaine Hamilton, et al. v. A.H. Robins Co., Inc. | Md. | K-83-1066 | Kaufman | Dis. 12/21/84 |
| A-860 | Betty K. Harris, et al. v. A.H. Robins Co., Inc. | Md. | Y-83-922 | Young | |
| A-861 | Catherine Hatcher, et al. v. A.H. Robins Co., Inc. | Md. | HM-84-4308 | Murray | |
| A-862 | Cindy A. Havice, et al. v. A.H. Robins Co., Inc. | Md. | M-83-162 | Miller | |

Page 25

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|----------|---------|----------|----------|-------|-------|
| A-863 | Cecilia C. Heaslip v. A.H. Robins Co., Inc., et al. | Mn. | HM-83-4174 | Murray | |
| A-864 | Carolyn B. Hensley, et al. v. A.H. Robins Co., Inc. | Mn. | Y-84-3628 | Young | |
| A-865 | Cheryl K. Hill, et al. v. A.H. Robins Co., Inc. | Mn. | HM-84-4275 | Murray | |
| A-866 | Eileen Hinerman, et al. v. A.H. Robins Co., Inc. | Mn. | HM-83-2897 | Murray | |
| A-867 | Eleanor B. Holtzman, et al. v. A.H. Robins Co., Inc. | Md. | H-84-928 | Harvey | |
| A-868 | Patricia Houghton v. A.H. Robins Co., Inc. | Mn. | H-84-3629 | Harvey | |
| A-869 | Sherri Jane Howell-Coleman, et al. v. A.H. Robins Co., Inc. | Md. | B-83-2795 | Black | Dis. 12/21/84 |
| A-870 | Judith Hoy, et al. v. A.H. Robins Co., Inc. | Md. | HM-83-4216 | Murray | Dis. 12/21/84 |
| A-871 | Pauline E. Hull, et al. v. A.H. Robins Co., Inc. | Mn. | H-83-156 | Harvey | Dis 8/14/84 |
| A-872 | Mary Jane Hunt, et al. v. A.H. Robins Co., Inc. | Mn. | H-83-1815 | Harvey | |
| A-873 | Betsy Ann Hutchings, et al. v. A.H. Robins Co., Inc. | Md. | JH-83-4331 | Howard | Dis 5/3/85 |
| A-874 | Elizabeth M. Hutchko, et al. v. A.H. Robins Co., Inc. | Md. | H-83-4237 | Harvey | |
| A-875 | Rebecca Jackson, et al. v. A.H. Robins Co., Inc. | Mn. | B-84-448 | Black | |
| A-876 | Carol Johnson, et al. v. A.H. Robins Co., Inc. | Mn. | N-83-157 | Northrop | Dis 12/21/84 |
| A-877 | Patricia Johnson, et al. v. A.H. Robins Co., Inc. | Md. | M-84-773 | Miller | |
| A-878 | Irma W. Kaplan, et al. v. A.H. Robins Co., Inc. | Md. | HM-84-196 | Murray | |
| A-879 | Lisebeth Keating, et al. v. A.H. Robins Co., Inc. | Md. | HM-84-2555 | Murray | |
| A-880 | Anita M. Kelly v. A.H. Robins Co., Inc. | Md. | K-84-2916 | Kaufman | |
| A-881 | Kathryn Kenney v. A.H. Robins Co., Inc. | Md. | M-84-575 | Miller | |
| A-882 | Linda W. Knowles, et al. v. A.H. Robins Co., Inc. | Md. | K-83-703 | Kaufman | |
| A-883 | Rebecca Ann Kontoulas v. A.H. Robins Co., Inc. | Mn. | Y-82-1740 | Young | |
| A-884 | Marie Kowalski v. A.H. Robins Co., Inc. | Md. | N-84-3776 | Northrop | |
| A-885 | Janet L. Kurtz v. A.H. Robins Co., Inc. | Md. | H-83-4173 | Harvey | |
| A-886 | Ellen K. Laborde, et al. v. A.H. Robins Co., Inc. | Md. | Y-83-2493 | Young | |
| A-887 | Joan H. Labow, et al. v. A.H. Robins Co., Inc. | Md. | B-84-3768 | Black | |
| A-888 | Louise M. Landham, et al. v. A.H. Robins Co., Inc. | Md. | HM-84-2771 | Murray | |
| A-889 | Lee Ann Lane, et al. v. A.H. Robins Co., Inc. | Md. | Y-84-2411 | Young | |
| A-890 | Sharon K. Lansdown, et al. v. A.H. Robins Co., Inc. | Md. | B-84-3627 | Black | |
| A-891 | Linda M. Lauder, et al. v. A.H. Robins Co., Inc. | Md. | JH-83-158 | Howard | Dis. 12/21/84 |
| A-892 | Frankie Lawrence v. A.H. Robins Co., Inc. | Md. | Y-84-138 | Young | |
| A-893 | Val Laycock-Cowles, et al. v. A.H. Robins Co., Inc. | Md. | B-83-165 | Black | Dis. 12/28/84 |
| A-894 | Patricia Leach, et al. v. A.H. Robins Co., Inc. | Md. | B-84-1231 | Black | |
| A-895 | Pamela A. Lee v. A.H. Robins Co., Inc. | Mn. | K-84-3724 | Kaufman | |
| A-896 | Norma J. Leroux, et al. v. A.H. Robins Co., Inc. | Md. | JH-83-4333 | Howard | |
| A-897 | Eileen Lindberg, et al. v. A.H. Robins Co., Inc. | Mn. | H-84-1255 | Harvey | |

Page 26

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|---|---|---|---|---|---|
| A-898 | Hazel Littlefield, et al. v. A.H. Robins Co., Inc. | Md. | N-84-3790 | Northrop | |
| A-899 | Maureen Loeffler, et al. v. A.H. Robins Co., Inc. | Md. | B-84-3784 | Black | |
| A-900 | Suzanne P. Lucia v. A.H. Robins Co., Inc. | Md. | HM-83-4172 | Murray | |
| A-901 | Carol Lynn Luxford, et al. v. A.H. Robins Co., Inc. | Md. | N-83-168 | Northrop | Dis. 12/28/84 |
| A-902 | Christine S. Macari, et al. v. A.H. Robins Co., Inc. | Md. | B-84-137 | Black | |
| A-903 | Arlene G. Madill v. A.H. Robins Co., Inc. | Md. | M-82-3789 | Miller | |
| A-904 | Faith E. Manipole, et al. v. A.H. Robins Co., Inc. | Md. | M-83-347 | Miller | |
| A-905 | Irina Markova v. A.H. Robins Co., Inc. | Md. | JH-84-1568 | Howard | |
| A-906 | Jeanette Marquis, et al. v. A.H. Robins Co., Inc. | Md. | H-84-2554 | Harvey | |
| A-907 | Janet Mawdsley, et al. v. A.H. Robins Co., Inc. | Md. | Y-82-106 | Young | Dis. 12/31/84 |
| A-908 | Linda M. Mawhinney, et al. v. A.H. Robins Co., Inc. | Md. | JH-82-2986 | Howard | |
| A-909 | Carolyn Maxted, et al. v. A.H. Robins Co., Inc. | Md. | M-83-1713 | Miller | |
| A-910 | Katherine Mayo v. A.H. Robins Co., Inc. | Md. | H-83-4214 | Harvey | |
| A-911 | Greer Menton v. A.H. Robins Co., Inc. | Md. | JH-83-4175 | Howard | |
| A-912 | Roberta D. Mersereau v. A.H. Robins Co., Inc. | Md. | HM-84-3788 | Murray | |
| A-913 | Bonnie C. Myers, et al. v. A.H. Robins Co., Inc. | Md. | M-83-736 | Miller | |
| A-914 | Ruth Ann Michaliszyn, et al. v. A.H. Robins Co., Inc. | Md. | HM-83-2037 | Murray | Dis. 5/3/85 |
| A-915 | Cheryl W. Miley, et al. v. A.H. Robins Co., Inc. | Md. | JH-84-934 | Howard | |
| A-916 | Georgia C. Miller v. A.H. Robins Co., Inc. | Md. | M-83-4328 | Miller | Dis. 12/21/84 |
| A-917 | Sharlene Miller, et al. v. A.H. Robins Co., Inc. | Md. | HM-84-1395 | Murray | |
| A-918 | Susan Miller, et al. v. A.H. Robins Co., Inc. | Md. | HAR-83-920 | Hargrove | |
| A-919 | Michele Minnis v. A.H. Robins Co., Inc. | Md. | H-84-1006 | Howard | |
| A-920 | Julie A. Morford v. A.H. Robins Co., Inc. | Md. | B-84-1954 | Black | Dis. 4/11/85 |
| A-921 | Eileen Morgan, et al. v. A.H. Robins Co., Inc. | Md. | B-84-3778 | Black | |
| A-922 | Eian S. Morrison, et al. v. A.H. Robins Co., Inc. | Md. | M-84-1007 | Miller | |
| A-924 | Marcia Moulton, et al. v. A.H. Robins Co., Inc. | Md. | JH-82-2849 | Howard | |
| A-925 | Joanne T. Myers, et al. v. A.H. Robins Co., Inc. | Md. | JH-84-1385 | Howard | |
| A-926 | Patricia McGonigal, et al. v. A.H. Robins Co., Inc. | Md. | B-84-658 | Black | Dis 12/28/84 |
| A-927 | Sandra K. McGrath, et al. v. A.H. Robins Co., Inc. | Md. | B-83-159 | Black | |
| A-928 | Rosella McGuffin, et al. v. A.H. Robins Co., Inc. | Md. | Y-83-20 | Young | Dis. 12/21/84 |
| A-929 | Kathleen A. McLaughlin, et al. v. A.H. Robins Co., Inc. | Md. | Y-83-4251 | Young | |
| A-930 | Carol Anne Nacy, et al. v. A.H. Robins Co., Inc. | Md. | JH-84-1230 | Howard | |
| A-931 | Deborah Nason, et al. v. A.H. Robins Co., Inc. | Md. | Y-84-1386 | Young | |
| A-932 | Mary Ellen Nicholas, et al. v. A.H. Robins Co., Inc. | Md. | H-84-1393 | Howard | |
| A-933 | Myrna Nograny v. A.H. Robins Co., Inc. | Md. | Y-84-1392 | Young | |

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|---|---|---|---|---|---|
| A-934 | Judith Ann Nuss, et al. v. A.H. Robins Co., Inc. | Md. | H-83-388 | Howard | D. 12/28/84 |
| A-935 | Phyllis Oliver v. A.H. Robins Co., Inc. | Md. | HM-84-576 | Murray | |
| A-936 | Theresa O'Reilly, et al. v. A.H. Robins Co., Inc. | Md. | HAR-83-919 | Hargrove | |
| A-937 | Laurann Pandelakis, et al. v. A.H. Robins Co., Inc. | Md. | Y-82-393 | Young | |
| A-938 | Wanda Parson v. A.H. Robins Co., Inc. | Md. | HAR-84-1804 | Harvey | |
| A-939 | Judith R. Pearsall, et al. v. A.H. Robins Co., Inc. | Md. | M-83-702 | Miller | |
| A-940 | Kathryn Penfield v. A.H. Robins Co., Inc. | Md. | HM-84-1389 | Murray | |
| A-941 | Johanna M. Peterson v. A.H. Robins Co., Inc. | Md. | Y-84-1302 | Young | |
| A-942 | Kathryn Peterson, et al. v. A.H. Robins Co., Inc. | Md. | HAR-84-3777 | Harvey | ; ) |
| A-943 | Phyllis J. Phillips, et al. v. A.H. Robins Co., Inc. | Md. | Y-84-1254 | Young | |
| A-944 | Kathy K. Philpott v. A.H. Robins Co., Inc. | Md. | M-83-4215 | Miller | Dis 12/21/84 |
| A-945 | Ann Pindar, et al. v. A.H. Robins Co., Inc. | Md. | M-83-161 | Miller | D.s. 12/28/84 |
| A-946 | Lyndon G. Plante, et al. v. A.H. Robins Co., Inc. | Md. | K-83-1711 | Kaufman | |
| A-947 | Rosemary Platt, et al. v. A.H. Robins Co., Inc. | Md. | Y-84-3785 | Young | |
| A-948 | Audrey L. Pottle v. A.H. Robins Co., Inc. | Md. | HM-84-3774 | Murray | |
| A-949 | Sally Ethel Pottratz, et al. v. A.H. Robins Co., Inc. | Md. | N-83-163 | Northrop | D.s. 6/5/84 |
| A-950 | Jacqueline K. O'Shea Poux, et al. v. A.H. Robins Co., Inc. | Md. | JH-84-1876 | Howard | |
| A-951 | Nancy Radius, et al. v. A.H. Robins Co., Inc. | Md. | N-83-22 | Northrop | Dis. 12/28/84 |
| A-952 | Gayle Annis Raphanel v. A.H. Robins Co., Inc. | Md. | HM-84-1861 | Murray | |
| A-953 | Patricia Redmond, et al. v. A.H. Robins Co., Inc. | Md. | M-83-1712 | Miller | |
| A-954 | Judy A. Reed, et al. v. A.H. Robins Co., Inc. | Md. | B-83-2982 | Black | Closed 12/3/84 |
| A-955 | Maylene M. Rice, et al. v. A.H. Robins Co., Inc. | Md. | JH-82-3792 | Howard | D 12/28/84 |
| A-956 | Buelah Mae Riek, et al. v. A.H. Robins Co., Inc. | Md. | K-83-29 | Kaufman | |
| A-957 | Janice F. Roach v. A.H. Robins Co., Inc. | Md. | JH-84-284 | Howard | |
| A-958 | Diane Robinson, et al. v. A.H. Robins Co., Inc. | Md. | H-83-921 | Harvey | |
| A-960 | Roberta Rogers v. A.H. Robins Co., Inc. | Md. | HM-84-3767 | Murray | |
| A-961 | Diane W. Ross v. A.H. Robins Co., Inc. | Md. | JH-84-2995 | Howard | |
| A-962 | Ann Rothmyer, et al. v. A.H. Robins Co., Inc. | Md. | HM-84-2247 | Murray | |
| A-963 | Nancy Roxberg, et al. v. A.H. Robins Co., Inc. | Md. | M-83-18 | Miller | Dis 12/21/84 |
| A-964 | Angela Roy, et al. v. A.H. Robins Co., Inc. | Md. | B-84-1301 | Black | |
| A-966 | Joan E. Ryan, et al. v. A.H. Robins Co., Inc. | Md. | JH-83-4238 | Howard | Dis. 12/31/84 |
| A-967 | Paula Sacchinelli, et al. v. A.H. Robins Co., Inc. | Md. | M-82-105 | Miller | Dis. 5/20/82 |
| A-968 | Leah Beth Satto, et al. v. A.H. Robins Co., Inc. | Md. | M-83-4335 | Miller | Dis 12/31/84 |
| A-969 | Norma Schafer, et al. v. A.H. Robins Co., Inc. | Md. | M-83-3371 | Miller | |

Page 28

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|----------|---------|----------|----------|-------|-------|
| A-970 | Janet E. Schebella v. A.H. Robins Co., Inc. | Md. | H-82-2850 | Howard | |
| A-971 | Elizabeth K. Schwartz, et al. v. A.H. Robins Co., Inc. | Md. | JM-83-4329 | Murray | |
| A-972 | Natalie L. Schwartz v. A.H. Robins Co., Inc. | Md. | JH-84-851 | Howard | |
| A-973 | Jean Scigliano, et al. v. A.H. Robins Co., Inc. | Md. | JH-84-578 | Howard | |
| A-974 | Geraldine Scott v. A.H. Robins Co., Inc. | Md. | HAR-84-3769 | Hargrove | |
| A-975 | Mary E. See, et al. v. A.H. Robins Co., Inc. | Md. | K-84-3018 | Kaufman | |
| A-976 | Edna Seebode, et al. v. A.H. Robins Co., Inc. | Md. | B-84-3770 | Black | |
| A-977 | Susan Shadburne-Vinton, et al. v. A.H. Robins Co., Inc. | Md. | K-83-160 | Kaufman | Dis. 12/28/84 |
| A-978 | Marilyn Shapiro, et al. v. A.H. Robins Co., Inc. | Md. | B-83-1114 | Black | |
| A-979 | Dawn Sharp v. A.H. Robins Co., Inc. | Md. | Y-84-1538 | Young | |
| A-980 | Victoria L. Sheridan v. A.H. Robins Co., Inc. | Md. | JH-84-2142 | Howard | |
| A-981 | Lesley Ann Southwell, et al. v. A.H. Robins Co., Inc. | Md. | B-82-1744 | Black | |
| A-982 | Judith St. John, et al. v. A.H. Robins Co., Inc. | Md. | HM-83-2954 | Murray | |
| A-983 | Rebecca J. Stockwell v. A.H. Robins Co., Inc. | Md. | N-84-198 | Northrop | |
| A-984 | Laura Stone-Pigott, et al. v. A.H. Robins Co., Inc., et al. | Md. | JH-83-3215 | Howard | |
| A-985 | Janelle Stookey, et al. v. A.H. Robins Co., Inc. | Md. | H-84-1012 | Harvey | |
| A-986 | Joyce Mary Strong, et al. v. A.H. Robins Co., Inc. | Md. | B-84-2249 | Black | |
| A-987 | Justine Sullivan v. A.H. Robins Co., Inc. | Md. | H-84-3786 | Howard | |
| A-988 | Regina L. Sullivan, et al. v. A.H. Robins Co., Inc. | Md. | M-84-3766 | Miller | |
| A-990 | Regina G. Sweatt v. A.H. Robins Co., Inc. | Md. | Y-84-1011 | Young | |
| A-991 | Mildred Spain Swift v. A.H. Robins Co., Inc. | Md. | H-84-1805 | Howard | |
| A-992 | Linda S. Taylor, et al. v. A.H. Robins Co., Inc. | Md. | B-84-1597 | Black | |
| A-993 | Susan L. Taylor v. A.H. Robins Co., Inc. | Md. | HM-84-3959 | Murray | |
| A-994 | Sharon Thatcher v. A.H. Robins Co., Inc. | Md. | N-83-345 | Northrop | |
| A-995 | Kathleen W. Toll v. A.H. Robins Co., Inc. | Md. | K-84-577 | Kaufman | |
| A-996 | Ada June Tolliver v. A.H. Robins Co., Inc. | Md. | Y-82-3790 | Young | |
| A-997 | Kathryn J. Treanor v. A.H. Robins Co., Inc. | Md. | B-82-2961 | Black | |
| A-998 | Nancy Trueworthy v. A.H. Robins Co., Inc. | Md. | M-84-1540 | Miller | |
| A-999 | Maureen Truitt, et al. v. A.H. Robins Co., Inc. | Md. | M-83-1068 | Miller | |
| A-1000 | Travis Vancil, et al. v. A.H. Robins Co., Inc. | Md. | B-83-3446 | Black | |
| A-1001 | Karen L. Vanderkamp, et al. v. A.H. Robins Co., Inc. | Md. | Y-83-4250 | Young | |
| A-1002 | Valerie A. Viente, et al. v. A.H. Robins Co., Inc. | Md. | H-83-3369 | Harvey | |
| A-1003 | Patricia Vigilante, et al. v. A.H. Robins Co., Inc. | Md. | B-84-3422 | Black | |
| A-1004 | Deborah G. Wade, et al. v. A.H. Robins Co., Inc. | Md. | JH-83-4236 | Howard | |
| A-1005 | Gloria J. Waits, et al. v. A.H. Robins Co., Inc. | Md. | JH-83-164 | Howard | D. 12/28/84 |

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|---|---|---|---|---|---|
| A-1006 | DeAnn Weiler v. A.H. Robins Co., Inc. | Mo. | M-83-21 | Miller | Dis 12/28/84 |
| A-1007 | Eleanore Welsh, et al. v. A.H. Robins Co., Inc. | Mo. | JH-84-17 | Howard | |
| A-1008 | Virginia E. Wells v. A.H. Robins Co., Inc. | Mo. | K-84-3789 | Kaufman | |
| A-1009 | Sarah Wessels v. A.H. Robins Co., Inc. | Mo. | JH-83-1146 | Howard | |
| A-1010 | Karen I. Wildrick, et al. v. A.H. Robins Co., Inc. | Mo. | HAR-84-1548 | Hargrove | Dis. 3/7/85 |
| A-1011 | Carolyn A. Williams, et al. v. A.H. Robins Co., Inc. | Mo. | K-82-3505 | Kaufman | Dis 5/3/85 |
| A-1012 | Judith Willis v. A.H. Robins Co., Inc. | Mo. | H-84-1539 | Howard | Dis 12/28/84 |
| A-1013 | Margaret E. Witcher v. A.H. Robins Co., Inc. | Mo. | JH-83-23 | Howard | , , |
| A-1014 | Beverly Wood, et al. v. A.H. Robins Co., Inc. | Mo. | B-83-3105 | Black | Dis. 12/1/83 |
| A-1015 | Collette Wood, et al. v. A.H. Robins Co., Inc. | Mo. | B-83-866 | Black | |
| A-1016 | Jane M. Yorke, et al. v. A.H. Robins Co., Inc. | Mo. | N-84-932 | Northrop | |
| A-1017 | Shirley L. Younger v. A.H. Robins Co., Inc. | Mo. | HM-84-6 | Murray | |
| A-1018 | Carol E. Yox, et al. v. A.H. Robins Co., Inc. | Mo. | HAR-84-4158 | Harvey | |
| A-1019 | Anne Marie Zolczer, et al. v. A.H. Robins Co., Inc. | Mo. | K-84-4309 | Kaufman | |
| A-1020 | Edna G. Medina, et al. v. A.H. Robins Co., Inc. | Mo. | JH-84-4503 | Howard | |
| A-1021 | Karen S. Zier v. A.H. Robins Co., Inc. | Mo. | B-84-4570 | Black | |
| A-1022 | Lynne S. Onisimchuck, et al. v. A.H. Robins Co., Inc. | Mo. | JH-84-4505 | Howard | |
| A-1850* | Susan Hinman v. A.H. Robins Co., Inc., et al. | Mo. | JH-84-1303 | Howard | |
| A-1851* | Leslie Haines, et al. v. A.H. Robins Co., Inc., et al. | Mo. | M-84-1304 | Miller | |
| A-1852* | Sandey Fitzgerald, et al. v. A.H. Robins Co., Inc., et al. | Mo. | JH-84-1300 | Howard | |
| A-1853* | Margaret Conner v. A.H. Robins Co., Inc., et al. | Mo. | HM-84-1305 | Murray | |

### District of Massachusetts

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|---|---|---|---|---|---|
| A-1023 | Glenda O. Allen v. A.H. Robins Co., Inc. | Mass. | 82-1170-Z | Zobel | |
| A-1024 | Carolyn Anderson, et al. v. A.H. Robins Co., Inc. | Mass. | 83-0052-S | Skinner | |
| A-1025 | Anne L. Azarian v. A.H. Robins Co., Inc. | Mass. | 84-3553-S | Skinner | |
| A-1027 | Nancy Banton v. A.H. Robins Co., Inc. | Mass. | 80-2452-N | Nelson | |
| A-1028 | Dian Barrett v. A.H. Robins Co., Inc. | Mass. | 77-3865-K | Keeton | 211-T/R (I-2) |
| A-1030 | Carol Brew, et al. v. A.H. Robins Co., Inc. | Mass. | 81-1643-N | Nelson | |
| A-1031 | Helen C. Busby, et al. v. A.H. Robins Co., Inc. | Mass. | 81-1346-S | Skinner | |
| A-1032 | Marilyn Carter v. A.H. Robins Co., Inc. | Mass. | 81-0410-G | Garrity | |
| A-1033 | Jill S. Charney v. A.H. Robins Co., Inc. | Mass. | 84-307-C | Caffrey | |
| A-1034 | Sarah Connolly, et al. v. A.H. Robins Co., Inc. | Mass. | 83-2406-N | Nelson | |
| A-1035 | Pamela Craig v. A.H. Robins Co., Inc. | Mass. | 81-1974-T | Tauro | |

Page 30

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|----------|---------|----------|----------|-------|-------|
| A-1036 | Catherine Curtis v. A.H. Robins Co., Inc. | Mass. | 81-3195-Mc | McNaught | |
| A-1037 | Linda M. Dagradi v. A.H. Robins Co., Inc. | Mass. | 79-0407-G | Garrity | 211-T/R (L-75) |
| A-1038 | Mary Ann Daly v. A.H. Robins Co., Inc. | Mass. | 81-0379-F | Freedman | |
| A-1039 | Kathleen Doyle v. A.H. Robins Co., Inc. | Mass. | 84-3145-G | Garrity | |
| A-1040 | Rita Dunn v. A.H. Robins Co., Inc. | Mass. | 81-0170-F | Freedman | |
| A-1041 | Alicia Dunton, et al. v. A.H. Robins Co., Inc. | Mass. | 84-2168-N | Nelson | |
| A-1042 | JoAnn Eden, et al. v. A.H. Robins Co., Inc. | Mass. | 84-2235-K | Keeton | |
| A-1043 | Ellen Eisen, et al. v. A.H. Robins Co., Inc. | Mass. | 84-3102-C | Caffrey | |
| A-1044 | Dona Rowe Feldbaum, et al. v. A.H. Robins Co., Inc. | Mass. | 83-2810-G | Garrity | " |
| A-1045 | Marsha L. Feldman v. A.H. Robins Co., Inc. | Mass. | 78-3270-Z | Zobel | 211-T/R (L-68) Trial 8/85 |
| A-1046 | Judith A. Finkle, et al. v. A.H. Robins Co., Inc. | Mass. | 83-1041-G | Garrity | |
| A-1047 | Linda J. Finn v. A.H. Robins Co., Inc. | Mass. | 84-3369-S | Skinner | |
| A-1049 | Barbara Edwards Gillmeister, et al. v. A.H. Robins Co., Inc. | Mass. | 83-2807-Ma | Mazzone | |
| A-1050 | Susan Ginsberg v. A.H. Robins Co., Inc. | Mass. | 79-1941-K | Keeton | 211-T/R (L-178) |
| A-1051 | Carol L. Goodyear v. A.H. Robins Co., Inc. | Mass. | 82-1017-K | Keeton | |
| A-1052 | J. Carla Grabiec v. A.H. Robins Co., Inc. | Mass. | 83-0355-F | Freedman | |
| A-1053 | Judith Grossman v. A.H. Robins Co., Inc. | Mass. | 82-0303-F | Freedman | |
| A-1054 | Arlene Guarnera, et al. v. A.H. Robins Co., Inc. | Mass. | 81-0327-Ma | Mazzone | |
| A-1055 | Brenda J. Halloran v. A.H. Robins Co., Inc. | Mass. | 84-0019-Mc | McNaught | |
| A-1056 | Gail Hickman, et al. v. A.H. Robins Co., Inc. | Mass. | 83-3386-Ma | Mazzone | |
| A-1058 | Roberta Jannino v. A.H. Robins Co., Inc. | Mass. | 80-0100-S | Skinner | 211-T/R (L-253) |
| A-1060 | Carol Kippenberger v. A.H. Robins Co., Inc. | Mass. | 83-3086-N | Nelson | |
| A-1061 | Jan Kirpalani v. A.H. Robins Co., Inc. | Mass. | 83-3082-G | Garrity | |
| A-1062 | Linda Knowles, et al. v. A.H. Robins Co., Inc. | Mass. | 84-2780-S | Skinner | |
| A-1064 | Joyce S. Kosofsky, et al. v. A.H. Robins Co., Inc. | Mass. | 84-398-T | Tauro | |
| A-1065 | Jeanne Lafferty, etc. v. A.H. Robins Co., Inc. | Mass. | 81-1282-N | Nelson | |
| A-1066 | Jane Heald Lavine, et al. v. A.H. Robins Co., Inc. | Mass. | 83-1236-T | Tauro | |
| A-1067 | Charlene Letourneau v. A.H. Robins Co., Inc. | Mass. | 84-0329-F | Freedman | |
| A-1069 | Lorraine S. Mararian v. A.H. Robins Co., Inc. | Mass. | 82-2843-Z | Zobel | |
| A-1070 | Amy R. Marcus v. A.H. Robins Co., Inc. | Mass. | 83-0835-N | Nelson | |
| A-1072 | Catherine McDevitt, et al. v. A.H. Robins Co., Inc. | Mass. | 78-2800-G | Garrity | 211-T/R (L-54) |
| A-1073 | Sandi M. de Oliveira Medeiros, et al. v. A.H. Robins Co. | Mass. | 81-2194-Z | Zobel | |
| A-1074 | Kathleen Moran v. A.H. Robins Co., Inc. | Mass. | 83-0542-F | Freedman | |
| A-1075 | Karen Ann Morrison v. A.H. Robins Co., Inc. | Mass. | 80-0244-Z | Zobel | 211-T/R (L-275) |
| A-1076 | Barbara A. Murphy v. A.H. Robins Co., Inc. | Mass. | 84-2974-Ma | Mazzone | |

Page 31

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|---|---|---|---|---|---|
| A-1077 | Rosemary T. Nagle, et al. v. A.H. Robins Co., Inc. | Mass. | 82-3416-T | Tauro | |
| A-1078 | National Women's Health Network, et al. v. A.H. Robins Co., Inc. | Mass. | 81-0004-N | Nelson | |
| A-1079 | Ellen Emerson Nigrosh v. A.H. Robins Co., Inc. | Mass. | 82-0153-F | Freedman | |
| A-1081 | Barbara K. O'Brien, et al. v. A.H. Robins Co., Inc. | Mass. | 83-2330-G | Garrity | |
| A-1082 | Bonnie Famely Olszewski v. A.H. Robins Co., Inc. | Mass. | 83-0594-G | Garrity | |
| A-1083 | Ann E. O'Rielly, et al. v. A.H. Robins Co., Inc. | Mass. | 81-1406-G | Garrity | |
| A-1084 | Cristine M. Palamidessi v. A.H. Robins Co., Inc. | Mass. | 81-1973-T | Tauro | |
| A-1085 | Georgia Patterson v. A.H. Robins Co., Inc. | Mass. | 83-3005-K | Keeton | |
| A-1086 | Judith Pitasi, et al. v. A.H. Robins Co., Inc. | Mass. | 82-2908-Ma | Mazzone | |
| A-1087 | Patricia Prew, et al. v. A.H. Robins Co., Inc. | Mass. | 82-2093-K | Keeton | |
| A-1088 | Mary Jane Quinn, et al. v. A.H. Robins Co., Inc. | Mass. | 82-3598-T | Tauro | |
| A-1089 | Janet Reardon, et al. v. A.H. Robins Co., Inc. | Mass. | 83-0078-K | Keeton | |
| A-1090 | Yvonne Richards v. A.H. Robins Co., Inc. | Mass. | 84-2167-Mc | McNaught | |
| A-1091 | Roberta M. Riddle, et al. v. A.H. Robins Co., Inc. | Mass. | 81-0264-S | Skinner | |
| A-1093 | Serena Rosado v. A.H. Robins Co., Inc. | Mass. | 83-1804-N | Nelson | |
| A-1094 | Elizabeth Ross v. A.H. Robins Co., Inc. | Mass. | 84-1685-Z | Zobel | |
| A-1095 | Margaret Ryding v. A.H. Robins Co., Inc. | Mass. | 84-2418-G | Garrity | |
| A-1096 | Lois Schleffer, et al. v. A.H. Robins Co., Inc. | Mass. | 83-3175-N | Nelson | |
| A-1097 | Cheryl Scott, et al. v. A.H. Robins Co., Inc. | Mass. | 82-0292-F | Freedman | |
| A-1098 | Cynthia Ann Sharp v. A.H. Robins Co., Inc. | Mass. | 82-1498-S | Skinner | |
| A-1099 | Marilyn L. Sherlock v. A.H. Robins Co., Inc. | Mass. | 81-0262-N | Nelson | |
| A-1100 | Leslie Moran Singer, et al. v. A.H. Robins Co., Inc. | Mass. | 83-2808-K | Keeton | Trial 6/3/85 |
| A-1101 | Geraldine Snyder v. A.H. Robins Co., Inc. | Mass. | 83-2743-T | Tauro | |
| A-1102 | Maureen Sullivan v. A.H. Robins Co., Inc. | Mass. | 80-2630-S | Skinner | |
| A-1103 | JoAnne Szahun, et al. v. A.H. Robins Co., Inc. | Mass. | 83-0527-Z | Zobel | |
| A-1105 | AnnMarie A. Tsitsipas, et al. v. A.H. Robins Co., Inc. | Mass. | 80-3067-Mc | McNaught | |
| A-1106 | Barbara Waxler, et al. v. A.H. Robins Co., Inc. | Mass. | 83-2809-N | Nelson | |
| A-1107 | Susan Williams v. A.H. Robins Co., Inc. | Mass. | 82-1943-S | Skinner | |
| A-1108 | Lynn Wilson, et al. v. A.H. Robins Co., Inc. | Mass. | 83-3085-G | Garrity | |
| A-1854* | Virginia Ruth Hart, et al. v. A.H. Robins Co., Inc. | Mass. | 84-993-K | Keeton | |

### Eastern District of Michigan

| | | | | | |
|---|---|---|---|---|---|
| A-1109 | Julie Ann Abner, et al. v. A.H. Robins Co., Inc. | E.D.Mich. | 83-CV-8324-FL | Newblatt | |
| A-1110 | Judith Tuynman, et al. v. A.H. Robins Co., Inc. | E.D.Mich. | 83-CV-5024-DT | Feikens | |
| A-1111 | Barbara Sanchez v. A.H. Robins Co., Inc. | E.D.Mich. | 83-CV-3350-DT | Guy | |

Page 32

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|---|---|---|---|---|---|
| A-1112 | Wilma Mae Murray, et al. v. A.H. Robins Co., Inc. | E.D.Mich. | 83-CV-5033-DT | Feikens | |
| A-1113 | Neysa Kirovuc, et al. v. A.H. Robins Co., Inc. | E.D.Mich. | 83-CV-8651-PL | Newblatt | |
| A-1114 | Beverly E. Smith v. A.H. Robins Co., Inc. | E.D.Mich. | 83-CV-5633-DT | Woods | |
| A-1115 | Paula Foy v. A.H. Robins Co., Inc. | E.D.Mich. | 84-CV-1635-PL | DeMascio | |
| A-1116 | Paula Colbert v. A.H. Robins Co., Inc. | E.D.Mich. | 83-CV-5634-DT | Cook | |
| A-1117 | Elaine C. Anderson v. A.H. Robins Co., Inc. | E.D.Mich. | 84-CV-0345-DT | Cook | |
| A-1118 | Cynthia Ruth Giles v. A.H. Robins Co., Inc. | E.D.Mich. | 83-CV-5504-DT | Gilmore | |
| A-1119 | Gloria Jean Chandler v. A.H. Robins Co., Inc. | E.D.Mich. | 83-CV-3388-DT | Pratt | |
| A-1120 | Patricia Ellen DeFeyter, et al. v. A.H. Robins Co., Inc. | E.D.Mich. | 84-CV-9054-DT | Harvey | |
| A-1121 | Katherine Ann Guest, et al. v. A.H. Robins Co., Inc. | E.D.Mich. | 83-CV-0558-DT | Gilmore | |
| A-1122 | Joan Hamilton v. A.H. Robins Co., Inc. | E.D.Mich. | 83-CV-5199-DT | Taylor | |
| A-1123 | Gloria J. Holowka, et al. v. A.H. Robins Co., Inc. | E.D.Mich. | 84-CV-0343-DT | Gilmore | |
| A-1124 | Vera Rose Keys v. A.H. Robins Co., Inc. | E.D.Mich. | 83-CV-5339-DT | Gilmore | |
| A-1125 | Kimberly Hope Licavoli v. A.H. Robins Co., Inc. | E.D.Mich. | 83-CV-5608-DT | Guy | |
| A-1126 | Adrianne Moritz v. A.H. Robins Co., Inc. | E.D.Mich. | 83-CV-3389-DT | Cook | |
| A-1127 | Sharon Neitling, et al. v. A.H. Robins Co., Inc. | E.D.Mich. | 83-CV-6511-AA | Joiner | |
| A-1128 | Cheryl Reitz, et al. v. A.H. Robins Co., Inc. | E.D.Mich. | 83-CV-3354-DT | DeMascio | |
| A-1129 | Judith Sheeler v. A.H. Robins Co., Inc. | E.D.Mich. | 83-CV-5408-DT | Taylor | |
| A-1130 | Patricia Terry (Nowicki) v. A.H. Robins Co., Inc. | E.D.Mich. | 82-74680 | Cook | |
| A-1131 | Gaye Smith, et al. v. A.H. Robins Co., Inc. | E.D.Mich. | 84-CV-2432-DT | Woods | |
| A-1132 | Caryl Schein, et al. v. A.H. Robins Co., Inc. | E.D.Mich. | 81-CV-72077 | Taylor | |
| A-1133 | Rochelle Ross v. A.H. Robins Co., Inc. | E.D.Mich. | 82-74337-DT | Cohn | |
| A-1134 | Karen Nies v. A.H. Robins Co., Inc. | E.D.Mich. | 83-CV-4979-DT | Taylor | |
| A-1135 | Mary Neiporte, et al. v. A.H. Robins Co., Inc., et al. | E.D.Mich. | 84-CV-2650-DT | DeMascio | |
| A-1136 | Cathy C. Lewis, et al. v. A.H. Robins Co., Inc. | E.D.Mich. | 81-40209 | Newblatt | |
| A-1137 | Joyce A. Koehler v. A.H. Robins Co., Inc. | E.D.Mich. | 80-82-10084 | Harvey | |
| A-1138 | Joyce Kage v. A.H. Robins Co., Inc. | E.D.Mich. | 83-CV-2600-DT | Cohn | |
| A-1139 | Kathleen Harsch, et al. v. A.H. Robins Co., Inc. | E.D.Mich. | 82-71938 | ~~Boyle~~ Woods | |
| A-1140 | Irene Gumbis v. A.H. Robins Co., Inc. | E.D.Mich. | 82-0149-DT | Cohn | |
| A-1141 | Sandra Duke v. A.H. Robins Co., Inc. | E.D.Mich. | 83-CV-2966-DT | Guy | |
| A-1142 | Sharon O. Dey, et al. v. A.H. Robins Co., Inc. | E.D.Mich. | 83-CV-0645-DT | Cohn | Closed 2/27/85 |
| A-1143 | Mary L. Crannell, et al. v. A.H. Robins Co., Inc. | E.D.Mich. | 82-10221 | Harvey | |
| A-1144 | John Baisley, etc. v. A.H. Robins Co., Inc. | E.D.Mich. | 82-73542 | Thornton | |
| A-1145 | Marsha Lee Baczynski v. A.H. Robins Co., Inc. | E.D.Mich. | 84-CV-1575-DT | Taylor | |
| A-1146 | Mary Carolyn Walker v. A.H. Robins Co., Inc. | E.D.Mich. | 84-CV-0833-DT | Cohn | |

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|----------|---------|----------|----------|-------|-------|
| A-1147 | Terry Lee Gaydosh, et al. v. A.H. Robins Co., Inc. | E.D.Mich. | 84-CV-7523-AA | Joiner | |
| A-1148 | Barbara Corrigan, et al. v. A.H. Robins Co., Inc. | E.D.Mich. | 83-CV-7574-AA | Joiner | |
| A-1149 | Patricia A. Cervone, et al. v. A.H. Robins Co., Inc. | E.D.Mich. | 84-CV-1431-DT | Cohn | |
| A-1150 | Patricia J. Dawson, et al. v. A.H. Robins Co., Inc. | E.D.Mich. | 83-CV-9131-PH | Harvey | |
| A-1151 | Carolyn Scott v. A.H. Robins Co., Inc. | E.D.Mich. | 84-CV-5052-DT | Gilmore | |
| A-1152 | Linda Birdsall v. A.H. Robins Co., Inc. | E.D.Mich. | 84-CV-8378-FL | Newblatt | |

Western District of Michigan

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|----------|---------|----------|----------|-------|-------|
| A-1153 | Karen Lee Baatz v. A.H. Robins Co., Inc. | W.D. Mich. | G84-35-CA7 | Miles | |
| A-1154 | Judith Ann Barrix v. A.H. Robins Co., Inc. | W.D. Mich. | G83-1494-CA5 | Miles | |
| A-1155 | Carol J. Bern, et al. v. A.H. Robins Co., Inc. | W.D. Mich. | G83-1255-CA1 | Gibson | |
| A-1156 | Sharon K. Burkholder, et al. v. A.H. Robins Co., Inc. | W.D. Mich. | G84-530-CA1 | Gibson | |
| A-1157 | Christine O. Crinion v. A.H. Robins Co., Inc. | W.D. Mich. | G83-1033-CA1 | Gibson *settled, per ltr.* |
| A-1158 | Ardith Jeanne DaFoe v. A.H. Robins Co., Inc. | W.D. Mich. | G83-1402-CA5 | Gibson | |
| A-1159 | Ellen Marie Dral, et al. v. A.H. Robins Co., Inc. | W.D. Mich. | G83-1346-CA5 | Miles | |
| A-1160 | Philip Fletcher, et al. v. A.H. Robins Co., Inc. | W.D. Mich. | K84-429-CA4 | Gibson | |
| A-1161 | Lois I. Flynn, et al. v. A.H. Robins Co., Inc. | W.D. Mich. | G84-1152-CA5 | Miles | |
| A-1162 | Cynthia J. Guthrie v. A.H. Robins Co., Inc. | W.D. Mich. | G83-1184-CA5 | Gibson | |
| A-1163 | Marie J. Kucera v. A.H. Robins Co., Inc. | W.D. Mich. | G84-120-CA7 | Gibson | |
| A-1164 | Sandra Kay Larsen, et al. v. A.H. Robins Co., Inc. | W.D. Mich. | G83-1381-CA7 | Gibson | |
| A-1165 | Lynn Meyers, et al. v. A.H. Robins Co., Inc. | W.D. Mich. | G84-1136-CA6 | Miles | |
| A-1166 | Sally Anna Overmyer v. A.H. Robins Co., Inc. | W.D. Mich. | K84-18-CA8 | Gibson | |
| A-1167 | Vicki Lynn Paquette, et al. v. A.H. Robins Co., Inc. | W.D. Mich. | M84-025-CA2 | Miles | |
| A-1168 | Joan Pitts, et al. v. A.H. Robins Co., Inc. | W.D. Mich. | G84-66-CA5 | Miles | |
| A-1169 | Karen Sue Pitts v. A.H. Robins Co., Inc. | W.D. Mich. | G84-1022-CA5 | Gibson | |
| A-1170 | Lauren S. Plym v. A.H. Robins Co., Inc. | W.D. Mich. | K83-46-CA8 | Gibson | |
| A-1171 | Carolyn Terry v. A.H. Robins Co., Inc. | W.D. Mich. | K83-530-CA8 | Gibson | |
| A-1172 | June Thomas, et al. v. A.H. Robins Co., Inc. | W.D. Mich. | G83-1386-CA5 | Miles | |
| A-1173 | Mary Thomas v. A.H. Robins Co., Inc. | W.D. Mich. | G83-1343-CA6 | Gibson | |
| A-1174 | Catherine Ann Tift v. A.H. Robins Co., Inc. | W.D. Mich. | G83-1385-CA6 | Miles | |
| A-1175 | Gretchen Claire Wilbur v. A.H. Robins Co., Inc. | W.D. Mich. | G83-1475-CA7 | Gibson | |

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|---|---|---|---|---|---|
| | | District of Minnesota | | | |
| A-1176 | Carol A. Bufton v. A.H. Robins Co., Inc. | Minn. | 4-84-1337 | Murphy | 85-0145R |
| A-1177 | Charlotte Pool v. A.H. Robins Co., Inc. | Minn. | 3-84-1832 | Magnuson | |
| A-1179 | Brenda Prewitt v. A.H. Robins Co., Inc. | Minn. | 4-84-1362 | Murphy - T to Eva 1/21/85 | |
| A-1180 | Connie Wisman v. A.H. Robins Co., Inc. | Minn. | 4-84-1364 | MacLaughlin | |
| A-1182 | Mary Farias v. A.H. Robins Co., Inc. | Minn. | 4-84-1360 | MacLaughlin | |
| A-1183 | Terry Raimonde v. A.H. Robins Co., Inc. | Minn. | 4-84-1358 | MacLaughlin | |
| A-1185 | Roxanne Whitacre v. A.H. Robins Co., Inc. | Minn. | 3-84-1825 | Alsop | " |
| A-1186 | Donna Nix v. A.H. Robins Co., Inc. | Minn. | 3-84-1831 | Renner | |
| A-1187 | Ellen Roth, etc. v. A.H. Robins Co., Inc. | Minn. | 3-84-1830 | Alsop | |
| A-1188 | Nancy Rodriques v. A.H. Robins Co., Inc. | Minn. | 3-84-1828 | Alsop | |
| A-1189 | Fran T. Howell, et al. v. A.H. Robins Co., Inc. | Minn. | 3-84-1820 7 | Renner | |
| A-1190 | Catherine Deem v. A.H. Robins Co., Inc. | Minn. | 3-84-1824 | Renner | |
| A-1191 | Carolyn Booth v. A.H. Robins Co., Inc. | Minn. | 3-84-1826 | Magnuson | |
| A-1192 | Shannon McBride v. A.H. Robins Co., Inc. | Minn. | 3-84-1829 | Magnuson | |
| A-1193 | Patricia Salom, et al. v. A.H. Robins Co., Inc. | Minn. | 3-84-1809 | Alsop | |
| A-1194 | Irene Martinez, et al. v. A.H. Robins Co., Inc. | Minn. | 3-84-1810 | Magnuson | |
| A-1195 | Judy Lynne Eide v. A.H. Robins Co., Inc. | Minn. | 4-84-1380 | MacLaughlin | |
| A-1196 | Florence J. Unrmacher v. A.H. Robins Co., Inc. | Minn. | 3-84-1802 | Renner | |
| A-1197 | Diane Baxter v. A.H. Robins Co., Inc. | Minn. | 3-84-839 | Alsop - DIS'D - 5/2/85 | |
| A-1198 | Sarah Masters v. A.H. Robins Co., Inc. | Minn. | 6-84-1014 | Alsop | |
| A-1207 | Pamela Schmahl v. A.H. Robins Co., Inc. | Minn. | 3-80-339 | McLaughlin | 211-T/R L-364 |
| A-1209 | Anita Walsh v. A.H. Robins Co., Inc. | Minn. | 4-84-798 | MacLaughlin | |
| A-1210 | Loretta M. Petrie v. A.H. Robins Co., Inc. | Minn. | 4-84-886 | McLaughlin | |
| A-1214 | Dorothy M. Denman v. A.H. Robins Co., Inc. | Minn. | 4-84-1240 | MacLaughlin | |
| A-1220 | Launie Peterson v. A.H. Robins Co., Inc. | Minn. | 3-80-390 | Magnuson | 211-T/R L-408 |
| A-1221 | Storey Holland v. A.H. Robins Co., Inc. | Minn. | 3-83-361 | Magnuson | |
| A-1222 | Judy Lemon v. A.H. Robins Co., Inc. | Minn. | 3-83-757 | Magnuson | |
| A-1226 | Frances Emma Silva v. A.H. Robins Co., Inc. | Minn. | 3-84-197 | Magnuson | |
| A-1233 | Barbara Johnson v. A.H. Robins Co., Inc. | Minn. | 3-83-1063 | Murphy | |
| A-1235 | Claire Ann Keith v. A.H. Robins Co., Inc. | Minn. | 4-84-747 | Murphy | |
| A-1238 | Cynthia Fisher-Essman v. A.H. Robins Co., Inc. | Minn. | 4-84-1212 | Murphy | |
| A-1239 | Diana Lind v. A.H. Robins Co., Inc. | Minn. | 4-84-1233 | Murphy | |
| A-1243 | Barbara J. Baker v. A.H. Robins Co., Inc. | Minn. | 3-83-667 | Renner | |
| A-1244 | Sandra K. Hewitt v. A.H. Robins Co., Inc. | Minn. | 3-83-1291 | Renner | |

Page 35

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|---|---|---|---|---|---|
| A-1245 | Mary Owens v. A.H. Robins Co., Inc. | Minn. | 3-84-1489 | Renner | |
| A-1246 | Mary Coppin v. A.H. Robins Co., Inc. | Minn. | 3-84-1478 | Renner | |
| A-1247 | Cynthia Carr v. A.H. Robins Co., Inc. | Minn. | 3-80-563 | Renner | 211-T/R L-545 |
| A-1250 | Ruth Janet Rich v. A.H. Robins Co., Inc. | Minn. | 3-84-1767 | Renner | |
| A-1251 | Linda Boice v. A.H. Robins Co., Inc. | Minn. | 3-84-1844 | Renner | |
| A-1252 | Andgelia Wilson v. A.H. Robins Co., Inc. | Minn. | 4-84-1378 | MacLaughlin | |
| A-1253 | Shirley Dudley v. A.H. Robins Co., Inc. | Minn. | 3-84-1846 | Alsop | |
| A-1254 | Ann Kluchar v. A.H. Robins Co., Inc. | Minn. | 3-84-1842 | Renner | |
| A-1255 | Bonnie Kay Glassel v. A.H. Robins Co., Inc. | Minn. | 3-84-1843 | Alsop | |
| A-1256 | Nancy Shields v. A.H. Robins Co., Inc. | Minn. | 3-84-1847 | Alsop | |
| A-1257 | Katherin Sudela v. A.H. Robins Co., Inc. | Minn. | 3-84-1848 | Magnuson | |
| A-1258 | Betty Topping v. A.H. Robins Co., Inc. | Minn. | 3-84-1845 | Magnuson | |
| A-1259 | Lowetta Edwards v. A.H. Robins Co., Inc. | Minn. | 4-84-1376 | McLaughlin | |
| A-1268 | Denise Reichel, et al. v. A.H. Robins Co., Inc. | Minn. | 3-85-008 | Magnuson | |
| A-1269 | Annette Rich v. A.H. Robins Co., Inc. | Minn. | 3-84-1833 | Renner | |
| A-1270 | Marcia Vargas v. A.H. Robins Co., Inc. | Minn. | 4-85-13 | *McLaughlin* | |
| A-1271 | Mary Jo Bennett v. A.H. Robins Co., Inc. | Minn. | 3-85-0016 | Renner | |
| A-1272 | Ardelle Margaret Muzik v. A.H. Robins Co., Inc. | Minn. | 6-85-15 | Alsop | |

**Northern District of Mississippi**

| A-1274 | Janette M. Dodson v. A.H. Robins Co., Inc. | N.D.Miss. | EC-84-405-LS-D | Senter | |

**Southern District of Mississippi**

| A-1275 | Melba Grace Parker v. A.H. Robins Co., Inc. | S.D.Miss. | S78-0241(R) | Russell | 211-T/R L-32 |
| A-1276 | Brenda Graybeal v. A.H. Robins Co., Inc. | S.D.Miss. | J83-0764(B) | Barbour | |

**Eastern District of Missouri**

| A-1277 | Mary Elizabeth Arnold, et al. v. A.H. Robins Co., Inc. | E.D.Mo. | N85-19C | Limbaugh | 211-T/R L-499 |
| A-1281 | Teresa Hodges, et al. v. A.H. Robins Co., Inc. | E.D.Mo. | 84-2961-C(A) | Harper | |

**Western District of Missouri**

| A-1278 | Christina Kay Horton, et al. v. A.H. Robins Co., Inc. | W.D.Mo. | 84-3595-CV-S-4 | Clark | |
| A-1279 | Shirley Jean Krauth v. A.H. Robins Co., Inc. | W.D.Mo. | 84-3379-CV-S-4 | Clark | T/fr. MN |
| A-1280 | Norma J. Smith v. A.H. Robins Co., Inc. | W.D.Mo. | 84-6151-CV-SJ-6 | Sachs | |
| A-1868* | Rayma Hance v. A.H. Robins Co., Inc. | W.D.Mo. | 84-5233-CV-SW | Roberts | T/fr. MN |

Page 36

| I.D. NO. | | DISTRICT | C.A. NO. | JUDGE | NOTES |
|---|---|---|---|---|---|
| A-1282 | Catherine Mary Barnes, | Montana | CV-84-37-M | Shanstrom | Dis'd 2/20/85 |
| A-1283 | Dixie Hurning v. A.H. | Montana | CV-83-189-BLG | Shanstrom | Reportedly near settlement |
| A-1284 | Gloria F. Jellun v. A. | Montana | CV-83-272-BLG | Shanstrom | Reportedly near settlement |
| A-1285 | Darlene E. Woxen, et a | Montana | CV-83-222-GP | Shanstrom | |
| A-1286 | Snerrlyn Lang, et al. | Montana | CV-84-17-BU | Shanstrom | Reportedly near settlement |
| A-1287 | Jerrilyn Bieber, et al | Montana | CV-84-155-BLG | Shanstrom | Reportedly near settlement |
| A-1288 | Leann Murphy, et al. v | Montana | CV-84-223-H | Shanstrom | Settled 3/6/85 |
| A-1289 | Cheryl Abrahamson v. A | Montana | CV-84-135-M | Shanstrom | Settled 3/6/85 |
| A-1290 | Cal Jorgensen, et al. | Montana | CV-84-134-M | Shanstrom | Settled 3/6/85 |
| A-1291 | Margaret K. Rodriques, | Montana | CV-84-172-BLG | Shanstrom | Settled 3/6/85 |
| | | of Nebraska | | | |
| A-1292 | Colleen Givens v. A.H. Robins Co., Inc. | Nebraska | 83-O-559 | Beam | |
| A-1293 | JoAnn Hosch, et al. v. A.H. Robins Co., Inc. | Nebraska | 84-O-373 | Beam | |
| A-1294 | JoAnn Hosch, et al. v. A.H. Robins Co., Inc. | Nebraska | 84-O-374 | Beam | |
| A-1295 | Connie L. McConkey v. A.H. Robins Co., Inc. | Nebraska | 83-O-610 | Beam | |
| | | District of Nevada | | | |
| A-1296 | Margaret Kelly v. A.H. Robins Co., Inc. | Nevada | CV-LV-82-719-RDF | Foley | Consol. w/CV-LV-81-473 |
| A-1297 | Vicki Brown v. A.H. Robins Co., Inc. | Nevada | CV-LV-81-565-RDF | Foley | Consol. w/CV-LV-81-473 |
| A-1298 | Carol Branstetter v. A.H. Robins Co., Inc. | Nevada | CV-LV-82-721-RDF | Foley | Consol. w/CV-LV-81-473 |
| | | District of New Hampshire | | | |
| A-1299 | Janet Gregory, et al. v. A.H. Robins Co., Inc. | N.H. | C84-824-D | Devine | |
| A-1300 | Delores E. Duefield v. A.H. Robins Co., Inc. | N.H. | C84-79-D | Devine | |
| A-1301 | Sarah E. Haskell v. A.H. Robins Co., Inc. | N.H. | C84-78-L | Loughlin | |
| A-1302 | Patricia F. Johnson v. A.H. Robins Co., Inc. | N.H. | C84-189-L | Loughlin | |
| A-1303 | April Weeks Korn v. A.H. Robins Co., Inc. | N.H. | C84-6-D | Devine | |
| A-1304 | Patricia L. Lardeo v. A.H. Robins Co., Inc. | N.H. | C84-275-D | Devine | |
| A-1305 | Beverly McClure v. A.H. Robins Co., Inc. | N.H. | C83-282-D | Devine | |
| A-1306 | Gwen E. Mitchell v. A.H. Robins Co., Inc. | N.H. | C84-568L | Loughlin | |
| A-1307 | Claire Nelson v. A.H. Robins Co., Inc. | N.H. | C84-276-D | Devine | |
| A-1308 | Donna Oberg v. A.H. Robins Co., Inc. | N.H. | C84-130-L | Loughlin | |

Page 37

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|---|---|---|---|---|---|
| A-1309 | Briane Maureen Pinkson v. A.H. Robins Co., Inc. | N.H. | C84-274-D | Devine | |
| A-1310 | Elaine B. Rugh v. A.H. Robins Co., Inc. | N.H. | C80-328-L | Loughlin | 211-T/R L-412 |

**District of New Jersey**

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|---|---|---|---|---|---|
| | | N.J. | 84-2001-AET | Thompson | |
| A-1311 | Tracey Hurden v. A.H. Robins Co., Inc. | N.J. | 84-0868 | Brotman | *Closed* |
| A-1312 | Deborah Banks v. A.H. Robins Co., Inc. | N.J. | 84-1846 | Ackerman | |
| A-1313 | Althea Aponte, et al. v. A.H. Robins Co., Inc. | N.J. | 84-522-SA | Sarokin | Dis'd 2/14/85 |
| A-1314 | Doris Dunham v. A.H. Robins Co., Inc. | N.J. | 83-2455-L | Lacey | |
| A-1315 | Janet Gerard, et al. v. A.H. Robins Co., Inc. | N.J. | 84-3647-L | Lacey | |
| A-1316 | Susan Roulston, et al. v. A.H. Robins Co., Inc. | N.J. | 83-2625 | Bissell | |
| A-1317 | Eileen Swan, et al. v. A.H. Robins Co., Inc. | N.J. | 83-3023-SA | Sarokin | |
| A-1318 | Marilyn West, et al. v. A.H. Robins Co., Inc. | N.J. | 83-2454-L | Lacey | |
| A-1319 | Judy Whitney v. A.H. Robins Co., Inc. | N.J. | 83-2812-AET | Thompson | |
| A-1320 | Barbara B. Wolfe, et al. v. A.H. Robins Co., Inc. | N.J. | 84-3185 | Cohen | |
| A-1321 | Pamela Getson, et al. v. A.H. Robins Co., Inc. | | | | |

**District of New Mexico**

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|---|---|---|---|---|---|
| | | N.Mex. | CIV-82-609JB | Burciaga | |
| A-1322 | Yvonne Moore v. A.H. Robins Co., Inc. | N.Mex. | CIV83-1152M | Mechem | |
| A-1323 | Donna Beh v. A.H. Robins Co., Inc. | N.Mex. | CIV83-0752JB | Burciaga | |
| A-1324 | Victoria J. White v. A.H. Robins Co., Inc. | | | | |

**Eastern District of New York**

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|---|---|---|---|---|---|
| | | E.D.N.Y. | 82Civ.0192 | Costantino | Closed 11/29/82 |
| A-1328 | Eileen Schnock v. A.H. Robins Co., Inc. | E.D.N.Y. | CV83-2907 | Glasser | T/fr SDNY |
| A-1334 | Marlena Gross v. A.H. Robins Co., Inc. | | | | |

**Northern District of New York**

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|---|---|---|---|---|---|
| | | N.D.N.Y. | 84-CV-1756 | Miner | |
| A-1325 | Carolyn Larson, et al. v. A.H. Robins Co., Inc. | N.D.N.Y. | 82-CV-174 | McCurn | |
| A-1331 | Susan J. Giffen v. A.H. Robins Co., Inc. | N.D.N.Y. | 83-CV-479 | Miner | |
| A-1337 | Mary A. Luciano v. A.H. Robins Co., Inc. | N.D.N.Y. | 83-CV-478 | Miner | |
| A-1338 | Gloria L. Keyes v. A.H. Robins Co., Inc. | N.D.N.Y. | 83-CV-625 | Munson | |
| A-1339 | Bonita Lauder v. A.H. Robins Co., Inc. | N.D.N.Y. | 83-CV-413 | Miner | |
| A-1340 | Susan E. Moore v. A.H. Robins Co., Inc. | N.D.N.Y. | 83-CV-480 | Miner | |
| A-1341 | Camille A. Schner v. A.H. Robins Co., Inc. | | | | |

Page 38

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|---|---|---|---|---|---|
| A-1342 | Joyce Bracht, et al. v. A.H. Robins Co., Inc. | N.D.N.Y. | 82-CV-408 | Miner | |
| A-1343 | Angelica Dorr v. A.H. Robins Co., Inc. | N.D.N.Y. | 81-CV-604 | McCurn | |
| A-1344 | Peggy Perry v. A.H. Robins Co., Inc. | N.D.N.Y. | 81-CV-603 | McCurn | |
| A-1345 | Maxine L. Bailey v. A.H. Robins Co., Inc. | N.D.N.Y. | 81-CV-605 | McCurn | |
| A-1346 | Edith Kristeller v. A.H. Robins Co., Inc. | N.D.N.Y. | 81-CV-180 | McCurn | |
| A-1347 | Janet R. Adams, et al. v. A.H. Robins Co., Inc. | N.D.N.Y. | 84-CV-236 | Munson | |
| A-1348 | Mary Payack, et al. v. A.H. Robins Co., Inc. | N.D.N.Y. | 84-CV-1667 | Miner | |

### Southern District of New York

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|---|---|---|---|---|---|
| A-1329 | Catherine D. Starr v. A.H. Robins Co., Inc. | S.D.N.Y. | 84Civ.271 | Sprizzo | |
| A-1330 | Susan Vitucci v. A.H. Robins Co., Inc. | S.D.N.Y. | 84Civ.8934 | Haight | |
| A-1333 | Gretta L. Bailey, et al. v. A.H. Robins Co., Inc. | S.D.N.Y. | 75Civ.6400-RLC | Carter | 211-T/R C-66 |
| A-1336 | Ellen P. Suriak v. A.H. Robins Co., Inc. | S.D.N.Y. | 81Civ.5116 | | 211-T/R L-593 |

### Western District of New York

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|---|---|---|---|---|---|
| A-1326 | Marsha Glenwright, et al. v. A.H. Robins Co., Inc., et al. | W.D.N.Y. | 83-CIV-1041T | Telesca | |
| A-1327 | Nancy Dickens, et al. v. A.H. Robins Co., Inc. | W.D.N.Y. | 82-CIV-1180T | Telesca | |

### Western District of North Carolina

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|---|---|---|---|---|---|
| A-1353 | Juanita Porter, et al. v. A.H. Robins Co., Inc. | W.D.N.C. | CC-84-664-M | McMillan | |

### District of North Dakota

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|---|---|---|---|---|---|
| A-1354 | Jerry Francis Grimm v. A.H. Robins Co., Inc. | N.Dak. | A4-82-50 | Van Sickle | |
| A-1355 | Pamela Thompson, et al. v. A.H. Robins Co., Inc. | N.Dak. | A3-82-153 | Van Sickle | |
| A-1356 | Elizabeth Merrill, et al. v. A.H. Robins Co., Inc. | N.Dak. | A1-84-189 | Van Sickle | T/fr. MN |

### Northern District of Ohio

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|---|---|---|---|---|---|
| A-1398 | Margaret Adams v. A.H. Robins Co., Inc. | N.D.Ohio | C83-3559 | Lambros | |
| A-1399 | Patricia A. Boutwell, et al. v. A.H. Robins Co., Inc., | N.D.Ohio | C84-7558 | Walinski | |
| A-1400 | Donna Bowers, et al. v. A.H. Robins Co., Inc. | N.D.Ohio | C83-777 | Potter | |
| A-1401 | Georgia Dougherty, et al. v. A.H. Robins Co., Inc. | N.D.Ohio | C82-0973Y | Bell | Dis'd 3/4/85 |
| A-1402 | Karen Ann Gortney, et al. v. A.H. Robins Co., Inc. | N.D.Ohio | C83-3125A | Battisti | |
| A-1403 | Mary S. Lederman, et al. v. A.H. Robins Co., Inc. | N.D.Ohio | C84-2435 | Battisti | |
| A-1404 | June M. Macek, et al. v. A.H. Robins Co., Inc. | N.D.Ohio | C84-3216 | Krenzler | Trial set for 10/15/85 |
| A-1405 | Darlene Marte, et al. v. A.H. Robins Co., Inc. | N.D.Ohio | C84-3117 | White | |

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|----------|---------|----------|----------|-------|-------|
| A-1406 | Paula Meeks, et al. v. A.H. Robins Co., Inc. | N.D.Ohio | C83-3019 | Krenzler | Trial set for 5/6/85 |
| A-1407 | Madeleine T. Morris, et al. v. A.H. Robins Co., Inc. | N.D.Ohio | C83-3460 | Krenzler | Trial set for 7/1/85 |
| A-1408 | Grace L. Oldcorn v. A.H. Robins Co., Inc. | N.D.Ohio | C83-3599 | Lambros | |
| A-1409 | Susan Pertee, et al. v. A.H. Robins Co., Inc. | N.D.Ohio | C83-3456A | Aldrich | |
| A-1410 | Barbara Sue Phillips v. A.H. Robins Co., Inc. | N.D.Ohio | C84-1869 | Battisti | |
| A-1411 | Darlene K. Saine, et al. v. A.H. Robins Co., Inc. | N.D.Ohio | C83-638 | Potter | |
| A-1412 | Deborah Shaw v. A.H. Robins Co., Inc. | N.D.Ohio | C83-3461 | Krenzler | Trial set for 9/3/85 |
| A-1413 | Sandra Smart, et al. v. A.H. Robins Co., Inc. | N.D.Ohio | C84-3225A | Lambros | |
| A-1414 | Ouida Mae Davis, et al. v. A.H. Robins Co., Inc., et al. | N.D.Ohio | C85-1717 | Potter | T/fr. Ohio,S. |

Southern District of Ohio

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|----------|---------|----------|----------|-------|-------|
| A-1357 | Ruth A. Miller, et al. v. A.H. Robins Co., Inc., et al. | S.D.Ohio | C-1-84-1950 | Brown | |
| A-1358 | Linda Susan Lightcap v. A.H. Robins Co., Inc., et al. | S.D.Ohio | C-1-84-1949 | Brown | |
| A-1359 | Nikki A. Woodgerd, et al. v. A.H. Robins Co., Inc., et al. | S.D.Ohio | C-2-84-2176 | Brown | |
| A-1361 | Mindy Sue Thorpe, et al. v. A.H. Robins Co., Inc., et al. | S.D.Ohio | C-2-84-2172 | Brown | |
| A-1362 | Iona Staples, et al. v. A.H. Robins Co., Inc., et al. | S.D.Ohio | C-2-84-2175 | Brown | |
| A-1363 | Yvonne D. Springer v. A.H. Robins Co., Inc., et al. | S.D.Ohio | C-2-84-2173 | Brown | |
| A-1364 | Carol A. Noble, et al. v. A.H. Robins Co., Inc., et al. | S.D.Ohio | C-2-84-2168 | Brown | |
| A-1365 | Pamela B. Cheek v. A.H. Robins Co., Inc., et al. | S.D.Ohio | C-2-84-2169 | Brown | |
| A-1366 | Delores Collins, et al. v. A.H. Robins Co., Inc., et al. | S.D.Ohio | C-2-84-2177 | Brown | |
| A-1367 | Kathleen A. Wires v. A.H. Robins Co., Inc., et al. | S.D.Ohio | C-2-84-2170 | Brown | |
| A-1368 | Melinda Sue Hartman v. A.H. Robins Co., Inc., et al. | S.D.Ohio | C-2-84-2174 | Brown | |
| A-1369 | Elaine Moutz Owen, et al. v. A.H. Robins Co., Inc., et al. | S.D.Ohio | C-2-82-560 | Brown | |
| A-1370 | Patricia Alice Cupp, et al. v. A.H. Robins Co., et al. | S.D.Ohio | C-2-82-487 | Brown | |
| A-1371 | Deborah K. Mentz, et al. v. A.H. Robins Co., Inc., et al. | S.D.Ohio | C-2-82-489 | Brown | |
| A-1372 | Marcia Rocovitz, et al. v. A.H. Robins Co., Inc., et al. | S.D.Ohio | C-2-82-533 | Brown | |
| A-1373 | Carolyn J. Graber, et al. v. A.H. Robins Co., Inc. | S.D.Ohio | C-2-82-536 | Brown | |
| A-1374 | Jean Clark v. A.H. Robins Co., Inc., et al. | S.D.Ohio | C-2-82-539 | Brown | |
| A-1375 | Jacqueline A. Murray v. A.H. Robins Co., Inc., et al. | S.D.Ohio | C-2-82-540 | Brown | |
| A-1376 | Estella W. Sheppard, et al. v. A.H. Robins Co., Inc., et al. | S.D.Ohio | C-2-82-564 | Brown | |
| A-1377 | Betty J. Clapper, et al. v. A.H. Robins Co., Inc., et al. | S.D.Ohio | C-2-82-609 | Brown | |
| A-1378 | Vicki Lynn Hoover, et al. v. A.H. Robins Co., Inc., et al. | S.D.Ohio | C-2-82-1226 | Brown | |
| A-1379 | Linda Em Warnke Ford, et al. v. A.H. Robins Co., Inc., et al. | S.D.Ohio | C-2-82-1291 | Brown | |
| A-1380 | Pamela Linz Lang, et al. v. A.H. Robins Co., Inc., et al. | S.D.Ohio | C-2-82-1292 | Brown | |
| A-1381 | Juanita Virginia Johnson v. A.H. Robins Co., Inc., et al. | S.D.Ohio | C-2-82-1459 | Brown | |
| A-1382 | Sandra Lee Beatty, et al. v. A.H. Robins Co., Inc., et al. | S.D.Ohio | C-2-82-1537 | Brown | |

Page 40

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|---|---|---|---|---|---|
| A-1383 | Cathie Laughman, et al. v. A.H. Robins Co., Inc., et al. | S.D.Ohio | C-2-82-1538 | Brown | |
| A-1384 | Darlene Roy, et al. v. A.H. Robins Co., Inc., et al. | S.D.Ohio | C-2-83-0057 | Brown | |
| A-1385 | Cynthia Lee Burris, et al. v. A.H. Robins Co., Inc., et al. | S.D.Ohio | C-2-83-0058 | Brown | |
| A-1386 | Frayda Kadis, et al. v. A.H. Robins Co., Inc., et al. | S.D.Ohio | C-2-83-0143 | Brown | |
| A-1387 | Jeralene Jackson v. A.H. Robins Co., Inc., et al. | S.D.Ohio | C-2-83-0253 | Brown | |
| A-1388 | Anna M. Hockworth v. A.H. Robins Co., Inc., et al. | S.D.Ohio | C-2-83-0365 | Brown | |
| A-1389 | Judy N. Browner v. A.H. Robins Co., Inc., et al. | S.D.Ohio | C-2-83-0496 | Brown | |
| A-1390 | Leslie Marie Smith, et al. v. A.H. Robins Co., Inc., et al. | S.D.Ohio | C-2-83-0688 | Brown | |
| A-1391 | Darlene Snavely, et al. v. A.H. Robins Co., Inc. | S.D.Ohio | C-2-83-689 | Brown | ' ' |
| A-1392 | Nina W. Towner, et al. v. A.H. Robins Co., Inc., et al. | S.D.Ohio | C-2-83-0733 | Brown | |
| A-1393 | Melanie Wilshire, et al. v. A.H. Robins Co., Inc., et al. | S.D.Ohio | C-2-83-0768 | Brown | |
| A-1394 | Petra R. Donofrio, et al. v. A.H. Robins Co., Inc., et al. | S.D.Ohio | C-2-84-0010 | Brown | |
| A-1395 | Lois Carter, et al. v. A.H. Robins Co., Inc, et. al. | S.D.Ohio | C-1-82-0473 | Brown | |
| A-1396 | Mollie A. Dinerman, et al. v. A.H. Robins Co., Inc. | S.D.Ohio | C-1-82-1217 | Brown | |
| A-1415 | Donna R. Lurtz, et al. v. A.H. Robins Co., Inc., et al. | S.D.Ohio | C-2-82-506 | Brown | |
| A-1416 | Amy Ullman v. A.H. Robins Co., Inc., et al. | S.D.Ohio | C-2-82-632 | Brown | |
| A-1417 | Sandra Naszodian v. A.H. Robins Co., Inc., et al. | S.D.Ohio | C-2-82-688 | Brown | |
| A-1418 | Debra Marie Slade v. A.H. Robins Co., Inc., et al. | S.D.Ohio | C-2-82-690 | Brown | |
| A-1419 | Pamela Anne Ruffin, et al. v. A.H. Robins Co., Inc., et al. | S.D.Ohio | C-2-82-757 | Brown | |
| A-1420 | Hazel Askew v. A.H. Robins Co., Inc., et al. | S.D.Ohio | C-2-82-760 | Brown | |
| A-1421 | Donna M. Obadina v. A.H. Robins Co., Inc., et al. | S.D.Ohio | C-2-82-878 | Brown | |
| A-1422 | Rae Reynolds Harrell v. A.H. Robins Co., Inc., et al. | S.D.Ohio | C-2-82-969 | Brown | |
| A-1423 | Barbara Strum Holt, et al. v. A.H. Robins Co., Inc., et al. | S.D.Ohio | C-2-82-1107 | Brown | |
| A-1424 | Roberta M. Wesley v. A.H. Robins Co., Inc., | S.D.Ohio | C-2-82-500 | Brown | |
| A-1425 | Rebecca Uscilowski, et al. v. A.H. Robins Co., Inc., et al. | S.D.Ohio | C-2-82-2171 | Brown | |
| A-1869* | Myra F. Yavitch, et al. v. A.H. Robins Co., Inc., et al. | S.D.Ohio | C-2-85-12 | Brown | |
| A-1870* | Shirley Miller v. A.H. Robins Co., Inc., et al. | S.D.Ohio | C-2-82-538 | Brown | |
| A-1871* | Patricia Anderson, et al. v. A.H. Robins Co., Inc., et al. | S.D.Ohio | C-2-85-14 | Brown | |
| A-1872* | Jane Craig v. A.H. Robins Co., Inc. | S.D.Ohio | C-2-84-1817 | Brown | |
| A-1873* | Peggy Lee Sauline, et al. v. A.H. Robins Co., Inc., et al. | S.D.Ohio | C-2-83-656 | Brown | |
| A-1874* | Georgia Smith Noble v. A.H. Robins Co., Inc. | S.D.Ohio | C-3-82-213 | | *dismissed 2/14/85* |
| A-1875* | Lois Rose Allenius v. A.H. Robins Co., Inc. | S.D.Ohio | C-2-84-1411 | Brown | |
| A-1876* | Donna Abram, et al. v. A.H. Robins Co., Inc., et al. | S.D.Ohio | C-2-84-1919 | Brown | |
| A-1877* | Bobbie D. Toner, et al. v. A.H. Robins Co., Inc., et al. | S.D.Ohio | C-2-82-495 | Brown | |

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|---|---|---|---|---|---|
| A-1878* | Mary Ann Wells, et al. v. A.H. Robins Co., Inc., et al. | S.D.Ohio | C-2-82-496 | Brown | |
| A-1879* | Sharon Berry, et al. v. A.H. Robins Co., Inc. | S.D.Ohio | C-2-82-501 | Brown | |
| A-1880* | Betty A. Rock, et al. v. A.H. Robins Co., Inc., et al. | S.D.Ohio | C-2-82-502 | Brown | |
| A-1881* | Charlene Paxton, et al. v. A.H. Robins Co., Inc., et al. | S.D.Ohio | C-2-82-505 | Brown | |
| A-1882* | Gail Lewis, et al. v. A.H. Robins Co., Inc., et al. | S.D.Ohio | C-2-84-1818 | Brown | |
| A-1883* | Sharon J. Redman, et al. v. A.H. Robins Co., Inc., et al. | S.D.Ohio | C-2-84-1918 | Brown | |
| A-1884* | Cheryl Rieser, et al. v. A.H. Robins Co., Inc., et al. | S.D.Ohio | C-2-84-1917 | Brown | |
| A-1885* | Linda A. Westerick, et al. v. A.H. Robins Co., Inc., et al. | S.D.Ohio | C-2-84-1819 | Brown | |
| A-1886* | Katheryn L. Welch, et al. v. A.H. Robins Co., Inc., et al. | S.D.Ohio | C-2-84-1239 | Brown | |
| A-1887* | Laura H. Tanyhill, et al. v. A.H. Robins Co., Inc., et al. | S.D.Ohio | C-2-85-13 | Brown | |
| A-1888* | Jeannie L. Dixon, et al. v. A.H. Robins Co., Inc., et al. | S.D.Ohio | C-2-85-15 | Brown | |

### Western District of Oklahoma

| | | | | | |
|---|---|---|---|---|---|
| A-1426 | Patti Jobe v. A.H. Robins Co., Inc. | W.D.Okla. | CIV-81-1452-E | Eubanks | |
| A-1427 | Linda Davis, et al. v. A.H. Robins Co., Inc. | W.D.Okla. | CIV-84-2567-T | Thompson | |

### Eastern District of Pennsylvania

| | | | | | |
|---|---|---|---|---|---|
| A-1428 | Renee Priest, et al. v. A.H. Robins Co., Inc. | E.D.Pa. | 84-5703 | Huyett | |
| A-1429 | Nancy Zelnick, et al. v. A.H. Robins Co., Inc. | E.D.Pa. | 84-5761 | McGlynn | |

### Western District of Pennsylvania

| | | | | | |
|---|---|---|---|---|---|
| A-1431 | Rose Marie DeKoning v. A.H. Robins Co., Inc. | W.D.Pa. | 84-1916 | Cohill | Settled - per letter |
| A-1432 | Sonia Esterly v. A.H. Robins Co., Inc. | W.D.Pa. | 83-103 Erie | Weber | |
| A-1433 | Carol V. Kingston, et al. v. A.H. Robins Co., Inc. | W.D.Pa. | 84-77 Erie | Weber | |
| A-1434 | Linda A. Palmiero, et al. v. A.H. Robins Co., Inc. | W.D.Pa. | 84-93 Erie | Weber | |
| A-1435 | Cheryl Sonzala v. A.H. Robins Co., Inc. | W.D.Pa. | 84-31 Erie | Weber | |

### District of South Carolina

| | | | | | |
|---|---|---|---|---|---|
| A-1436 | Suzanne Hutson Young v. A.H. Robins Co., Inc. | S.C. | 3-85-54-0 | Perry | |
| A-1437 | Ruth R. Custer v. A.H. Robins Co., Inc. | S.C. | 6-84-3127-14 | Wilkins | |
| A-1889* | Karen L. McDonald v. A.H. Robins Co., Inc. | S.C. | 2-84-2471-8 | Blatt | |

### District of South Dakota

| | | | | | |
|---|---|---|---|---|---|
| A-1439 | Elyse Jensen, et al. v. A.H. Robins Co., Inc. | S.Dak. | 84-4190 | Jones | |
| A-1440 | Janet Rau, et al. v. A.H. Robins Co., Inc. | S.Dak. | 84-4160 | Jones | |

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|---|---|---|---|---|---|
| A-1441 | Gloria Jean Kieffer v. A.H. Robins Co., Inc. | S.Dak. | 83-5105 | Bogue | |

### Eastern District of Tennessee

| | | | | | |
|---|---|---|---|---|---|
| A-1443 | Victoria L. McCord v. A.H. Robins Co., Inc., et al. | E.D.Tenn. | 3-84-878 | Taylor | |

### Middle District of Tennessee

| | | | | | |
|---|---|---|---|---|---|
| A-1444 | Jeanetta Bowman, et al. v. A.H. Robins Co., Inc. | M.D.Tenn. | 3-84-1324 | Neese | Dismissed 1/30/85 |
| A-1445 | Linda K. Bolden, et al. v. A.H. Robins Co., Inc., et al. | M.D.Tenn. | 81-3794-M | Morton | 211-T/R (L-580) |

### Eastern District of Texas

| | | | | | |
|---|---|---|---|---|---|
| A-1449 | Norman Henry, et al. v. A.H. Robins Co., Inc. | E.D.Tex. | L-84-261-CA | Steger | |
| A-1454 | Mary L. Neill v. A.H. Robins Co., Inc. | E.D.Tex. | M-84-188-CA | Parker | |
| A-1459 | Peter Ryan, et al. v. A.H. Robins Co., Inc. | E.D.Tex. | L-83-106-CA | Steger | Closed per counsel 5/29/85 |

### Northern District of Texas

| | | | | | |
|---|---|---|---|---|---|
| A-1455 | Jackie Armstrong Day, et al. v. A.H. Robins Co., Inc. | N.D.Tex. | CA-3-84-0414-D | Hill | |
| A-1457 | Kay Brooks, et al. v. A.H. Robins Co., Inc. | N.D.Tex. | CA-3-81-1883-D | Hill | |
| A-1458 | Kathy Downs, et al. v. A.H. Robins Co., Inc. | N.D.Tex. | CA-3-82-1699 | Hill | |
| A-1460 | Carol Henderson, et al. v. A.H. Robins Co., Inc. | N.D.Tex. | CA-2-84-0228 | Robinson | |
| A-1461 | Toppy Kay Cantrell, et al. v. A.H. Robins Co., Inc. | N.D.Tex. | 4-81-366-K | Belew | |
| A-1462 | Janet Eileen Taylor-Wyman, et al. v. A.H. Robins Co., Inc. | N.D.Tex. | 4-83-256-K | Belew | |
| A-1463 | Lucretia Gayle Wright v. A.H. Robins Co., Inc. | N.D.Tex. | 4-83-87-K | Belew | |
| A-1890* | Connie Vee Bray, et al. v. A.H. Robins Co., Inc. | N.D.Tex. | CA-3-84-0015D | Hill | |

### Southern District of Texas

| | | | | | |
|---|---|---|---|---|---|
| A-1448 | Bernadette Grauer, et al. v. A.H. Robins Co., Inc. | S.D.Tex. | H-84-4737 | Cire | T/fr. MN. |
| A-1450 | Patricia Jordan, et al. v. A.H. Robins Co., Inc. | S.D.Tex. | H-84-712 | Black | |
| A-1451 | Snerry Mann, et al. v. A.H. Robins Co., Inc. | S.D.Tex. | H-83-1946 | Sterling | |
| A-1452 | Barbara Wolf, et al. v. A.H. Robins Co., Inc. | S.D.Tex. | H-84-638 | McDonald | |
| A-1464 | Herlinda Gonzales, et al. v. A.H. Robins Co., Inc., et al. | S.D.Tex. | B-84-245 | Vela | |

Page 43

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|---|---|---|---|---|---|
| | | **Western District of Texas** | | | |
| A-1446 | Anne Beck v. A.H. Robins Co., Inc. | W.D.Tex. | A-82-CA-390 | Garcia | |
| A-1447 | Geraldine Bischoff, et al. v. A.H. Robins Co., Inc. | W.D.Tex. | 84-CA-507 | Smith | |
| A-1891* | Lovie Lavern Robinson, et al. v. A.H. Robins Co., et al. | W.D.Tex. | SA-83-CA-2107 | ~~Shannon~~ | Closed 3/18/85 |
| | | **District of Utah** | | | |
| A-1466 | Sharon Thompson v. A.H. Robins Co., Inc. | Utah | C83-1213-J | Jenkins | Dis'd filed 2/85. |
| A-1467 | Kathy Krammer v. A.H. Robins Co., Inc. | Utah | NC84-0095-J | Jenkins | |
| A-1469 | Roma Wilcock v. A.H. Robins Co., Inc. | Utah | C83-0648-W | Winder | ', |
| A-1470 | Sally McWain v. A.H. Robins Co., Inc. | Utah | C83-0938-A | Anderson | |
| A-1471 | Kathleen Panush, et al. v. A.H. Robins Co., Inc. | Utah | C83-1351-J | Jenkins | |
| | | **District of Vermont** | | | |
| A-1472 | Carol Louise Barr, et al. v. A.H. Robins Co., Inc. | Vt. | 84-3 | Billings | |
| | | **Eastern District of Virginia** | | | |
| A-1178 | Vicki Tippets v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0145-R | Merhige | T/fr. MN-1/21/85 |
| A-1181 | Sonja Wilkins v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0146-R | Merhige | T/fr. MN-1/21/85 |
| A-1184 | Carolyn Bustamante v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0147-R | Merhige | T/fr. MN-1/21/85 |
| A-1199 | Tamara Kay Prehm v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0136-R | Merhige | T/fr. MN |
| A-1200 | Michele Dale Lorenz, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0112-R | Merhige | T/fr. MN |
| A-1202 | Sharlene Young v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0124-R | Merhige | T/fr. MN |
| A-1203 | Ann Frankhauser, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0125-R | Merhige | T/fr. MN |
| A-1204 | Patricia Lee Tackaberry v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0114-R | Merhige | T/fr. MN |
| A-1206 | Patricia Bonn, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0135-R | Merhige | T/fr. MN |
| A-1213 | Joyce Beaman, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-1228-R | Merhige | T/fr. MN-1/2/85 |
| A-1216 | Constance Elaine Hansen v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0081-R | Merhige | T/fr. MN-1/4/85 |
| ✗ A-1223 | Diana Staffen v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0117-R | Merhige | T/fr. MN~~Dis'd 4/8/85~~ |
| A-1227 | Catherine Ann Reimers v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0130-R | Merhige | T/fr. MN |
| A-1229 | Linda Bartlett v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0137-R | Merhige | T/fr. MN |
| A-1231 | Julia Ann Park v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0113-R | Merhige | T/fr. MN |
| A-1232 | Judy Staley v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0134-R | Merhige | T/fr. MN |
| A-1236 | Laurel Dawn Juhl v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0073-R | Merhige | T/fr. MN-1/9/85 |
| A-1241 | Mary Leistikow v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0074-R | Merhige | T/fr. MN |
| A-1242 | Joy Deanna Globstab v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0077-R | Merhige | T/fr. MN |

Page 44

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|---|---|---|---|---|---|
| A-1249 | Christine Hart v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0133-R | Mernige | T/fr. MN |
| A-1260 | Nancy Polacek v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0150-R | Mernige | T/fr. MN-1/21/85 |
| A-1261 | Cynthia Millan v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0148-R | Mernige | T/fr. MN-1/21/85 |
| A-1262 | Carol Mahlum v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0149-R | Mernige | T/fr. MN-1/21/85 |
| A-1263 | Linda Lee Ross v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0138-R | Mernige | T/fr. MN |
| A-1265 | Kathy Dralle, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0131-R | Mernige | T/fr. MN |
| A-1266 | Kathryn Suzanne Kruger v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0116-R | Mernige | T/fr. MN |
| A-1267 | Sharon Belk-Krebs v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0110-R | Mernige | T/fr. MN |
| A-1438 | Wendy Boscher v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0176-R | Mernige | T/fr. N.Dak. |
| A-1473 | Barbara J. Lott v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0064-R | Mernige | |
| A-1474 | Sandra Gail Admiral v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0800-R | Mernige | T/fr. MN |
| A-1475 | Sherry Adolphi v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0718-R | Mernige | T/fr. MN |
| A-1476 | Jean Ann Allen v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0687-R | Mernige | T/fr. MN |
| A-1477 | Sherry L. Allum, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0754-R | Mernige | T/fr. MN |
| A-1478 | Janice A. Anderson, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0781-R | Mernige | T/fr. MN |
| A-1480 | Louise Anderson v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0769-R | Mernige | T/fr. MN |
| A-1481 | Gaye Levy Ayon v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0923-R | Mernige | T/fr. MN |
| A-1482 | Ann Baggett v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0756-R | Mernige | T/fr. MN |
| A-1484 | Liana Barton, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0927-R | Mernige | T/fr. MN |
| A-1486 | Karen Beacher, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0672-R | Mernige | T/fr. MN. |
| A-1488 | Carol Bearce, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0709-R | Mernige | T/fr. MN |
| A-1489 | Kay B. Beasley v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0910-R | Mernige | T/fr. MN |
| A-1490 | Charlene Becerra, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0822-R | Mernige | T/fr. MN |
| A-1491 | Sally Becker v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0686-R | Mernige | T/fr. MN |
| A-1492 | Susan Bennerstrom v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0778-R | Mernige | T/fr. MN -DIS'D 4/8/85- ✻ |
| X A-1493 | Claire C. Blank v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0706-R | Mernige | T/fr. MN -DIS'D 4/8/85- ✻ |
| A-1494 | Vicki Jean Boehlke v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0017-R | Mernige | T/fr. MN |
| A-1495 | Nan Boyles, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0669-R | Mernige | T/fr. MN |
| A-1496 | Susan Brannon v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-925-R | Mernige | T/fr. MN |
| A-1497 | Glenda Breland, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0839-R | Mernige | T/fr. MN |
| X A-1498 | Sharon Brooks, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0630-R | Mernige | T/fr. MN -Diad 4/8/85 |
| A-1499 | Bonnie L. Butterworth v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0606-R | Mernige | T/fr. MN |
| A-1502 | Rosemary Carlson, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0679-R | Mernige | Dis'd 1/22/85 |
| A-1503 | Susan Carol Carpenter v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0924-R | Mernige | T/fr. MN |
| A-1504 | Marjorie Louise Colligan v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0695-R | Mernige | T/fr. MN |

*per Thompson ltr*
*to 4/22/85 re: PPSL*

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|---|---|---|---|---|---|
| A-1505 | Vicki Cook v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0720-R | Merhige | T/fr. MN |
| A-1506 | Claire M. Cooksey v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0689-R | Merhige | T/fr. MN |
| A-1507 | Myra Jean Cooley v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0685-R | Merhige | T/fr. MN |
| A-1508 | Rose Marie Corning, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0879-R | Merhige | T/fr. MN |
| A-1509 | Beverly Sue Crawford, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0764-R | Merhige | T/fr. MN |
| A-1511 | Mary Corghan v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0783-R | Merhige | T/fr. MN |
| A-1512 | Linda Davey, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0674-R | Merhige | T/fr. MN |
| A-1513 | Carol Ann Davis, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0755-R | Merhige | T/fr. MN |
| A-1514 | Olivia Joan Davis, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0727-R | Merhige | T/fr. MN |
| A-1515 | Judy Deptula v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0680-R | Merhige | T/fr. MN |
| A-1516 | Judy Deptula, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0626-R | Merhige | T/fr. MN |
| A-1517 | Lynda P. Dill v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0926-R | Merhige | T/fr. MN |
| A-1518 | Mollie Doctrow v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0765-R | Merhige | T/fr. MN |
| X A-1519 | Penny Dumas, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0873-R | Merhige | T/fr. MN ~ dism 4/8/85. |
| A-1520 | Kay Ellis v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0772-R | Merhige | T/fr. MN |
| A-1521 | Angeline Davis Epps v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0920-R | Merhige | T/fr. MN |
| A-1523 | Ruth Ann Flores v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0915-R | Merhige | T/fr. MN |
| A-1524 | Rita Foltman, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0705-R | Merhige | T/fr. MN |
| A-1525 | Leslie Fox v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0683-R | Merhige | T/fr. MN |
| A-1526 | Pamela Jane Fries v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0802-R | Merhige | T/fr. MN |
| A-1527 | Barbara Gamble v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0682-R | Merhige | T/fr. MN |
| A-1528 | Marilyn Geller v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0759-R | Merhige | T/fr. MN |
| A-1529 | Louise Goodwin, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0673-R | Merhige | T/fr. MN |
| A-1530 | Judith Grahl, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0875-R | Merhige | T/fr. MN |
| A-1533 | Janis Guevara, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0899-R | Merhige | T/fr. MN |
| A-1534 | Jeri Guthrie v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0773-R | Merhige | T/fr. MN |
| A-1535 | Margaret Avon Hall v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0916-R | Merhige | T/fr. MN |
| A-1536 | Donna Hanson, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0836-R | Merhige | T/fr. MN |
| A-1537 | Diane J. Harvey v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0799-R | Merhige | T/fr. MN |
| A-1539 | Wanda Hill v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0723-R | Merhige | T/fr. MN |
| A-1540 | Donna Hodgson, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0776-R | Merhige | T/fr. MN |
| A-1542 | Kathleen Hollenbeck, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0877-R | Merhige | T/fr. MN |
| A-1543 | Katherine Holmes v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0708-R | Merhige | T/fr. MN |
| A-1544 | Darlene Lynn Hughes v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0801-R | Merhige | T/fr. MN |
| A-1545 | Roberta Huswick v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0782-R | Merhige | T/fr. MN |

Page 46

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|----------|---------|----------|----------|-------|-------|
| A-1546 | Michele Hyatt v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0700-R | Merhige | T/fr. MN |
| A-1547 | Judith Ann Ingalls v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0609-R | Merhige | T/fr. MN |
| A-1548 | Susan Jensen, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0670-R | Merhige | |
| A-1549 | Judy C. Jones v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0917-R | Merhige | T/fr. MN |
| A-1550 | Shirley Kurz Jones v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0696-R | Merhige | T/fr. MN - Dis'd 4/8/85 * |
| A-1551 | Ovidia Kailetta, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0869-R | Merhige | T/fr. MN |
| A-1553 | Joan Knapp, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0692-R | Merhige | T/fr. MN |
| A-1554 | Barbara Knipp, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0775-R | Merhige | T/fr. MN |
| A-1555 | Beverly LaPierre, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0681-R | Merhige | T/fr. MN |
| A-1556 | Cheryl Lathan, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0570-R | Merhige | T/fr. MN |
| A-1557 | Kathy LaTourrette v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0849-R | Merhige | T/fr. MN |
| A-1558 | Geraldine Lawhon, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0774-R | Merhige | T/fr. MN |
| A-1560 | Eloise Levi v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0762-R | Merhige | T/fr. MN |
| A-1561 | Linda H. Lindsey v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0702-R | Merhige | T/fr. MN |
| A-1562 | Judy Locati, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0678-R | Merhige | T/fr. MN |
| A-1565 | Nora Manning v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0722-R | Merhige | T/fr. MN |
| A-1566 | Janet Hansen Mardis v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0911-R | Merhige | T/fr. MN |
| A-1567 | Carolie Martin, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0725-R | Merhige | T/fr. MN |
| A-1568 | Janene Martin, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0866-R | Merhige | T/fr. MN |
| A-1569 | Janet Ann Mason, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0717-R | Merhige | T/fr. MN |
| A-1571 | Betty L. Mayes, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0761-R | Merhige | T/fr. MN |
| A-1572 | Lori Lee McCormally, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0665-R | Merhige | T/fr. MN |
| A-1573 | Jean R. McCown v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0633-R | Merhige | T/fr. MN |
| A-1574 | Frankie McFeron v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0664-R | Merhige | T/fr. MN |
| A-1575 | Janet M. McNeil, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0950-R | Merhige | T/fr. E. Wis. |
| A-1576 | Mary Merrill, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0677-R | Merhige | T/fr. MN |
| A-1577 | Nancy Millet v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0770-R | Merhige | T/fr. MN |
| A-1578 | Kay F. Moore, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0668-R | Merhige | T/fr. MN |
| A-1579 | Pamela Morris-Williams v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0922-R | Merhige | T/fr. MN |
| A-1580 | Katherine Muirhead, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0864-R | Merhige | T/fr. MN |
| A-1581 | Sue Woodall Murdock v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0798-R | Merhige | T/fr. MN |
| A-1582 | Nancy W. Newell v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0712-R | Merhige | T/fr. MN |
| A-1583 | Delynn M. Niebuhr v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0886-R | Merhige | T/fr. MN |
| A-1584 | Renee Oppenheim, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0768-R | Merhige | T/fr. MN |
| A-1585 | Carlene Parker v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0667-R | Merhige | T/fr. MN |

*Per ltr re PTSL fr Shannon - 4/22/8

Page 47

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|----------|---------|----------|----------|-------|-------|
| A-1586 | Clare Patono v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0771-R | Merhige | T/fr. MN |
| A-1588 | Glenda A. Peel v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0684-R | Merhige | T/fr. MN |
| A-1590 | Denise Ann Piersante v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0758-R | Merhige | T/fr. MN |
| X A-1592 | Mary Porter-Jeffries v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0642-R | Merhige | Dis'd 4/8/85 |
| A-1593 | Jacqueline Potter v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0721-R | Merhige | T/fr. MN |
| A-1594 | Marcelene Pratt, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0763-R | Merhige | T/fr. MN |
| A-1596 | Rychele Ladene Reppert v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0608-R | Merhige | T/fr. MN |
| A-1597 | Florence Rhoades v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0919-R | Merhige | T/fr. MN |
| A-1598 | Susan Richard, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0880-R | Merhige | T/fr. MN |
| X A-1599 | Karyl Richter, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0711-R | Merhige | T/fr. MN - Dis'd 4/8/85 |
| X A-1600 | Ellen Riederer, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0699-R | Merhige | T/fr. MN - Dis'd - 4/8/85 |
| A-1601 | Karin Roberts, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0780-R | Merhige | T/fr. MN |
| A-1602 | Cynthia Sue Brown Robinson v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0632-R | Merhige | T/fr. MN |
| A-1604 | Iris Ann Rutledge, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0777-R | Merhige | T/fr. MN |
| A-1606 | Elana E. Sanchez v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0838-R | Merhige | |
| A-1607 | Bonnita Sanne v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0675-R | Merhige | T/fr. MN |
| A-1608 | Susan Schafer v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0934-R | Merhige | T/fr. MN |
| A-1609 | Manuela Schelch v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0921-R | Merhige | T/fr. MN |
| A-1611 | Ginger Shirley, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0724-R | Merhige | T/fr. MN |
| A-1612 | Pamela Skiles, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0760-R | Merhige | T/fr. MN |
| A-1613 | Christine Pitts Slater v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0847-R | Merhige | T/fr. MN |
| A-1614 | Edward Smith, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0788-R | Merhige | T/fr. MN |
| A-1618 | Constance Stemphoski v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0691-R | Merhige | T/fr. MN |
| A-1619 | Joan Susan Sterling v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0607-R | Merhige | T/fr. MN |
| A-1620 | Jeanne Strizich, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0878-R | Merhige | T/fr. MN |
| A-1621 | Diana Tabor, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0757-R | Merhige | T/fr. MN |
| A-1622 | Gail Ardman Taylor v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0943-R | Merhige | T/fr. MN |
| X A-1623 | Marge Taylor, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0713-R | Merhige | T/fr. MN - Dis'd 4/8/85 |
| A-1624 | Laverne Tesch, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0671-R | Merhige | T/fr. MN |
| A-1625 | Jan Timmons, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0690-R | Merhige | T/fr. MN |
| A-1626 | Catherine Tubb, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0848-R | Merhige | T/fr. MN |
| A-1627 | Sandra Umstattd, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0837-R | Merhige | T/fr. MN |
| A-1628 | Kathleen Vacanti v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0726-R | Merhige | T/fr. MN |
| A-1632 | Jennifer Wahl v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0779-R | Merhige | T/fr. MN |
| A-1633 | Rebecca Wald v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0937-R | Merhige | T/fr. MN |

Page 48

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|----------|---------|----------|----------|-------|-------|
| A-1634 | Cathy Yvette Waters v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0876-R | Merhige | T/fr. MN |
| A-1635 | Linda Watts v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0688-R | Merhige | T/fr. MN |
| A-1636 | Cheryl Weaver, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0666-R | Merhige | T/fr. MN |
| A-1638 | Roberta A. Wells v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0918-R | Merhige | Dis'd 1/24/85 |
| A-1640 | Patricia Wickersham, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0697-R | Merhige | T/fr. MN |
| A-1641 | Colleen Williams, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0719-R | Merhige | T/fr. MN |
| A-1642 | Maria Windbigler-Foster v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0707-R | Merhige | T/fr. MN |
| A-1643 | Janet Winder, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0863-R | Merhige | T/fr. Neb. |
| A-1646 | Patricia D. Alexander, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0068-R | Merhige | ; |
| A-1647 | Cathy Lansdowne Beall v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0033-R | Merhige | T/fr. MN |
| A-1649 | Barbara Bergner v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0041-R | Merhige | T/fr. MN |
| A-1650 | Wanda Lynn Bishop v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0025-R | Merhige | T/fr. MN |
| A-1651 | Deborah L. Bornkessel v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0058-R | Merhige | T/fr. MN |
| A-1652 | Betty Lorene Branam v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0076-R | Merhige | T/fr. MN |
| A-1653 | Judy Brown v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0032-R | Merhige | T/fr. MN |
| A-1654 | Cynthia Ann Bussinger v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0083-R | Merhige | T/fr. MN |
| A-1655 | Sandy H. Casto, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0046-R | Merhige | T/fr. MN |
| A-1656 | Rebecca Clapp v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0045-R | Merhige | T/fr. MN |
| A-1657 | Kathleen Connor v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0075-R | Merhige | T/fr. MN |
| A-1658 | Deborah Kaye Davis v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0051-R | Merhige | T/fr. MN |
| A-1659 | Diedre D. Dempsey v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0040-R | Merhige | T/fr. MN |
| A-1660 | Elvira Diaz v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0044-R | Merhige | T/fr. MN |
| A-1661 | Wanda Cherry Evans v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0056-R | Merhige | T/fr. MN |
| A-1662 | Cheryl J. Farmer v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0023-R | Merhige | T/fr. MN |
| A-1663 | Sharon Lynn Fleschner v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0050-R | Merhige | T/fr. MN |
| A-1664 | Susan Marie Gaines v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0085-R | Merhige | T/fr. MN |
| A-1665 | Sherry Garner v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0042-R | Merhige | T/fr. MN |
| A-1666 | Linda Rosanne Gaskill v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0063-R | Merhige | T/fr. MN |
| A-1667 | Sherry B. Gaskins v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0021-R | Merhige | T/fr. MN |
| A-1668 | Liane Gladwin v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0027-R | Merhige | T/fr. MN |
| A-1669 | Kate Gray v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0059-R | Merhige | T/fr. MN |
| A-1670 | Karen Hammar v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0035-R | Merhige | T/fr. MN |
| A-1671 | Rosemary Hankins v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0030-R | Merhige | T/fr. MN |
| A-1673 | Frances Hatcher v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0049-R | Merhige | T/fr. MN |
| A-1674 | Vanessa Jean Heisler v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0055-R | Merhige | T/fr. MN |

Page 49

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|---|---|---|---|---|---|
| A-1675 | Susan D. Henkel, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0729-R | Merhige | T/fr. MN |
| A-1677 | Cathy Lynne Holt v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0028-R | Merhige | T/fr. MN |
| A-1679 | Linda Kronenberg v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0054-R | Merhige | T/fr. MN |
| A-1680 | Donna June Lasko v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0024-R | Merhige | T/fr. MN |
| A-1682 | Henrietta Phillips Lee v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0039-R | Merhige | T/fr. MN |
| A-1684 | Susan Gordon Liggett v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0061-R | Merhige | T/fr. MN |
| A-1686 | Suzanne Marie Mackler v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0053-R | Merhige | T/fr. MN |
| A-1687 | Marcia Caridad G. Martinez v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0034-R | Merhige | T/fr. MN |
| A-1688 | Connie McKinney, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0043-R | Merhige | T/fr. MN |
| A-1689 | Cheryl J. Miller v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0037-R | Merhige | T/fr. MN |
| A-1690 | Martha Nunes v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0052-R | Merhige | T/fr. MN |
| A-1692 | Jacqueline Pollock v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0084-R | Merhige | T/fr. MN |
| A-1693 | Ruth Maassen Powers v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0062-R | Merhige | T/fr. MN |
| A-1695 | Helene Quinn v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0020-R | Merhige | T/fr. MN |
| A-1696 | Dorothy Rachels v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0031-R | Merhige | T/fr. MN |
| A-1699 | Lynda Ryan, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0018-R | Merhige | T/fr. MN |
| A-1700 | Linda Sampson v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0029-R | Merhige | T/fr. MN |
| A-1701 | Florence Antonie Snukis, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0048-R | Merhige | T/fr. MN |
| A-1702 | Nancy Stringer v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0047-R | Merhige | T/fr. MN |
| A-1703 | Lucille Taylor v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0038-R | Merhige | T/fr. MN |
| A-1704 | Melinda M. Tucker v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0060-R | Merhige | T/fr. MN |
| A-1705 | Antonie de Van Matre v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0082-R | Merhige | T/fr. MN |
| A-1706 | Patricia Ann Viveros v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0057-R | Merhige | T/fr. MN |
| A-1707 | Frances S. Ward v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0022-R | Merhige | T/fr. MN |
| A-1709 | Cheryl Zuniga, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0066-R | Merhige | T/fr. E.D. Cal. |
| A-1808 | Karen M. Joles, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0173-R | Merhige | T/fr. Wis. |
| A-1866* | Bobbie Swan v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0935-R | Merhige | T/fr. MN |
| A-1867* | Ellen McCain v. A.H. Robins Co., Inc. | E.D.Va. | CA-84-0936-R | Merhige | T/fr. MN |
| A-1892* | Araceli Hamalainen v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0221-R | Merhige | T/fr. MN |
| A-1893* | Deanna Courtwright, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0089-R | Merhige | T/fr. MN |
| A-1894* | Nancy Ellen Ferguson v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0127-R | Merhige | T/fr. MN |
| A-1895* | Beverly Quinton v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0189-R | Merhige | T/fr. MN |
| A-1896* | Denise Anderson v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0208-R | Merhige | T/fr. MN |
| A-1897* | Nancy Kay Lee v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0209-R | Merhige | T/fr. MN |
| A-1898* | Linda Simons v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0026-R | Merhige | T/fr. MN |
| A-1899* | Victoria Griffith, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0122-R | Merhige | T/fr. MN |

Page 50

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|---|---|---|---|---|---|
| A-1900* | Elaine Saunders, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0115-R | Merhige | T/fr. MN |
| A-1901* | Deborah S. Andrilenas v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0119-R | Merhige | T/fr. MN |
| A-1902* | Nancy Kiesler, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0120-R | Merhige | T/fr. MN |
| A-1903* | Hazel Jean Daniels v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0111-R | Merhige | T/fr. MN |
| A-1904* | Sheila Conrad, et al. v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0126-R | Merhige | T/fr. MN |
| A-1905* | Pamela Chapman v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0118-R | Merhige | T/fr. MN |
| A-1906* | Barbara D. Boyner v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0132-R | Merhige | T/fr. MN |
| A-1907* | Marie A. Bradley v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0121-R | Merhige | T/fr. MN |
| A-1908* | Gwendolyn Sanders v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0188-R | Merhige | T/Dr. MN |
| A-1909* | June Cauley v. A.H. Robins Co., Inc. | E.D.Va. | CA-85-0123-R | Merhige | T/fr. MN |

## Eastern District of Washington

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|---|---|---|---|---|---|
| A-1711 | Norma Bailey, et al. v. A.H. Robins Co., Inc. | E.D.Wash. | C-83-716-RJM | McNichols | |
| A-1712 | Bernice Barker v. A.H. Robins Co., Inc. | E.D.Wash. | C-84-424-RJM | McNichols | |
| A-1713 | Joy Bassell, et al. v. A.H. Robins Co., Inc. | E.D.Wash. | C-83-807-RJM | McNichols | |
| A-1714 | Katherine Cate, et al. v. A.H. Robins Co., Inc. | E.D.Wash. | C-83-808-RJM | McNichols | |
| A-1715 | Lisa Courchaine, et al. v. A.H. Robins Co., Inc. | E.D.Wash. | C-83-720-RJM | McNichols | |
| A-1716 | Catherine Crawford, et al. v. A.H. Robins Co., Inc. | E.D.Wash. | C-83-751-RJM | McNichols | |
| A-1717 | Karla Ensminger v. A.H. Robins Co., Inc. | E.D.Wash. | C-84-427-RJM | McNichols | |
| A-1718 | Vicki Fairbanks, et al. v. A.H. Robins Co., Inc. | E.D.Wash. | C-84-867-RJM | McNichols | |
| A-1719 | Mary Lynn Gilbert, et al. v. A.H. Robins Co., Inc. | E.D.Wash. | C-84-423-RJM | McNichols | |
| A-1720 | Barbara Govedare, et al. v. A.H. Robins Co., Inc. | E.D.Wash. | C-83-733-RJM | McNichols | |
| A-1721 | Patricia Grigajtis, et al. v. A.H. Robins Co., Inc. | E.D.Wash. | C-83-696-RJM | McNichols | |
| A-1722 | Elizabeth Kaye Hughes, et al. v. A.H. Robins Co., Inc. | E.D.Wash. | C-84-425-RJM | McNichols | |
| A-1723 | Susan Karstetter, et al. v. A.H. Robins Co., Inc. | E.D.Wash. | C-83-734-RJM | McNichols | |
| A-1724 | Paula Kenworthy v. A.H. Robins Co., Inc. | E.D.Wash. | C-80-282-RJM | McNichols | 211-T/R L-461 |
| A-1725 | Jeannie J. Kintner v. A.H. Robins Co., Inc. | E.D.Wash. | C-82-185-RJM | McNichols | |
| A-1726 | Susan Kay Scharff v. A.H. Robins Co., Inc. | E.D.Wash. | C-84-426-RJM | McNichols | |
| A-1727 | Diane Snjerve, et al. v. A.H. Robins Co., Inc. | E.D.Wash. | C-82-1028-RJM | McNichols | *settled per order* |
| A-1728 | Sally Smith, et al. v. A.H. Robins Co., Inc. | E.D.Wash. | C-84-269-RJM | McNichols | |
| A-1729 | Marguerite Winkel v. A.H. Robins Co., Inc. | E.D.Wash. | C-83-721-RJM | McNichols | |
| A-1730 | Susan Wood, et al. v. A.H. Robins Co., Inc. | E.D.Wash. | C-83-809-RJM | McNichols | |
| A-1731 | Laurie Yanez v. A.H. Robins Co., Inc. | E.D.Wash. | C-84-528-RJM | McNichols | |
| A-1804 | Mary Jo Spadoni v. A.H. Robins Co., Inc. | E.D.Wash. | C84-877-RJM | McNichols | |

Page 51

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|----------|---------|----------|----------|-------|-------|
| | | Western District of Washington | | | |
| A-1732 | Nancy Beals, et al. v. A.H. Robins Co., Inc. | W.D.Wash. | C83-1416-C | Coughenour | |
| A-1733 | Peggy Ellington, et al. v. A.H. Robins Co., Inc. | W.D.Wash. | C83-1672-C | Coughenour | |
| A-1734 | Janet Enewold v. A.H. Robins Co., Inc. | W.D.Wash. | C83-1481-C | Coughenour | |
| A-1735 | Victoria Hutsell, et al. v. A.H. Robins Co., Inc. | W.D.Wash. | C85-392-T | Coughenour | |
| A-1736 | Karen Mask, et al. v. A.H. Robins Co., Inc. | W.D.Wash. | C83-1424-C | Coughenour | |
| A-1737 | Jeaneatta Roberson, et al. v. A.H. Robins Co., Inc. | W.D.Wash. | C83-1664-C | Coughenour | |
| A-1738 | Delores Taylor, et al. v. A.H. Robins Co., Inc. | W.D.Wash. | C84-1373-C | Coughenour | |
| A-1739 | Lauren Thomas, et al. v. A.H. Robins Co., Inc. | W.D.Wash. | C83-1477-C | Coughenour | |
| A-1740 | Pamela Torgenson, et al. v. A.H. Robins Co., Inc. | W.D.Wash. | C83-1428-C | Coughenour | |
| A-1741 | Donna Wills, et al. v. A.H. Robins Co., Inc. | W.D.Wash. | C84-1336-C | Coughenour | |
| A-1742 | Cyndee Alauekios, et al. v. A.H. Robins Co., Inc. | W.D.Wash. | C83-1413-M | McGovern | |
| A-1743 | Katie Anderson v. A.H. Robins Co., Inc. | W.D.Wash. | C83-1482-M | McGovern | |
| A-1744 | Jerelene Armstead, et al. v. A.H. Robins Co., Inc. | W.D.Wash. | C83-1363-M | McGovern | |
| A-1745 | Laura Browning v. A.H. Robins Co., Inc. | W.D.Wash. | C83-1417-M | McGovern | |
| A-1746 | Susan Dalaney v. A.H. Robins Co., Inc. | W.D.Wash. | C83-1673-M | McGovern | |
| A-1747 | Catherine Gitchell, et al. v. A.H. Robins Co., Inc. | W.D.Wash. | C83-1540-M | McGovern | |
| A-1748 | Beverly Goddard v. A.H. Robins Co., Inc. | W.D.Wash. | C84-1374-M | McGovern | |
| A-1749 | Annie Hansen, et al. v. A.H. Robins Co., Inc. | W.D.Wash. | C83-1421-M | McGovern | |
| A-1750 | Lillian Howell, et al. v. A.H. Robins Co., Inc. | W.D.Wash. | C83-1669-M | McGovern | |
| A-1751 | Norma Marsh, et al. v. A.H. Robins Co., Inc. | W.D.Wash. | C84-951-M | McGovern | |
| A-1752 | Wilma McNulty, et al. v. A.H. Robins Co., Inc. | W.D.Wash. | C83-1425-M | McGovern | |
| A-1753 | Carol Olmstead, et al. v. A.H. Robins Co., Inc. | W.D.Wash. | C84-1337-M | McGovern | |
| A-1754 | Cindy Randolph, et al. v. A.H. Robins Co., Inc. | W.D.Wash. | C83-1665-M | McGovern | |
| A-1755 | Karen Smolar, et al. v. A.H. Robins Co., Inc. | W.D.Wash. | C83-1478-M | McGovern | |
| A-1756 | Joyce Sprague, et al. v. A.H. Robins Co., Inc. | W.D.Wash. | C84-1370-M | McGovern | |
| A-1757 | Dorothy Weiler v. A.H. Robins Co., Inc. | W.D.Wash. | C83-1429-M | McGovern | |
| A-1758 | Margaret Yates, et al. v. A.H. Robins Co., Inc. | W.D.Wash. | C84-360-M | McGovern | |
| A-1759 | Clarene Byrd v. A.H. Robins Co., Inc. | W.D.Wash. | C84-1335-R | Rothstein | |
| A-1760 | Marie Eaton v. A.H. Robins Co., Inc. | W.D.Wash. | C84-1372-R | Rothstein | |
| A-1761 | Susan Gese, et al. v. A.H. Robins Co., Inc. | W.D.Wash. | C83-1752-R | Rothstein | |
| A-1762 | Alice Grater, et al. v. A.H. Robins Co., Inc. | W.D.Wash. | C83-1671-R | Rothstein | |
| A-1763 | Barbara Maier, et al. v. A.H. Robins Co., Inc. | W.D.Wash. | C83-1667-R | Rothstein | |
| A-1764 | Nancy Melary, et al. v. A.H. Robins Co., Inc. | W.D.Wash. | C83-1415-R | Rothstein | |
| A-1765 | Carol A. Pemberton, et al. v. A.H. Robins Co., Inc. | W.D.Wash. | C83-1509-R | Rothstein | |

Page 52

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|---|---|---|---|---|---|
| A-1766 | Melinda Schellhase, et al. v. A.H. Robins Co., Inc. | W.D.Wash. | C83-1675-R | Rothstein | |
| A-1767 | Laurie H. Strader, et al. v. A.H. Robins Co., Inc. | W.D.Wash. | C83-414-R | Rothstein | |
| A-1768 | Linda K. Weaver-Fox v. A.H. Robins Co., Inc. | W.D.Wash. | C84-1339-R | Rothstein | |
| A-1769 | Kathleen Bowler v. A.H. Robins Co., Inc. | W.D.Wash. | C84-632-T | Tanner | |
| A-1770 | Solveig Calhoun, et al. v. A.H. Robins Co., Inc. | W.D.Wash. | C83-692-T | Tanner | |
| A-1771 | Cheryl Chambers, et al. v. A.H. Robins Co., Inc. | W.D.Wash. | C84-814-T | Tanner | |
| A-1772 | Zelodius Crockwell v. A.H. Robins Co., Inc. | W.D.Wash. | C83-809-T | Tanner | |
| A-1773 | Kathleen Curtis, et al. v. A.H. Robins Co., Inc. | W.D.Wash. | C84-338-T | Tanner | |
| A-1774 | Kathleen Cushman, et al. v. A.H. Robins Co., Inc. | W.D.Wash. | C83-811-T | Tanner | |
| A-1775 | Terrie Goodman v. A.H. Robins Co., Inc. | W.D.Wash. | C83-808-T | Tanner | |
| A-1776 | Donna Hobson v. A.H. Robins Co., Inc. | W.D.Wash. | C83-807-T | Tanner | |
| A-1777 | Cynthia Ives, et al. v. A.H. Robins Co., Inc. | W.D.Wash. | C83-690-T | Tanner | |
| A-1778 | Mary Lee McGuire, et al. v. A.H. Robins Co., Inc. | W.D.Wash. | C83-688-T | Tanner | |
| A-1779 | Phyllis Moreland, et al. v. A.H. Robins Co., Inc. | W.D.Wash. | C83-687-T | Tanner | |
| A-1780 | Connie Moss, et al. v. A.H. Robins Co., Inc. | W.D.Wash. | C83-745-T | Tanner | |
| A-1782 | Pamela Smith, et al. v. A.H. Robins Co., Inc. | W.D.Wash. | C83-805-T | Tanner | |
| A-1783 | Rita Squires, et al. v. A.H. Robins Co., Inc. | W.D.Wash. | C83-743-T | Tanner | |
| A-1784 | Sheryl Arends, et al. v. A.H. Robins Co., Inc. | W.D.Wash. | C83-1435-V | Voorhees | |
| A-1785 | Rebecca Bollaert, et al. v. A.H. Robins Co., Inc. | W.D.Wash. | C84-1371-V | Voorhees | |
| A-1786 | Mary Brewer, et al. v. A.H. Robins Co., Inc. | W.D.Wash. | C83-1674-V | Voorhees | |
| A-1787 | Geral Burdman, et al. v. A.H. Robins Co., Inc. | W.D.Wash. | C83-1418-V | Voorhees | |
| A-1788 | Sandra Dikeman, et al. v. A.H. Robins Co., Inc. | W.D.Wash. | C84-361-V | Voorhees | |
| A-1789 | Kathryn Duvall, et al. v. A.H. Robins Co., Inc. | W.D.Wash. | C83-1751-V | Voorhees | |
| A-1790 | Marcia East, et al. v. A.H. Robins Co., Inc. | W.D.Wash. | C83-1414-V | Voorhees | |
| A-1791 | Grace E. Erskine, et al. v. A.H. Robins Co., Inc. | W.D.Wash. | C84-747-V | Voorhees | |
| A-1792 | Susan Golden, et al. v. A.H. Robins Co., Inc. | W.D.Wash. | C84-48-V | Voorhees | |
| A-1793 | Evelyn Hansen, et al. v. A.H. Robins Co., Inc. | W.D.Wash. | C83-1422-V | Voorhees | |
| A-1794 | Sharon Holden, et al. v. A.H. Robins Co., Inc. | W.D.Wash. | C83-1670-V | Voorhees | |
| A-1795 | Mary Kelley, et al. v. A.H. Robins Co., Inc. | W.D.Wash. | C83-1430-V | Voorhees | |
| A-1796 | Paula McCarthy v. A.H. Robins Co., Inc. | W.D.Wash. | C83-1666-V | Voorhees | |
| A-1797 | Deborah Mueller, et al. v. A.H. Robins Co., Inc. | W.D.Wash. | C83-1479-V | Voorhees | |
| A-1798 | Roberta Proudfoot, et al. v. A.H. Robins Co., Inc. | W.D.Wash. | C83-1426-V | Voorhees | |
| A-1799 | Rebecca Sumner v. A.H. Robins Co., Inc. | W.D.Wash. | C83-1662-V | Voorhees | |
| A-1800 | Robyn Lynn Tarbet v. A.H. Robins Co., Inc. | W.D.Wash. | C83-1541-V | Voorhees | |
| A-1801 | Susan Wedyke v. A.H. Robins Co., Inc. | W.D.Wash. | C84-1338-V | Voorhees | |

Page 53

| I.D. NO. | CAPTION | DISTRICT | C.A. NO. | JUDGE | NOTES |
|----------|---------|----------|----------|-------|-------|
| A-1802 | Rika Withner v. A.H. Robins Co., Inc. | W.D.Wash. | C84-1375-V | Voorhees | |
| A-1803 | Karen Crenshaw, et al. v. A.H. Robins Co., Inc. | W.D.Wash. | C84-1772 | | |

### Northern District of West Virginia

| | | | | | |
|----------|---------|----------|----------|-------|-------|
| A-1805 | Mary E. Williams v. A.H. Robins Co., Inc. | N.D.W.Va. | 82-0092-W | Maxwell | |

### Eastern District of Wisconsin

| | | | | | |
|----------|---------|----------|----------|-------|-------|
| A-1806 | Angela Rose Bigley v. A.H. Robins Co., Inc., et al. | E.D.Wis. | 84-C-1543 | Reynolds | |
| A-1811 | Sherry Lee Van Erem, et al. v. A.H. Robins Co., Inc. | E.D.Wis. | 82-C-0461 | Curran | |
| A-1812 | Louise N. Wright v. A.H. Robins Co., Inc. | E.D.Wis. | 84-C-0542 | Reynolds | |
| A-1813 | Carol Ziegler, et al. v. A.H. Robins Co., Inc., et al. | E.D.Wis. | 84-C-1588 | Reynolds | |
| A-1814 | Marilyn Psket, et al. v. A.H. Robins Co., Inc. | E.D.Wis. | 84-C-1552 | Curran | |
| A-1815 | Nancy Marie Booth v. A.H. Robins Co., Inc. | E.D.Wis. | 84-C-1544 | Gordon | |
| A-1816 | Carol Ann Little v. A.H. Robins Co., Inc. | E.D.Wis. | 84-C-1540 | Evans | |
| A-1817 | Peggy Ann Wuest, et al. v. A.H. Robins Co., Inc. | E.D.Wis. | 84-C-1549 | Reynolds | |
| A-1818 | Chrysen Mumma, et al. v. A.H. Robins Co., Inc. | E.D.Wis. | 84-C-1551 | Evans | |
| A-1819 | Carol R. Murray, et al. v. A.H. Robins Co., Inc. | E.D.Wis. | 84-C-1556 | Curran | |
| A-1820 | Maurine Ackley v. A.H. Robins Co., Inc. | E.D.Wis. | 84-C-1545 | Evans | |
| A-1821 | Linda Kivell v. A.H. Robins Co., Inc. | E.D.Wis. | 84-C-1542 | Gordon | |
| A-1822 | Rhoda Watson v. A.H. Robins Co., Inc., et al. | E.D.Wis. | 84-C-1541 | Warren | |
| A-1823 | Jane L. Sweeney, et al. v. A.H. Robins Co., Inc. | E.D.Wis. | 84-C-1587 | Warren | |
| A-1824 | June H. Hart, et al. v. A.H. Robins Co., Inc., et al. | E.D.Wis. | 84-C-1550 | Reynolds | |
| A-1825 | Lucille Millender, et al. v. A.H. Robins Co., Inc., et al. | E.D.Wis. | 84-C-1555 | Evans | |
| A-1826 | Martha Jane Manoll, et al. v. A.H. Robins Co., Inc. | E.D.Wis. | 84-C-1553 | Reynolds | |
| A-1827 | Emily D. Sulver, et al. v. A.H. Robins Co., Inc. | E.D.Wis. | 84-C-1554 | Curran | |

### Western District of Wisconsin

| | | | | | |
|----------|---------|----------|----------|-------|-------|
| A-1807 | Susan W. Brink v.v. A.H. Robins Co., Inc. | W.D.Wis. | 84-C-868-S | Shabaz | |
| A-1809 | Linda Miller v. A.H. Robins Co., Inc. | W.D.Wis. | 84-C-432-S | Shabaz | |
| A-1810 | Carol A. Nakfoor, et al v. A.H. Robins Co., Inc., et al. | W.D.Wis. | 83-C-937C | Crabb — *Settled* |

### District of Wyoming

| | | | | | |
|----------|---------|----------|----------|-------|-------|
| A-1828 | Jill Jensen, et al. v. A.H. Robins Co., Inc. | Wyo. | C-84-0516 | Brimmer | |

*Marnie copy*

PANEL ATTORNEY SERVICE LIST
(AMENDED APRIL 5, 1985, CORRECTED APRIL 25, 1985)

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 631 -- IN RE A. H. ROBINS CO., INC. "DALKON SHIELD" IUD PRODUCTS
LIABILITY LITIGATION (NO. II)

NOTE:  "N/A" indicates that no appearance has been received for this party.

A. H. ROBINS CO., INC.
Alexander H. Slaughter, Esq.
McGuire, Woods & Battle
1400 Ross Bldg.
Richmond, VA  23219

HUGH J. DAVIS, M.D.
IRWIN S. LERNER
THAD J. EARL, M.D. N/A
DALKON CORPORATION N/A
Kevin J. Dunne, Esq.
Sedgwick, Detert, Moran & Arnold
111 Pine Street
San Francisco, CA  94111

MULLEN & HAYNES CO. N/A
David L. Yewell, Esq.
322 Frederica St
Owensboro, KY 42301

CROCKER-FELS CO. N/A
Victor W. Ewen, Esq.
650 Starks Bldg.
Louisville, KY 40202

D.L.K., CORP.  N/A
David B. Higgins, Esq.
~~Joseph C. Jaudon, Esq.~~
Long & Jaudon, p.C.
~~15th Floor~~
~~Energy Center One Building~~
~~717 17th Street~~  *1600 Ogden St.*
Denver, CO  ~~80202~~
*80218-1414*

FREDERICK A. CLARK, JR., M.D. N/A
Charles P. Goodell, Esq
Semmes, Bowen & Semmes
10 Light Street
Baltimore, MD  21202

DR. JESUS CAQUIAS N/A
BROWNSVILLE MEDICAL CENTER N/A
Larry D. Thompson, Esq.
Lorance & Thompson
303 Jackson Hill, Suite 300
Houston, TX  77007

DR. CHARLES FRAZER N/A
Charles A. Boggs, Esq.
Chester A. Flemmings, Esq.
Boggs, Loehn & Rodrique
700 Carondelet St., Suite 706
New Orleans, LA  70130

CORRECTED

-2-

UNDERLINE UNITED STATES OF AMERICA N/A
Daniel K. Hedges, Esq.
Javier Aguilar, Esq.
U. S. Attorney
P.O. Box 61129
Houston, TX  77208

DONALD R. OSTERGARD, MD. N/A
John F. Van De Poel, Esq.
Van De Poel, Stickland and Haapala
436 14th Street
1316 Central Building
Oakland, CA  94612

ALAN WILLNER, M.D. N/A
William A. Moody, Esq.
Moody & Moody
Third Floor, 200 Church St.
Nashville, TN  37201

ALAN LAW, M.D. N/A
RICHARD FULERTON, M.D. d/b/a
  WEST FALPARK MEDICAL CENTER N/A
Danon & Morey
1600 Main Place Tower
Buffalo, N.Y.  14202

AETNA CASUALTY & SURETY CO. N/A
Robert E. Banker, Esq.
Fowler, White, Gillen, Boggs,
   Villlareal & Banker, P.A.
One Mack Center, Suite 1700
501 East Kennedy Boulevard
P.O. Box 1438
Tampa, FL  33601

E. CLAIBORNE ROBINS, SR.  N/A
E. CLAIBORNE ROBINS, JR.  N/A
Edmund W. Powell, Esq.
Borgelt, Powell, Patterson &
   Frauen, S.C.
735 North Water St., 15th Floor
Milwaukee, WI  53202

G. D. SEARLE & CO.
William P. Richmond, Esq.
Sidley & Austin
One First National Plaza
Chicago, ILL 60603

PEE WEE MOLDING CORPORATION N/A
Thomas W. Kemp, Esq.
Washburn and Kemp
144 Second Street
P.O. Box 880130
San Francisco, CA  94188



## M. D. ALABAMA
BEATRICE D. FORDHAM (A-1)
Edward H. Kellogg, Jr., Esquire
Pope, Kellogg, Kilpatrick & Morrison
1800 Century Boulevard, Suite 1608
Atlanta, GA 30345

## S.D. ALABAMA
DEBORAH C. HERZOG (A-2) N/A
Lawrence M. Wettermark, Esq.
Post Office Box 16629
Mobile, AL  36616-0629

## N.D. ALABAMA
JOYCE SMITH (A-4)
Bradley Post, Esq.
Post, Syrios & Bradshaw
204 Occidental Plaza
300 North Main St.
Wichita, KS 67202-2078
    (LEAD & LIAISON COUNSEL
      FOR PLAINTIFFS IN MDL-211)

## D. ALASKA
BEVERLY ELMORE (A-6) N/A
George F. Vogt, Esq.
Post Office Box 2547
Kodiak, AK  99615

LINDA HEINRICHSON (A-7)
SHARON DESATOFF (A-8)
Frederick T. Slone, Esq.
Dennis, Kibby & Moss
500 L St., Suite 300
Anchorage, AK 99501

PATRICIA VICTOR (A-9)
JACQUELINE LOUCKS (A-10)
VIRGINIA SULLIVAN (A-11)
GRETCHEN ANDERSON (A-12)
YVONNE YARBER (A-13)
MARY JO ARTERBURN (A-14)
CATHERINE LEMLYN (A-15)
JEANNE F. JOHNSON (A-16)
EUGENIA E. WRIGHT (A-17)
BARBARA J. FULLER (A-18)
KATHRYN S. JOHNSTON (A-19)
Gorman H. King, Jr., Esq.
623 Gate City Bldg.
Fargo, ND  58102

## D. ALASKA (CONT.)
MARY K. COMSTOCK (A-20) N/A
John W. Hendrickson, Esq.
3105 A. Lake Shore Dr., Suite 102
Anchorage, AK  99503

JUDITH E. DAVIS, ET AL. (A-21)
William G. Ruddy, Esquire
Robertson, Monagle, Eastaugh
  & Bradley
P.O. Box 1211
Juneau, AK 99802

SUSANNA WILLIAMS (A-22)
CONNIE FAIPEAS (A-23)
Slone (See A-7)

DORENDA GATTO (A-24)
King (See A-9)

PRISCILLA MAHLE (A-25) N/A
William D. Cook, Esq.
Post Office Box 110233
12350 Industry Way., Suite 206
Anchorage, AK  99511

## D. ARIZONA
CONSTANCE BERLIN (A-26)
MILDRED BOWER (A-27)
LINDA CASE (A-28)
PATRICIA DRAHOS (A-29)
LAUREL GILLESPIE (A-30)
SUSAN HANSON (A-31)
GAIL LONGWILL (A-32)
CYNTHIA NATZKE (A-33)
JANET PETERS (A-34)
SANDRA POPE (A-35)
Post (See A-4)

ANNE SHIPLEY (A-36) N/A
David L. Horley, Esquire
Barry Kirschner, Esq.
Stompoly & Even, P.C.
Post Office Box 3017
Tucson, AZ 85702

LINDA SILVERBERG (A-37)
EVA TOWNS (A-38)
PERRI KROM (A-39)
Post (See A-4)

DOROTHEA BUSH (A-40)
Dorothea Bush,
138 N. 20th Ave.
Yuma, AZ  85364

### D. ARIZ. (CONT.)

JOHN DALEY (A-41)
THOMAS JORDAN (A-42)
JACQUELYN J. PRESTON (A-43)
Post (See A-4, p. 3)

KAREN HEBL (A-44) N/A
Carter Morey, Esq.
Haralson, Kinerk & Morey
82 South Stone
Tucson, AZ  85701

### N.D. CALIFORNIA

SHAYNE JANA GINSBERG (A-45)
James M. Duenow, A Law Corp.
890 Osos St., Suite 201
P.O. Box 12410
San Luis Obispo, CA  93406

ELAINE ANDREWS (A-46)
DOREEN ANTHONY (A-47)
Fredric A. Bremseth, Esq.
Robert N. Stone, Esq.
Stone, Ribble, Bremseth, Meyer & Wood
750 Pillsbury Center
Minneapolis, MN  55402

ESTER V. ARNEY (A-48)
Starr Babcock, Esquire
Law Offices of Starr Babcock
333 Market Street, Suite 1620
San Francisco, CA 94105-2117

PAULETTE BAKER (A-49)
Bremseth (See A-46)

ARLENE BEARD (A-50)
Kent A. Russell, Esquire
3169 Washington, St.
San Francisco, CA 94115

CYNTHIA BROWN (A-51) N/A
Kenneth Meyer, Esq.
924 Westwood Blvd., #400
Los Angeles, CA  90024

KATHLEEN BROWN (A-52)
JANET BROWN (A-53)
Stan L. Linker, Esq.
Lavorato, House & Linker
310 Capitol St.
Post Office Box 2112
Salinas, CA  93902

### N.D. CAL. (CONT.)

JILL BROWN (A-54)
ELIZABETH DIETZ (A-55)
JUDITH FARNSWORTH (A-56)
Bremseth (See A-46)

JANETTE GAY FEASBY (A-57)
Linker (See A-52)

MARY FINLEY (A-58)
CARLYSE FORD (A-60)
Bremseth (See A-46)

SANDY FRANKLIN (A-61)
LINDA GALLOUPE-O'YANG (A-62)
ROBIN GOLDEN (A-63)
BENITO GONZALES (A-64)
Linker (See A-52)

TWILA GRIFFITH (A-65) N/A
Stanley J. Bell, Esq.
18th Floor, 505 Sansome St.
San Francisco, CA  94111

NATASHA JANE HAEHLENE (A-66)
Linker (See A-52)

CATHERINE HANSELL (A-67)
James Geagan, Esq.
Hoberg, Finger, Brown, Cox & Molligan
703 Market St., 18th Floor
San Francisco, CA  94103

PATRICIA HERRERA (A-68)
Bremseth (See A-46)

MAXINE HORN (A-69)
Dennis B. Conklin, Esq.
Conklin, Davids & Friedman
1200 Gough St., Mezzanine
Post Office Box 99406
San Francisco, CA  94109-0406

CHRISTINE LYNN KARR (A-70)
Linker (See A-52)

LINDA KLEIN (A-71)
Bremseth (See A-46)

ELLEN LEWIS, ET AL. (A-72)
Theodore W. Phillips, Esq.
Phillips, Cohn & Greenberg
One Maritime Plaza, Suite 725
San Francisco, CA  94111

## N.D. CAL. (CONT.)

DARLENE LINDNER (A-73)
Linker (See A-52, p. 4)

PATTY LUCAS (A-74) N/A
Bremseth (See A-46, p. 4)

KATHY SUE MARSH (A-75)
DEBRA MARIE MONTERO (A-76)
DONA JEAN NEWMAN (A-77)
Linker (See A-52, p. 4)

C. JANE O'CALLAHAN (A-78) N/A
Bremseth (See A-46, p. 4)

RUTH PARSON (A-79)
Russell (See A-50, p. 4)

ELAINE PEDRONI (A-80) N/A
Bremseth (See A-46, p. 4)

ROSSAH PIRSLIN (A-81)
Linker (See A-52, p. 4)

JANICE PLOTKIN (A-82)
Phillips (See A-72, p. 4)

SHIRLEY PRUITT (A-83)
Linker (See A-52, p. 4)

RENEE LOUISE RESENDEZ (A-84)
Dennis D. McDonald, Esq.
McDonald & Duggan
1325 B Street
Haywood, CA  94541

BONNIE RUGER (A-85)
Linker (See A-52, p. 4)

MARJORIE SANDERS (A-86) N/A
Bremseth (See A-46, p. 4)

RUTH SCOTT (A-87)
JEAN SHIMIZU (A-88)
PORTIA STADE (A-89)
MARSHA STERLING (A-90)
Linker (See A-52, p. 4)

JUNE SUNDAY (A-91) N/A
Bremseth (See A-46, p.4)

## N.D. CAL. (CONT.)

THEODORSIA TADEMY (A-92)
OLIVIA TAYLOR-YOUNG, ET AL. (A-93)
LYNN TURNER, ET AL. (A-94)
LAURIE WEITZ (A-96)
Anthony J. Klein, Esq.
Klein, Wegis & Duggan
Post Office Box 358
1111 Truxton Avenue
Bakersfield, CA  93302

BRONWYN BOUNOUS (A-278)
JOYCE BUTTS (A-279)
STEPHANIE COLES (A-280)
CAROLYN CORREIA (A-281)
ANDREA DUMAT (A-282)
YVONNE FUNTILLA (A-283)
MILDRED HARRIS (A-285)
JANET MCGREW (A-286)
PAMELA PATTERSON (A-287)
JANIS WALDRON (A-289)
Post (See A-4—N.D.ALA.,p.3)

JOANN BRADLEY (A-291)
JEAN BULICH (A-292)
NANCY CHESTER (A-293)
ETHEL MAE COLEMAN (A-294)
DENYSE FIERMONTE (A-295)
MARILYN FUSILLER (A-296)
KATHLEEN KERRIGAN (A-297)
MARTHA LANGLEY (A-298)
JOAN LEVIE (A-299)
ALTA LOWE (A-300)
PAULA MCCASEY (A-301)
CARRIE MCCOSKER (A-302)
CATHERINE MCCOY (A-303)
MARY NORTON (A-304)
BARBARA PEAVEY (A-305)
SARA RED (A-306)
JOANNE REHAK (A-307)
MATTIE SCOTT (A-308)
CONSTANCE SHANTI (A-309)
ANDREA SIMS (A-310)
NANCY SPINELLI (A-311)
Bremseth (See A-46, p. 4)

SUZANN THOMPSON (A-312)
BARBARA BARICA (A-314)
Klein (See A-92)

CLAIRE HOLLAND (A-315)
ELLEN JACOBS, ET AL. (A-316)
DIANA MOUNTAIN (A-317)
Conklin (See A-69, p. 4)

NINA SAZER (A-318)
Klein (See A-92)

CORRECTED

## N.D. CAL. (CONT.)

PIETR ANNE STEELE (A-319)
Barbara J. Westrem, Esq.
Gould & Sayre
3000 Ocean Park Blvd., Ste. 1025
Santa Monica, CA  90405

CHERYL SELF (A-406)
BARBARA NOVA (A-407)
JUDITH FELDMAN (A-408)
NANCY FORSTER (A-409)
SHARON R. PALTIN (A-413)
JOANNE WOODS, ET AL. (A-427)
Klein (See A-92, p. 5)

PAMELA CASTRO-WILSON (A-1831*) N/A
Bell (See A-65, p. 4)

SUSAN HOPPER (A-1832*) N/A
Thomas J. Brandi, Esq.
Bianco, Brandi & Jones
240 Stockton St., 7th Floor
San Francisco, CA 94108

ROSALIE PEREZ (A-1833*) N/A
MARIAN MARTINEZ (A-1834*) N/A
MARY PATRICIA BACHEN (A-1836*) N/A
Stephen F. Fredkin, Esq.
Post Office Box 1529
Salinas, CA 93902

SUSAN CATTOCHE (A-1835*) N/A
Dennis R. Lods, Esq.
722 Montgomery Street
San Francisco, CA 94111

SYLVIA SANDERS (A-1837*) N/A
Michael Friedman, Esq.
Conklin, Davids & Freidman
1200 Gough St., Suite 9
Post Office Box 99406
San Francisco, CA 94109-0406

DEBORAH CAHN (A-1838*) N/A
Don E. Bailey, Esq.
240 Stockton St., 8th Floor
Union Square
San Francisco, CA 94108

ROSALIE PEREZ (A-1839*) N/A
Fredkin (See A-1833)

CARLA DONALDSON (A-1840*) N/A
Friedman (See A-1837)

## E.D. CALIFORNIA

SANDRA JUNE ALVA (A-97)
SUZANNE M. CLABO, ET AL.  (A-99)
LINDA FINDLEY, ET AL. (A-101)
JOANNE O'FALLON, ET AL. (A-106)
LINDI REYNOLDS, ET AL. (A-110)
ARDELL GEBHART, ET AL. (A-113)
Klein (See A-92, p. 5)

## C.D. CALIFORNIA

MARY ADAMS (A-115)
VICKI ADAMS (A-116)
LISA LYNN AID (A-117)
BEULAH ALEXANDER (A-118)
GLORIA ALMANZA (A-120)
KATHLEEN ANDERSON (A-121)
MARTHA ANDERSON (A-122)
SUSAN ANGEL (A-123)
MARY T. ASHBY (A-124)
LILLIAN ASSENZA (A-125)
LINDA J. BAGGOTT (A-126)
MYRTICE E. BALLARD (A-127)
DOLORES BALLI (A-128)
KATHY BERNICK (A-131)
Robert E. Manchester, Esq.
Manchester & O'Neill
Post Office Box 1459
Burlington, VT 05402-1459

KATHLEEN BISHOP (A-132) N/A
Arnold W. Gross, Esq.
Belli & Sabih
9952 Santa Monica Blvd.
Beverly Hills, CA  90212

LEONTINE BLAKELY (A-133)
NANCY BLUMHAGEN (A-134)
LINDA BRADY (A-135)
ELISABETH BROOKS (A-136)
Manchester (See A-115)

ROSALIE BROOKS (A-137)
Bremseth (See A-46--N.D.CAL.,p.4)

MICHELLE A. BROWN (A-138) N/A
Meyer (See A-51--N.D.CAL.,p. 4)

C.D. CAL. (CONT.)

SHAWN BRYDON (A-139)
CATHERINE CAMPBELL (A-140)
DOROTHY CARTER A-142)
JODY CARTER (A-143)
PAULINE CAVIN (A-144)
CAROLE CHASIN (A-145)
DYANNA JENE CLAVERIE (A-146)
LETTIE CONNELL (A-147)
DIANA COOK (A-149)
KATHERINE COWLEY (A-150)
DEBORAH CRAWFORD (A-152)
KAY DALTON (A-153)
Manchester (See A-115, p. 6)

JILL DARWIN (A-154)
Douglas Welebir, ESQ.
Post Office Box 8270
San Bernardino, CA 92412

LATANYA DARTON (A-155)
CARMEN DIAZ (A-157)
Manchester (See A-115, p. 6)

BETTY JUNE DILLMAN (A-158)
Welebir (See A-154)

BARI DRIEBAND (A-159)
MELINDA DUNSMORE (A-160)
CATHY ELLYES (A-161)
GEORGANN EUKOVICH (A-162)
MYLA FAHN (A-163)
BETTY SUE FALLING (A-164)
VALERIE FARNUM (A-165)
DIANE FECHO (A-166)
Manchester (See A-115, p. 6)

MARIS FEHR (A-167) N/A
Meyer (See A-138--N.D.CAL., p.4)

SUZANNE FOX (A-168)
Welebir (See A-154)

MERI GEPHART (A-170)
ANDREA GLADSTONE (A-171)
NICOLE GLOVER (A-172)
CHRISTINA GOLD (A-175)
Manchester (See A-115, p. 6)

ELAINE GREENBERG (A-176)
Arthur Leeds, Esq.
10100 Santa Monica Blvd.
Suite 2500
Los Angeles, CA 90067

C.D. CAL. (CONT.)

VICTORIA GUIDI (A-178)
TERESA A. HALL (A-179)
Bremseth (See A-46--N.D.CAL., p.4)

BETTY HANDY (A-181)
CYNTHIA HOWARD HEMENWAY (A-183)
MARIA ELENA HERNANDEZ (A-184)
OLGA L. HERNANDEZ (A-185)
MARGARET A. HILL (A-187)
JOYCE HOEBEL (A-188)
Manchester (See A-115, p.6)

MARTHA HOLLAHAN (A-189)
Welebir (See A-154)

BARBARA HUTCHINS (A-190)
JANYE IBERRI (A-191)
CONSTANCE L. JONES (A-192)
PEGGY JOYCE (A-194)
PAM KAMPS (A-195)
NANCY KARPMAN (A-196)
CAROL KHANTZIS (A-198)
MARIANNE KORNBERG (A-199)
ROSALYN LAUDATI (A-200)
ALLYSON LEES (A-202)
BETTY LESSING (A-203)
MARJATTA LEVANEN (A-204)
LOU ANN MARSHALL (A-209)
JANICE MARTIN (A-210)
JUDITH TURNBULL MUNOZ (A-212)
Manchester (See A-115, p. 6)

PATRICIA NEWHOUSE (A-214)
Bremseth (See A-46--N.D.CAL., p.4)

CAROL NEWMAN (A-215)
Steven Roseman, Esquire
1308 West 8th St., 3rd Floor
Los Angeles, CA 90017

TERESA OSBORN (A-219)
PATRICIA L. O'SULLIVAN (A-220)
RANDY OVERMAN (A-221)
VICKI PAILES (A-222)
CAROLE ANN PALMA (A-223)
DONNA PERRY (A-225)
LINDA PETZOLDT (A-226)
GLORIA PIEROSE (A-227)
PHYLLIS POWELL (A-228)
MARCY REED (A-229)
Manchester (See A-115, p. 6)

JO REYNOLDS (A-230) N/A
NELDA REYNOLDS (A-231) N/A
Gross (See A-132, p. 6)

-8-

C.D. CAL. (CONT.)

LINDA ROHNKE (A-234)
Manchester (See A-115, p. 6)

JUDITH ROSENBLAD (A-235)
Conklin (See A-69--N.D.CAL.,p.4)

SUZANNE ROSS (A-236)
Manchester (See A-115, p. 6)

ABBEY RUBEN (A-237)
Bremseth (See A-46--N.D.CAL.,p.4)

BARBARA L. RUBEN (A-238) N/A
Gross (See A-132, p. 6)

GRACE SANDOWICZ (A-239)
SUZANNE SANTAELLA (A-240)
LORINDA SCHERER (A-241)
LUCINDA SEAMAN (A-243)
Manchester (See A-115, p. 6)

KAREN R. SHAW (A-244) N/A
Gross (See A-132, p. 6)

JEANIE SHERMAN (A-246)
SUSAN SIBERT (A-248)
HEATHER SINCLAIR (A-249)
JODI SINOFF (A-250)
Manchester (See A-115, p. 6)

TAMARA SMITH (A-251)
Bremseth (See A-46--N.D.CAL.,p.4)

SHARON SPARKS (A-252)
SHARON SPERLING (A-253)
EILEEN J. STEBBINS (A-254)
DORRIE STEINBERG (A-255)
RACHELLE STEINBERG (A-256)
REBECCA STRECKER (A-257)
VERA SWENSON (A-258)
ELAINE TASATO (A-259)
ANNE TINNEY (A-262)
Manchester (See A-115, p. 6)

KATHY TONNELL (A-263)
Bremseth (See A-46--N.D.CAL.,p.4)

DIANE TRAVIS (A-264)
SUSAN TREXLER (A-265)
LINDA TRUDEAU (A-267)
MARY LOU TUDOR (A-268)
INGRID UMLAND (A-269)
Manchester (See A-115, p. 6)

C.D. CAL. (CONT.)

ANNETTE VIALL (A-270)
Bremseth (See A-46--N.D.CAL.,p.4)

SUELLEN WAGNER (A-271)
JANICE WALDMAN (A-272)
PAMELA WALKLIN (A-273)
ALICE F. WENGER (A-274)
Manchester (See A-115, p. 6)

PIRKHO WESTFALL (A-275)
Welebir (See A-154, p. 6)

PENELOPE WOODSIDE (A-276)
Manchester (See A-115, p. 6)

CASSIE ANDERSON (A-1829*) N/A
THELMA INGLEHART (A-1830*) N/A
Gross (See A-132, p. 6)

S.D. CALIFORNIA

RUTH ANN ABRAMS (A-114)
David H. Hayworth, Esq.
2056 First Avenue
San Diego, CA  92101-2082

MAE CONNOLLY (A-148) N/A
Sheldon Deutsch, Esq.
225 Broadway, Suite 900
San Diego, CA  92101

CONSTANCE GRADY (A-174) N/A
Conklin (See A-69--N.D.CAL.,p.4)

SUSAN J. MANDRY (A-208)
Post (See A-4--N.D.ALA.,p.3)

LINDA ELIZABETH NOLAN (A-217) N/A
Deutsch (See A-148)

JEANETTE ARLENE ORSINI (A-218)
Janice Gay Gibbons, Esquire
Law Offices of Samuel E. Spital
A Professional Corporation
1200 Third Avenue, Suite 1200
San Diego, CA  92101

D. COLORADO

MARY ANN PERKINS (A-428) N/A
AVA HAMILTON (A-429)
Douglas E. Bragg, Esq.
John T. Baker, Esq.
Bragg & Dubofsky, P.C.
621 - 17th St., #2200
Denver, CO  80293-2299

D. COLO. (CONT.)

LARAINE L. LOBUE, ET AL. (A-430)
Mari C. Bush, Esquire
Williams, Trine, Greenstein &
    Griffith, P.C.
1435 Arapahoe Ave.
Boulder, CO 80302-6390

MICHELLE BREMER (A-431)
Bragg (See A-428, p. 8)

MARY LYKE BEALL, ETAL (A-432)
Bush (See A-430)

DELLA ATWOOD (A-433)
Bragg (See A-428, p. 8)

DOROTHY BARTLESON (A-434)
Robert O. Leher, Esq.
Miller and Leher
1901 W. Littleton Blvd., Suite 821
Littleton, CO  80120

DIANA R. BEARD (A-435)
Bragg (See A-428, p. 8)

PATRICIA H. BIRGE (A-436) N/A
Douglas W. Thomson, Esq.
Thomson and Hawkins
55 E. Fifth St., Suite 1530
St. Paul, MN  55101

RENEE BLESH (A-437)
ANN BRAAKSMA (A-438)
EDNA BRAY (A-439)
ELEANOR BROWN (A-440)
WENDY BUSCH (A-442)
KATHY CLARK (A-443)
BRENDA J. COMBS (A-444)
PAULA CONTRERAS (A-445)
Bragg (See A-428, p. 8)

PATRICIA A. CUCKIE (A-446)
Bob D. Slough, Esq.
Post Office Drawer JJ
Cortez, CO 81321

BILLIE JO DEAN (A-447)
CAROL MARIE DOBROVOLNEY (A-448)
Bragg (See A-428, p. 8)

KARIN DUNN (A-449) N/A
Richard L. Tegtmeier, Esq.
Suite 404, Alamo Plaza
128 South Tejon Street
Colorado Springs, CO  80903

*Thomson* (A-436)

D. COLO. (CONT.)

KRISTEN DUTTON (A-450)
JUDY ELLIS (A-451)
PENELOPE ENTER (A-452)
CAROL EVANS (A-453)
MELINDA FRISON EVANS (A-454)
BARBARA FERGUSON (A-455)
NANCY C. FRANZ (A-456)
GERMAINE FRENCH (A-457)
MARY CARMEN GRAHAM (A-458)
NANCY LEE GRANT (A-459)
CAROL G. GRIFFIN (A-460)
CHERYL ANN GRUSE (A-461)
KATHLEEN HAGER (A-462)
ANN HAMBLETON (A-463)
MARY HEIN (A-464)
JANET HEITZMANN (A-465)
Bragg (See A-428, p. 8)

GINA ETRA JANOWITZ (A-466)
John Whitehouse Cobb, Esq.
Roper, Lief, Mains & Cobb
1507 Pine Street
Boulder, CO  80302

CARLA RICHARDSON (JOHNSON) (A-467) N/A
Patrick L. Dulaney, Esq.
1211 S. Parker Rd., Suite 103
Denver, CO 80231

LUCY JUDSON (A-468)
KATHY P. JULIAN (A-469)
BETTY KENZEL (A-470)
Bragg (See A-428, p. 8)

DIANNE LYNN KESLER (A-471) N/A
Tegtmeier (See A-449)
*Thomson* 436

CASSY KNOX (A-472)
JUDY KURTZ (A-473)
Bragg (See A-428, p. 8)

PENNY L. LANPHIER (A-474)
Cobb (See A-466)

PENELOPE LUNDGREEN (A-476)
SUSAN MACDONALD (A-477)
JANETTE SUE MCMAHON (A-478)
MAKAI MARSHALL (A-479)
LYNN TAMA MATSUMOTO (A-480)
Bragg (See A-428, p. 8)

MARY MILLER (A-482) N/A
Leher (See A-434)

-10-

### D. COLO. (CONT.)

SANDRA DIANE MILLER (A-483)
BARBARA T. NOWAK (A-484)
CAROLYN C. O'CONNOR (A-485) N/A
JUDITH PAPISH (A-486)
RAVONDA LOU POTTER (A-487)
MARY DALE PULLER (A-488)
KATHY QUINTON (A-489)
RITA RANDOLPH (A-490)
Bragg (See A-428, p. 8)

MARCIA LOUISE RAYMOND (A-491)
Baker (See A-429, p. 8)

PAMELA S. REITER (A-492)
ELAINE ROGERS (A-493)
KATHLEEN SAYERS (A-494)
JESSICA A. SIMKULET (A-495)
Bragg (See A-428, p. 8)

MARGARET L. SIMMONS (A-496) N/A
Helen C. Shreves, Esq.
Bayer, Casey & McGee
1660 Downing St.
Denver, CO 80218

JANET SINGLETARY (A-497)
NELDA SULLIVAN (A-499)
PEGGY JEAN THOMSON (A-500)
VIKI WALLACE (A-501)
Bragg (See A-428, p. 8)

KATHRYN WALLIS (A-502) N/A
Robert G. Cale, Esq.
105 East Vermijo – Penthouse
Colorado Springs, CO 80903

CAROL WALTZ (A-503)
NANCY WEE (A-504)
DIANE D. WEST (A-505)
SHARON WILKINS (A-506)
Bragg (See A-428, p. 8)

BARBARA J. WILLIAMS (A-507) N/A
Gregory A. White, Esq.
Post Office Box 701
Loveland, CO  80539

KATHY WILLIAMS (A-508)
NAOMI HALPERN-WISOTT (A-509)
DEIDRE J. F. ZIETZ (A-510)
Bragg (See A-428, p. 8)

CAROL A. PETERSON (A-511)
Slough (See A-446, p. 9)

### D. COLO. (CONT.)

KRISTI ANDERSON SCULLY (A-512)
Cobb (See A-466, p. 9)

JO SUSAN VERSPOHL (A-1841*) N/A
STEPHANIE M. SELDEN (A-1842*) N/A
XENIA D. GRAVES (A-1843*) N/A
DONNA CORNELISSE (A-1844*) N/A
Bragg (See A-428, P. 8)

### D. CONNECTICUT

PENNY J. FARREL (A-513)
David T. Totman, Esq.
Farren and King
94 Prospect St.
Post Office Box 1989
New Haven, CT  06509

SHARON ADAMS (A-514) N/A
LOUISE APUZZO (A-515)
ELAINE BERNIER (A-516)
PATRICIA BRADLEY (A-517) N/A
Barry B. Johnson, Esq.
Cantor, Floman, Russell & Johnson, P.C.
378 Boston Post Road
Post Office Drawer 966
Orange, CT  06477

ROXANNE BURNS (A-518) N/A
Edward Nusbaum, Esq.
Nevas, Nevas & Rubin
191 Post Road West
Westport, CT  06880

ELIZABETH M. CARTER (A-519) N/A
David S. Golub, Esq.
Silver, Golub & Sandak
Post Office Box 3247
Stamford, CT  06905

MARLENE A. CLARK (A-520) N/A
Edward W. Hebb, Esq.
Heneghan, Pikor & Hebb
Post Office Box 641
W. Hartford, CT  06107

SUSAN M. DAVIS (A-521) N/A
Golub (See A-519)

MARY CATHLEEN DEWHURST (A-522)
JERRIE DUBREUIL (A-523)
SHERRILL ELLIS (A-524)
SARAH ENGLISH (A-525)
Johnson (See A-514)

## D. CONN. (CONT.)

LYNN GOLD (A-526) N/A
Golub (See A-519, p. 10)

JILL HATCH, ET AL. (A-527)
Melvin A. Simon, Esq.
Hoberman, Pollack & Roseman, P.C.
799 Main Street
Hartford, CT  06103

GERMAINE A. JOHNSON (A-528)
Jeffrey R. Martin, Esq.
Sorokin & Sorokin, P.C.
One Cororate Center
Hartford, CT  06103

ALEXANDRA KAHN (A-529)
ANDREA KRUGER (A-531)
Johnson (See A-514, p. 10)

MARLENE LAUTH (A-532)
David W. Skolnick, Esq.
110 Whitney Avenue
Post Office Box 1755
New Haven, CT  06507

SANDRA MALMQUIST (A-533)
Johnson (See A-514, p. 10)

DONNA MATASAVAGE (A-534)
Steven J. Errante, Esq.
Lynch, Traub, Keefe & Snow, P.C.
52 Trumbull St., P.O. Box 1612
New Haven, CT  06506-1612

JOANNE MCMAHON (A-535)
Alan E. Silver, Esq.
275 Orange Street
New Haven, CT  06510

JOAN MORGAN (A-537)
MARIA MOZDZER (A-538)
BONNIE MUELLER (A-539)
JOANN O'MARA (A-540)
BETTY PALEY (A-541)
Johnson (See A-514, p. 10)

VIRGINIA A. PARCAK (A-542) N/A
Richard T. O'Connell, Esq.
O'Connell, Cloutier & Domnarski
Post Office Box AT
Old Saybrook, CT  06475

## D. CONN. (CONT.)

ANGELA PARENT (A-543)
Andrew S. Groher, Esq.
RisCassi & Davis, P.C.
Post Office Box 6550
131 Oak Street
Hartford, CT  06106

PHYLLIS PEPE (A-544)
Johnson (See A-514, p. 10)

LUCILLE RANCIATO, ET AL. (A-545)
Dean R. Singewald, Esq.
34 Trumbull Street
Post Office Box 1603
New Haven, CT  06506

RHONDA SHULMAN (A-546)
Skolnick (See A-532)

MARVELLE WILLIAMS (A-547)
Wesley Spears, Esq.
2828 N. Haskell Ave.
Dallas, TX  75204

STEPHANIE WILLOUGHBY (A-548)
PATRICIA WINAKOR (A-549)
Johnson (See A-514, P. 10)

JUDITH ZEIDEL (A-550) N/A
Nusbaum (See A-518, P. 10)

## DISTRICT OF COLUMBIA

LYNN BAKER (A-551) N/A
Gary S. Mininsohn, Esq.
414 Hungerford Dr., Suite 456
Rockville, MD 20850

LINELL P. BROECKER, ET AL. (A-552)
CONSUELLA BUNDY (A-553)
Aaron M. Levine, Esq.
1320 19th St., N.W.
Wash., D.C.  20036

DEBORAH COONEY (A-554) N/A
Mininsohn (See 551)

PHYLLIS ANN PRINCE (A-555)
JENNIFER R. DES BORDES (A-556)
FRANCES & HARVEY FELD (A-557)
Levine (See A-552)

BARBARA J. HARRIS (A-558)
Michael R. Murephey, Esq.
2026 P St., N.W.
Wash., D.C.  20036

CORRECTED

-12-

## D. D.C. (CONT.)

LAVETA JACKSON (A-559)
DIANE B. PIERCE (A-560)
Clifford J. Shoemaker, Esq.
9711 Meadowlark Rd.
Vienna, VA  22180

ROSLYN ROSENBERG, ET AL. (A-561)
Levine (See A-552)

DALE HANSEN SAUL (A-562)
Shoemaker (See A-559)

CHRISTINA SCHWARTZ (A-563)
Roy L. Mason, Esq.
330 North Charles St., Ste. 300
Baltimore, MD  21201

DARLENE THOM (A-564)
Levine (See 552)

CAROL H. VAN DUZER (A-565) N/A
Lewis Saul, Esq.
Buckman, Saul & Kiersh
2101 L St., N.W., Suite 209
Wash., D.C.  20037

CORA WILLIAMS-DAVIS (A-566) N/A
Bernadette Gartrell, Esq.
Mitchell, Shorter & Gartrell
508 5th St., N.W.
Washington, D.C.  20001

LYNNE WINTER (A-567)
Mason (See 563)

SHARON ADLER (A-568) N/A
Saul (See A-565)

## S.D. FLORIDA

ROBERT WEITZ, ET AL. (A-569)
Bradley S. Hartman, Esq.
Litman, Muchnick, Wasserman & Hartman
Post Office Box 3616
Hollywood, FL  33083

KATHLEEN BASILICE (A-570) N/A
KATHLEEN F. CAPOTE (A-571) N/A
BARBARA JOAN BUXBAUM (A-572) N/A
C. William Berger, Esq.
1499 W. Palmetto Park Rd., Ste. 412
Boca Raton, FL  33561

## S.D. FLA. (CONT.)

DONNA FAREMOUTH (A-573)
Walter G. Campbell, Jr., Esq.
Krupnick & Campbell
700 Southeast Third Ave., Suite 100
Fort Lauderdale, FLA  33316

JUDITH MEZEY, ET AL. (A-574)
DEBORAH PEROTTI, ET AL. (A-575)
VERDELL RUTLEDGE, ET AL. (A-576)
Bill Hoppe, Esquire
Hoppe & Backmeyer, P.A.
Suite 810, Concord Bldg.
66 W. Flagler St.
Miami, FL 33130

DEBORAH SUPPE (A-577) N/A
Karen A. Curran, Esq.
Brumer, Cohen, Logan & Kandell
11th Flr., Roberts Bldg.
28 W. Flagler St.
Miami, FL  33130

KIMBERLY KENNEDY MULCAHY (A-580) N/A
Marc R. Ginsberg, Esq.
Mandina & Ginsberg, P.A.
2951 S. Bayshore Dr., Ste. 400
Miami, FL  33133

LINDA & LARRY NATAL (A-581) N/A
Marcos A. Gonzalez, Esq.
Sadow, Lynne & Gonzalez
12550 Biscayne Blvd., Suite 603
N. Miami, FL  33181-2589

DONNA WEST, ET AL. (A-582)
Hoppe (See A-574)

DEBORAH ANN LEITZKE (A-583)
Michael D. Eriksen, Esq.
Post Office Box 3466
West Palm Beach, FL  33402

PATRICIA WILSON (A-584)
Frank T. Noska, III, Esq.
Hoadley & Gavigan
320 Fern Street
West Palm Beach, FL 33401

DIANE LEFKOWITZ (A-585) N/A
Berger (See A-570, P. 12)

CHERYL VOSS (A-586)
J. Terrell Joiner, P.A.
P.O. Drawer 230
Winter Haven, FL 33882-0230



-13-

## S.D. FLA. (CONT.)

MAUREEN O'DONNELL (A-587)
Noska (See A-584)

BARBARA MALONE (A-588)
Kenneth D. Cooper, Esq.
200 S.E. 13th St., Suite 222
Ft. Lauderdale, FLA 33316

SANDRA ABRAMS (A-590)
Noska (See A-584)

RAMONA JANE KEMP (A-591)
Eriksen (See A-583)

ALLYNE JACOCKS (A-592)
Hoppe (See A-574, p. 11)

CYNTHIA & ROBERT FELTZIN (A-593)
Brian R. Hersh, Esq.
Hersh & Bernstein
602 Biscayne Bldg.
19 West Flagler St.
Miami, FLA 33130

DAWN SMITH, ET AL. (A-594)
Peter S. Fleitman, Esquire
Barbakoff, Fleitman & Schwartz, P.A.
9100 South Dadeland Blvd., Ste. 1012
Miami, FL 33156

TERESA DYE (A-595)
Eriksen (See A-583)

JUDY ROY (A-596)
Noska (See A-584)

BARBARA GROSE (A-597)
Campbell (See A-573, p. 12)

JEAN HAMILTON, ET AL. (A-598)
Hoppe (See A-574, p. 12)

SHEILA CHAPMAN FROST (A-599)
JANICE POWELL (A-600)
Eriksen (See A-583, p. 12)

BETTY & ALLEN T. WHITE (A-601) N/A
Diane E. Marger, Esq.
901 S. Federal Highway, Ste. 300
Ft. Lauderdale, FL 33316

## S.D. FLA. (CONT.)

DENISE SANCHEZ, ET AL. (A-602)
David W. Bianchi, Esquire
Stewart, Tilghman, Fox & Bianchi
Suite 1900, 44 W. Flagler St.
Miami, FL 33130-1808

SUSAN MCKENRY LIPPNER, ET AL. (A-625)
Sidney L. Matthew, Esq.
Gorman & Matthew, P.A.
Post Office Box 1754
Tallahassee, FL 32302

## M.D. FLORIDA

INGE BOYD (A-603)
Matthew (See A-625, S.D.FLA.)

WANDA J. BELL (A-607)
H. Scott Bates, Esquire
Bates & Bates, P.A.
Suite 1599, CNA Tower
255 S. Orange Avenue
Orlando, FL 32801

JUNE ELLEN HARRIS (A-608)
Matthew (See A-625, S.D.FLA.)

ENEZ M. SCOTT (A-612) N/A
Berger (See A-570,S.D.FLA., p.11))

DIANE BARRS (A-613) N/A
Tony Cunningham, Esq.
Michael Foster, Esq.
Wagner, Cunningham, Vaughan & McLaughlin
708 Jackson St.
Tampa, FL 33602

VIRGINIA BRYAN (A-614)
Matthew (See A-625, S.D.FLA.)

PATRICIA GLASS (A-615) N/A
Roy L. Glass, Esq.
980 Tyron Blvd.
Post Office Box 41100
St. Petersburg, FL 33743

NICOLE KLEVE (A-616) N/A
Foster (See A-613, p. 12)

BEVERLY A. MYERS (A-617) N/A
David B. Webster, Esq.
200 Pierce St., Ste. 1A
Tampa, FL 33602

JOANNE SOPRANO (A-618) N/A
Cunningham (See A-613, p. 12)

-14-

M.D. FLA. (CONT.)

MARTHA E. SIMS (A-619)
Matthew (See A-625, S.D.FLA.,p.12)

SARAH K. GEORGE (A-620) N/A
Foster (See A-613, p. 12)

LINDA SUE WILLIAMS (A-622)
Eriksen (See A-583--D.D.C.,p.12)

JOANNE SISTO (A-623) N/A
Richard B. Troutman, Esq.
222 W. Comstock, Ste. 200
Winter Park, FL  32789

CAROL HARTERINK (A-624)
Matthew (See A-625, S.D.FLA.,p.12)

THERESA PATTERSON (A-1845*) N/A
Rodney D. McGalliard, Esq.
McGalliard, Mills, deMontmollin & Smith
4040 Newberry Rd., Suite 1000
Post Office Box 15508
Gainesville, FL 32604

N.D. FLORIDA

MARY KATHRYN DEEMER (A-604)
Matthew (See A-625, S.D.FLA.,p.12)

MARGARET MARIE EVERETT (A-605)
Eriksen (See A-583--D.D.C.,p.12)

DEBRA A. FISHER (A-606)
ROSEANNE DALE HEARD (A-609)
Matthew (See A-625, S.D.FLA.,p.12)

JUDITH HENDRICKS (A-610) N/A
J. Patrick Floyd, Esq.
Costin & Floyd
413 Williams Ave.
Port St. Joe, FL 32456

SHERRY & KENNETH PEAVY (A-611)
Matthew (See A-625, S.D.FLA.,p.12)

N.D. GEORGIA

THOMAS J. BALLEW (A-626)
DEBRA ANNE HITSON (A-628)
BARBARA WEAVER (A-629)
Daryl G. LeCroy, Esquire
Suite 111, 90 West Wieuca Road, N.E.
Atlanta, GA 30342

HARVEY H. FRIEDMAN, ET AL. (A-630)
Kellogg (See A-1--M.D.ALA.,p.3)

N.D. GA. (CONT.)

BRENDA GAYLE GLASS (A-631)
Shoemaker (See A-559--D.D.C.,p.11)

RICHARD MOUSA (A-632) N/A
Ira S. Zuckerman, Esq.
Lefco & Zuckerman
Ste. 506, Buckhead Place   4651 Roswell Rd NE
3312 Piedmont Rd.                    Suite G-602
Atlanta, GA  30305 30342

S.D. GEORGIA

SALLY TODD PALMER (A-633)
Matthew (See A-625, S.D.FLA.,p.12)

D. HAWAII

ELIZABETH BURKE (A-635) N/A
Gervase M. Flick, Esq.
Hilton Lagoon, #8-C
2003 Kalia Road
Honolulu, HI 96815

SUSANNE M. HERR (A-639)
David C. Schutter, Esq.
Priscilla L. Mills, Esq.
Schutter, Cayetano, Playdon
Kawaiahao Plaza
567 S. King St., Ste. 618
Penthouse/Parking Annex
Honolulu, HI 96813

ELIZABETH JENERAL (A-641) N/A
Elton John Bain, Esq.
Guttman & Bain
200 James Campbell Bldg.
828 Fort Street Mall
Honolulu, HI  96813

GLORY LEONG (A-642) N/A
Flick (See A-635)

SANDRA L. PAULSEN (A-646)
Schutter (See A-639)

ANNMARIE STERN (A-648) N/A
BROOKS THOMPSON (A-649) N/A
Flick (See A-634)

JUDY ANN AUWAE, ET AL. (A-1846*) N/A
DEBORAH LYNNE SCHMOEGER (A-1847*) N/A
JONI L. SHERMAN (A-1848*) N/A
MARCIA MASTERS (A-1849*) N/A
James B. Hovland, Esq.
Hovland & Gambucci
525 Lumber Exchange Bldg.
10 S. Fifth St.
Minneapolis, MN. 55402

-15-

### D. IDAHO
ESTHER RACHEL BYRD, ET AL. (A-651)
Don G. Passow, Esq.
Post Office Box 69
Harrison, Idaho  83833

JACQUIE ALBRIGHT (A-652)
Ronald K. Mullin, Esq.
Mullin, Etter & Cronin, P.S.
North 115 Washington, Third Flr.
Spokane, WA  99201

LAURA D. CHASE (A-653)
Post (See A-4--N.D.ALA.,p.3)

### S.D. ILLINOIS
SUSAN M. HICKMAN (A-654) N/A
Sandy Korein, Esq.
412 Missouri Avenue
East St. Louis, IL 62201

CAROL CLEMENTS (A-655) N/A
JOANN LOWE (A-656) N/A
VIRGINIA BURRIS (A-657) N/A
WANDA JEAN BURGUND (A-658) N/A
Bruce Cook, Esq.
12 West Lincoln
Belleville, IL 62220

### C.D. ILLINOIS
CAROL ANDERSON (A-659) N/A
MARY BOSSO (A-660) N/A
JUDY BREWER (A-661) N/A
LAUREL BROOKS (A-662) N/A
DEBORAH CALLISTER (A-663) N/A
CHARLENE CHAP (A-664) N/A
CYNTHIA CLARKSON (A-665) N/A
RUSSENA COMER (A-666) N/A
JANET DOUGLAS (A-667) N/A
KATHY DUNCAN (A-668) N/A
MARY FISCHER (A-669) N/A
BEVERLY FRIESE (A-670) N/A
MARY JANE HARDY (A-671) N/A
LYNNE HENDERSON (A-672) N/A
LINDA JANE HENRY (A-673) N/A
MARY JANIK (A-674) N/A
WANDA JOHNSTON (A-675) N/A
PATRICIA KALICKI (A-676) N/A
JANET MARIE KNAPPEN (A-677) N/A
KAREN LAVENDER (A-678) N/A
NANCY LOGAN (A-679) N/A
BEVERLY MASON (A-680) N/A
JANET LYNN MELVIN (A-681) N/A
CATHY MICHALSKI (A-682) N/A
Stone (See A-46--D.C.,p.4)

### C.D. ILL. (CONT.)
PEGGY MORSE (A-683) N/A
TONI PERRIN (A-684) N/A
BONDA REID (A-685) N/A
MARY RILEY (A-686) N/A
MONICAL RIX (A-687) N/A
ROSALIE SCHULL (A-688) N/A
BECKY LON SCOTT (A-689) N/A
KAROL SOBRALSKE (A-690) N/A
SHIRLEY STARE (A-691) N/A
MARY CLARE WADSWORTH (A-692) N/A
CAROL WENGER (A-693) N/A
BEVERLY YANEZ (A-694) N/A
Stone (See A-46--D.C.,p.4)

### N.D. ILLINOIS
SANDI JOHNSON SPEH (A-695)
Post (See A-4--N.D.ALA.,p.3)

PAULA HERMES (A-696)
JACKIE CHAMPLIN (A-698)
NANCY S. CARLEY (A-700)
JEANNE LEAMANCZYK (A-701)
Susan M. Metzel, Esq.
Phelan, Pope & John, Ltd.
180 N. Wacker Dr., Ste. 500
Chicago, IL  60606

LINDA K. HARSANYI (A-702)
Post (See A-4--N.D.ALA.,p.3)

LAURENE SIERLES (A-703)
Philip L. Mandell, Esquire
Pitler and Mandell
230 W. Monroe St., Suite 2026
Chicago, IL  60606

ETHEL R. & BILL HURLEY (A-704)
Post (See A-4--N.D.ALA.,p.3)

### S.D. INDIANA
CAMILLA A. ALLEN (A-705)
Manchester (See A-115--C.D.CAL.,p.6)

RONDA COLBERT (A-706)
BARBARA GUNN (A-707)
Mary Beth Ramey, Esquire
Ramey & Hailey
120 E. Market, Suite 430
Indianapolis, IN  46204

JUDY L. VANHENTENRYCK (A-709)
William E. Peterson, Esq.
Woodburn, Wedge, Blakey & Jeppson
Post Office Box 2311
Reno, Nevada  89505

S.D. IND. (CONT.)
MARSHA SCHOETTLIN (A-713)
JANICE L. SMITH (A-715)
LINDA WILSON (A-716)
Ramey (See A-706)


N.D. INDIANA

KATHY KOS (A-708)
Sheldon H. Cohan, Esquire
8585 Broadway, Suite 735
Merillville, IN 46410


MARK A. SEEGER (A-714)
Donald J. Evans, Esq.
Evans & Evans
Seven Napoleon
Valparaiso, IN 46383


N.D. IOWA
MARGARET ARNOLD (A-717)
Jay A. Nardini, Esq.
Ball, Kirk, Holm & Nardini, P.C.
3324 Kimball Avenue
Waterloo, IA 50702


SHARON MCLAUGHLIN (A-719)
JOYCE E. MILLER (A-721)
JANICE KAY NOLEN (A-722)
LINDA SIETSTRA (A-723)
Peterson (See A-709)


DEBRA JENSEN (A-725)
Nardini (See A-717)


S.D. IOWA
LONNA NAUMAN (A-718)
David S. Wiggins, Esq.
Williams, LaMarca, Marcucci
     & Wiggins, P.C.
1200 35th St., 700 West Towers
West Des Moines, Iowa  50265


JEAN SHUMAKER (A-720)
TONI BRYANT (A-724)
Peterson (See A-709)


D. KANSAS
JANET SHIELDS (A-3)
DONNA HARRIS (A-5)
Post (See A-4--N.D.ALA.,p.3)


D. KAN. (CONT.)
SANDRA ALLERHEILEGAN (A-119)
SUZANNE BARNES (A-129)
VIVIAN BATEMAN (A-130)
SUSAN CARLISLE (A-141)
KATHRYN CRANDALL (A-151)
MARLENE GOERING (A-173)
LINDA GRUETHNER (A-177)
EMMA HALLESY (A-180)
MARLENE HAUCK (A-182)
LIZA HETZLER (A-186)
JOANN JORDAN (A-193)
TERESA KEDWARDS (A-197)
KATHY LAWLESS (A-201)
RONA LINDL (A-205)
VIRGINIA LOUDEN (A-206)
LAILA LURIA (A-207) N/A
ILENE MCCABE (A-211)
LINDA MYERS (A-213)
SUZANNE NISHIKIAN (A-216)
ANGELA PEREIRA (A-224)
LAVETTA ROBERTS (A-232)
BARBARA RODGERS (A-233)
DONI SCHWEITZER (A-242)
JUDY SHELDON (A-245)
SARAH SHOKRIAN (A-247)
PEARL THOMPSON (A-260)
KAT TILLEY (A-261)
ONA ZIMMERMAN (A-277)
Welebir (See A-154--C.D.CAL.,p.7)


JEANNETTE C. BULINSKI (A-441)
SUSANNE LEUTHAUSER (A-475)
Bragg (See A-428--D.COLO.,p.8)


MARIE MELAND (A-481)
Post (See A-4--N.D.ALA.,p.3)


MARY STEWART (SWARTLING) A-498)
Bragg (See A-428--D.COLO.,p.8)


DEIDRE KERRIGAN (A-530)
Post (See A-4--N.D.ALA.,p.3)


SUSAN B. MILLER (A-536) N/A
Richard A. Bieder, Esq.
Koskoff, Koskoff & Bieder
Post Office Box 1698
Bridgeport, CT 06604


CHERYL WEST (A-697)
PENELOPE MOUTOUSSAMY (A-699)
O'RUTH SISK PETERSON, ET AL. (A-726)
Post (See A-4--N.D.ALA.,p.3)

D. KAN. (CONT.)

ELSIE E. COX (A-727) N/A
Mark B. Hutton, Esq.
Michaud, Michaud, Cordig, Hutton & Hutton
8080 E. Central, Suite 370
Wichita, KS 67202

BEVERLY C. DAVISSON (A-728)
Matthew (See A-625, S.D.FLA.,p.12)

MARY ANN EVERTSON (A-729)
SHIRLEY LUETKE (A-730)
BILLIE RAE MERCER (A-731)
RACHEL HAMMEL SCOTT (A-732)
Post (See A-4--N.D.ALA.,p.3)

MARY BETH STEENBERGEN (A-733)
Lynn R. Johnson, Esq.
Shamberg, Johnson, Bergman & Goldman
Merrian Oaks Bldg., Suite 210
8500 West 63rd St., P.O. Box 637
Shawnee Mission, KS 66201

NANCY J. TAYLOR (A-734)
SANDRA FLYNN (A-735)
AUDRY MILLET, ET AL. (A-763)
Post (See A-4--N.D.ALA.,p.3)

LUISA MOSA (A-923)
ROSEANNE RUIZ (A-965)
Peterson (See A-709--N.D.ILL.,p.15)

ANITA BAKER (A-1026)
SUZANNE BAXTRESSER (A-1029)
SUZANNE FORGERON (A-1048)
Neil Rossman, Esq.
Rossman & Rossman
Ten Post Office Square
Mezzanine Suite
Boston, MA 02109

HEATHER HUTCHINSON (A-1057)
Neil Sugarman, Esq.
Florinda J. Iascone, Esq.
Sugarman & Sugarman, P.C.
141 Tremont St.
Boston, MA 02111

PATRICIA KNOWLES, ET AL. (A-1063)
Post (See A-4--N.D.ALA.,p.3)

DEBORAH D. KAKO (A-1059)
KAREN MAKARTOFF (A-1068)
Peterson (See A-709--N.D.ILL.,p.15)

D. KAN (CONT.)

KATHLEEN MCDERMOTT (A-1071)
Rossman (See A-1026)

PATRICIA NOVIKOFF (A-1080)
Peterson (See A-709--N.D.ILL.,p.15)

DORI RIFKIN (A-1092)
Rossman (See A-1026)

LINDA TAYLOR (A-1104)
Peterson (See A-709--N.D.ILL.,p.15)

SUSAN BERRY (A-1273)
Leonard B. Melvin, Jr., Esq.
Billie J. Graham, Esq.
Melvin & Melvin
Post Office Box 142
Laurel, MX 39441

CLIFFORD H. HAMMOND (A-1352)
NANCY CLEARY (A-1430)
Peterson (See A-709--N.D.ILL.,p.15)

JASON WILLIAM DAVISSON (A-1856*) N/A
Matthew (See A-625--S.D.FLA.,p.12)

DEBORAH LYNN LEE ELLIS (A-1857*) N/A
Dennis C. O'Brien, Esq.
Allan P. Harris, Esq.
260 Washington Ave.
Marietta, GA 30060

NANCY GIANGROSSO, ET AL. (A-1858*) N/A
Lawrence D. Wiedemann, Esq.
Ellain F. Hardin, Esq.
Wiedemann & Fransen
821 Baronne St.
Post Office Box 30648
New Orleans, LA 70190-0648

JANET RAWE (A-1859*) N/A
Michael Handy, Esq.
Hooper and Chappell
~~810 West 10th St.~~ 900 Houston, Suite 700
Ft. Worth, TX 76102

LOLITA LUNA (A-1860*) N/A
EVA RAMIREZ (A-1861*) N/A
Rodney A. Klein, Esq.
Klein and DeVries
2300 Bell Executive Lane
Sacramento, CA 95825

-18-

### D. KAN. (CONT.)
MICHELENE ANN SCOTT (A-1862*) N/A
Charles D. Lowe, Esq.
2580 Winters Bank Tower
Dayton, OH 45423

REBECCA A. LOWING (A-1863*) N/A
Andrew J. Conner, Esq.
Dunn & Conner
1111 G. Daniel Baldwin Bldg.
Erie, PA 16501

PATRICIA IARIA (A-1864*) N/A
Post (See A-4--N.D.ALA.,p.3)

DEBRA ESPINOZA (A-1865*) N/A
Klein (See A-1860)

### W.D. KENTUCKY
JANET ANTOINE (A-736)
Post (See A-4--N.D.ALA.,p.3)

CONSTANCE KLEM (A-738)
OSHA LEWIS (A-739)
John E. Wise, Esq.
1817 Bardstown Rd.
Louisville, KY 40205

MAYO SWAN MCCARTY, ET AL. (A-740)
Charles H. Zimmerman, Jr., Esquire
Greenebaum, Young, Trietz & Maggiolo
25th Floor, First National Tower
Louisville, KY 40202

LETITIA PENNA MOONEY, ET AL. (A-741)
Freeda M. Steinberg, Esquire
1230 Liberty Bank Lane, Suite 130
Liberty Centre I
Louisville, Kentucky  40222

MARZETTA PITNEY (A-742) N/A
Kevin George, Esq.
304 W. Liberty St., Suite 210
Louisville, KY  40202

SHARON ROSE (A-743)
Wise (See A-738)

KWANG JA SENEGAL (A-744)
Post (See A-4--N.D.ALA.,p.3)

JOAN MARIE WILLIS (A-745)
Irvin G. Maze, Esq.
400 Marion E. Taylor Bldg.
Louisville, KY 40202

### W.D. KY. (CONT.)
HELEN WIZER (A-746) N/A
Blaim L. Magaziner, Esq.
530 West Maple
Granville, OH  43023

### E.D. KENTUCKY
EFFIE KELLER (A-737) N/A
James W. Bryant, Esq.
Alan N. Leibson, Esq.
623 West Main St.
Louisville, KY  40202

MARY KATHERINE ROSE (A-754) N/A
Leslie Rosenbaum, Esq.
Lexington Bldg., Suite 300
201 West Short St.
Lexington, KY  40202

### E.D. LOUISIANA
ROBERT STANDEFORD, ET AL. (A-755)
Lowell Dye, Esq.
Andry & Andry
1st Flr., 710 Carondelet St.
New Orleans, LA 70130

CHERYL ANNE CROCHET (A-757)
A. Remy Fransen, Esq.
Wiedemann & Fransen
821 Baronne St., Box 30648
New Orleans, LA 70190

PATRICIA E. LEPINE (A-758)
Irving J. Warshauer, Esq.
Kierr, Gainsburgh, Benjamin, Fallon &
  Lewis
1718 First NBC Bldg.
New Orleans, LA 70112

VICKI C. DOUROUX (A-760)
Post (See A-4--N.D.ALA.,p.3)

DIANE HARRIS (A-762) N/A
Fred R. DeFrancesch, Esq.
Post Office Box L
Garyville, LA 70051

ADRIANNE B. MARTINEZ (A-765)
Roger S. Bernstein, Esquire
Bernstein & Bernstein
501 Pere Marquette Bldg.
150 Baronne Street
New Orleans, LA 70112



-19-

**M.D. LOUISIANA**
KATHLEEN FREDERIC WOOD (A-756) N/A
Keith D. Jones, Esq.
Post Office Box 80191
Baton Rouge, LA  70898

**W.D. LOUISIANA**
DEBANY ROWLAND (A-764) N/A
Drew Ranier, Esq.
Baggett, McCall & Ranier
Post Office Box 1645
1130 Pithon Street
Lake Charles, LA  70602

LAYNE PEARSON (A-766)
Frank E. Lamothe, Esquire
~~Barham & Churchill~~  *Lamothe & Hamilton*
~~400 Lafayette Street~~  *400 Magazine St.*
Suite 300  *or*
New Orleans, LA 70130

**D. MAINE**
LINDE WILKINSON (A-767)
Martin I. Eisenstein, Esq.
Brann and Isaacson
95 Park Street
Lewiston, Maine 04240

DARLENE H. LaROUCHE (A-768)
William L. Vickerson, Esq.
187 Middle St., PO Box 465 DTS
Portland, Maine  04112

**D. MARYLAND**
SHARIFA ABDUL-HAMID (A-769)
ELIZABETH A. ACEVEDO (A-770)
ROZALIND ADENBAUM (A-771)
ELLEN ALLAIN (A-772)
BARBARA AMARANDO (A-773)
MATILDA AMSLER (A-774)
MARY V. ANDERS (A-775)
Michael A. Pretl, Esq.
Pretl & Schultheis, P.A.
2600 St. Paul Street
Baltimore, MD  21218

LYNNE A. ANDERSON (A-776)
Shoemaker (See A-559--D.D.C.,p.11)

DEBORAH APTON (A-777)
Pretl (See A-769)

**D. MD. (CONT.)**
LINDA BACKERMAN (A-778)
CAROLE ANNE BALDUCCI (A-779)
DIANA BANKS (A-780)
GAIL BARZMAN (A-781)
SHERRY BASSI (A-782)
CHRISTINE BATES-BROWNSWORD (A-783)
SHIRLEY A. BAXTER (A-784)
LYNETTE BEALL (A-785)
JANET SUE BECKWITH (A-786)
ADRIENNE V. BENGE (A-787)
HELEN BENHAM (A-788)
SARA F. BENTON (A-789)
Pretl (See A-769)

PATRICIA A. BIBBO (A-790) N/A
Manchester (See A-115--C.D.CAL.,p.6)

SUSAN BIRTLES (A-791)
LINDA BLAIR (A-792)
MAUREEN BLAIR (A-793)
MARGARET B. BLASCETTA (A-794)
EILEEN S. BLAU (A-795)
ALICE MARIE BODSON (A-796)
PAMELA BOVEE (A-797)
Pretl (See A-769)

SALLY M. BRANDON (A-798) N/A
Stuart M. Salsbury, Esq.
Israelson, Jackson & Salsbury
Suite 400, Jefferson Bldg.
2 East Fayette St.
Baltimore, MD 21202

DIANE BREAKSTONE (A-799)
TERESA BROWN (A-800)
BETTY BROWNE (A-801)
PATRICIA BUNCE (A-802)
Pretl (See A-769)

SHARON BUONOCORE (A-803)
Shoemaker (See A-559--D.D.C.,p.11)

VALERIE BURGHARDT (A-804)
Pretl (See A-769)



-20-

<u>D. MD. (CONT.)</u>
<u>CAROL BURGMEIER (A-805)</u>
Shoemaker (A-559--D.D.C.,p.11)

BETTINA BYRAS (A-806)
MARGARET CAIRNEY (A-807)
KATHY F. CALLAWAY (A-808)
L. NANCY CAMPBELL (A-809)
MARY CARODDO (A-810)
<u>DARLA CHANDLER (A-811)</u>
Pretl (See A-769, p. 19)

<u>ELIZABETH CLARK (A-812)</u>
Bremseth (See A-46--N.D.Cal.,p.4)

PAULA CLAYTON (A-813)
KERRY CLAYTOR (A-814)
CAROL H. COHEN (A-815)
BARBARA COHN (A-816)
NANCY COLOMONICO (A-817)
CAROLINE CONNELLY (A-818)
<u>ROSE CONSTANTINE (A-819)</u>
Pretl (See A-769, p. 19)

<u>LENORE CORFE (A-820)</u> N/A
Manchester (See A-115--C.D.CAL.,p.6)

<u>KAREN L. CRAIG (A-821)</u> N/A
Richard A. Mosman, Esq.
First Minneapolis Bank Bldg., Ste. 715
Minneapolis, MN  55402

BRONWYN CRAWFORD (A-822)
MARCIA CRUMLEY (A-823)
SUSAN E. CUSATO (A-824)
<u>DIANE DAGEL (A-825)</u>
Pretl (See A-769, p. 19)

<u>LINDA DAUSES (A-826)</u> N/A
Mininsohn (See A-551--D.D.C.,p.11)

<u>D. MD. (CONT.)</u>
<u>NANCY DECKER (A-827)</u> N/A
Paul D. Rheingold, Esq.
113 E. 37th Street
New York, NY  10016

NICOLE DUJURENEV (A-828)
YVONNE DEPAULIS (A-829)
JACKIE DEROMEDI (A-830)
SUSAN D. DIAMOND (A-831)
CLARA DOUGLASS (A-832)
DONNA DOWNES (A-833)
SUZANNE DULL (A-834)
<u>LAURA DUTCHER (A-835)</u>
Pretl (See A-769, p. 19)

<u>TRACY EBBERT (A-836)</u>
Shoemaker (A-559--D.D.C.,p.11)

BONNIE EDERR (A-837)
DORIS EPSTEIN (A-838)
PATRICIA ERICKSON (A-839)
ANN MARIE FAIRCHILD (A-840)
GWYNETH A. FANNING (A-841)
ANNE FERNAND (A-842)
JUDITH FELICIA (A-843)
PATRICIA FERGUSON (A-844)
MARGARET C. FERRIS (A-845)
BLYTHE FISHER (A-846)
ISABELLA FISKE (A-847)
CHRISTINE FLANAGAN (A-848)
<u>JOYCE FRASER (A-849)</u>
Pretl (See A-769, p.19)



-21-

D. MD. (CONT.)
MARY JO FREEMAN (A-850)
WANDA FULLER (A-851)
Pretl (See A-769, p.19)

EMMA GARCIA (A-852)
Shoemaker (See A-559--D.D.C.,p.11)

RITA GOYETTE (A-853)
DEBORAH JEAN GRAVES (A-854)
ALICE C. GREINER-BUDAVACH (A-855)
LESLIE GRODNITZKY (A-856)
JANICE GROTH STRIKER (A-857)
ROBIN GUARIGLIA (A-858)
NANCY HAMILTON (A-859)
BETTY K. HARRIS (A-860)
CATHERINE HATCHER (A-861)
CINDY A. HAVICE (A-862)
Pretl (See A-769, p. 19)

CECELIA HEASLIP (A-863)
Shoemaker (See A-559--D.D.C.,p.11)

CAROLYN B. HENSLEY (A-864)
Jeffrey J. Silver, Esq.
1225 W. Mount Royal Ave.
Baltimore, MD 21217

CHERYL K. HILL (A-865)
EILEEN HINERMAN (A-866)
ELEANOR B. HOLTZMAN (A-867)
PATRICIA HOUGHTON (A-868)
SHERRI HOWELL-COLEMAN (A-869)
JUDITH HOY (A-870)
PAULINE HULL (A-871)
MARY JANE HUNT (A-872)
BETSY ANN HUTCHINGS (A-873)
Pretl (See A-769, p. 19)

D. MD. (CONT.)
ELIZABETH M. HUTCHKO (A-874)
REBECCA JACKSON (A-875)
CAROL JOHNSON (A-876)
PATRICIA JOHNSON (A-877)
IRMA KAPLAN (A-878)
LISEBETH KEATING (A-879)
Pretl (See A-769, p.19)

ANITA KELLY (A-880)
Shoemaker (See A-559--D.D.C.,p.11)

KATHRYN KENNEY (A-881)
LINDA W. KNOWLES (A-882)
REBECCA KONTOULAS (A-883)
MARIE KOWALSKI (A-884)
Pretl (See A-769, p.19)

JANET KURTZ (A-885)
Shoemaker (See A-559--D.D.C.,p.11)

ELLEN LABORDE (A-886)
Pretl (See A-769, p. 19)

JOAN H. LABOW (A-887) N/A
Sybil Shainwald, Esq.
Fuchsberg & Fuchsberg
250 Broadway
New York, NY  10007

LOUISE M. LANDHAM (A-888) N/A
Pazer & Epstein
20 Vesey Street
New York, NY  10007

LEE ANN LANE (A-889)
Pretl (See A-769, p.19)

SHARON K. LANSDOWN (A-890) N/A
Mosman (See A-821, p.20)

LINDA M. LAUDER (A-891)
FRANKIE LAWRENCE (A-892)
VAL LAYCOCK-COWLES (A-893)
Pretl (See A-769, p. 19)

PATRICIA LEACH (A-894)
PAMELA A. LEE (A-895)
Shoemaker (See A-559--D.D.C.,p.11)

CORRECTED

-22-

### D. MD. (CONT.)

NORMA LEROUX (A-896)
EILEEN LINDBERG (A-897)
HAZEL LITTLEFIELD (A-898)
MAUREEN LOEFFLER (A-899)
Pretl (See A-769, p.19)

SUZANNE LUCIA (A-900)
Shoemaker (See A-559--D.D.C.,p.11)

CAROL L. LUXFORD (A-901)
CHRISTINE MACARI (A-902)
ARLENE MADILL (A-903)
FAITH MANIPOLE (A-904)
IRINA MARKOVA (A-905)
JEANETTE MARQUIS (A-906)
JANET MAWSLEY (A-907)
LINDA MAWHINNEY (A-908)
CAROLYN MAXTED (A-909)
KATHERINE MAYO (A-910)
Pretl (See A-769, p. 19)

GREER MENTEN (A-911)
Shoemaker (See A-559--D.D.C.,p.11)

ROBERTA D. MERSEREAU (A-912)
Pretl (See A-769, p.18)

BONNIE C. MEYERS (A-913) N/A
Thomas V. Moore, Esq.
5707 East-West Highway
Riverdale, MD 20737-2132

RUTH A. MICHALISZYN (A-914)
CHERYL W. MILEY (A-915)
GEORGIA C. MILLER (A-916)
SHARLENE MILLER (A-917)
SUSAN MILLER (A-918)
Pretl (See A-769, p. 19)

### D. MD. (CONT.)

MICHELLE MINNIS (A-919)
JULIE A. MORFORD (A-920)
EILEEN MORGAN (A-921)
ELAN S. MORRISON (A-922)
MARCIA MOULTON (A-924)
JOANN T. MYERS (A-925)
Pretl (See A-769, p. 19)

PATRICIA MCGONIGAL (A-926) N/A
Mininsohn (See A-551--D.D.C.,p.11)

SANDRA MCGRATH (A-927)
ROSELLA MCGUFFIN (A-928)
KATHLEEN MCLAUGHLIN A-929)
Pretl (See A-769, p. 19)

CAROL NACY (A-930)
Shoemaker (See A-559--D.D.C.,p.11)

DEBORAH NASON (A-931)
MARY ELLEN NICHOLAS (A-932)
MYRNA NOGRADY (A-933)
JUDY A. NUSS (A-934)
PHYLLIS OLIVER (A-935)
THERESA O'REILLY (A-936)
LAURANN PANDELAKIS (A-937)
WANDA PARSON (A-938)
JUDITH PEARSALL (A-939)
KATHRYN PENFIELD (A-940)
JOHANNA M. PETERSON (A-941)
KATHRYN PETERSON (A-942)
PHYLLIS J. PHILLIPS (A-943)
KATHY PHILPOTT (A-944)
ANN PINDAR (A-945)
LYNDON PLANTE (A-946)
ROSEMARY PLATT (A-947)
AUDREY L. POTTLE (A-948)
Pretl (See A-769, p.19)



-23-

| **D. MD. (CONT.)** | **D. MD. (CONT.)** |
|---|---|

SALLY POTTRATZ (A-949)
JACQUELINE O'SHEA (A-950)
NANCY RADIUS (A-951)
GAYLE ANNIS RAPHANEL (A-952)
PATRICIA REDMOND (A-953)
JUDY A. REED (A-954)
MAYLENE RICE (A-955)
BEULAH RIEK (A-956)
JANICE F. ROACH (A-957)
DIANE ROBINSON (A-958)
ROBERTA ROGERS (A-960)
DIANE W. ROSS (A-961)
ANN ROTHMYER (A-962)
NANCY ROXBERG (A-963)
ANGELA ROY (A-964)
JOAN E. RYAN (A-966)
PAULA SACCHINELLI (A-967)
LEAH BETH SATTO (A-968)
NORMA SCHAFER (A-969)
JANET SCHEBELLA (A-970)
ELIZABETH SCHWARTZ (A-971)
Pretl (See A-769, p. 19)

NATALIE SCHWARTZ (A-972)
Shoemaker (A-559--D.D.C.,p.11)

JEAN SCIGLIANO (A-973)
GERALDINE SCOTT (A-974)
Pretl (See A-769, p.19)

MARY E. SEE (A-975) N/A
Shainwald (See A-887, p.21)

EDNA SEEBODE (A-976)
SUSAN SHADBOURNE-VINTON (A-977)
Pretl (See A-769, p. 19)

MARILYN SHAPIRO (A-978)
Mason (See A-563--D.D.C.,p.12)

DAWN SHARP (A-979)
VICTORIA L. SHERIDAN (A-980)
LESLEY ANN SOUTHWELL (A-981)
Pretl (See A-769, p. 19)

JUDITH ST. JOHN (A-982)
Mason (See A-563--D.D.C.,p.12)

REBECCA STOCKWELL (A-983)
LAURA STONE-PIGOTT (A-984)
JANELLE STOOKEY (A-985)
JOYCE MARY STRONG (A-986)
JUSTINE SULLIVAN (A-987)
REGINA SULLIVAN (A-988)
REGINA G. SWEATT (A-990)
MILDRED SPAIN SWIFT (A-991)
LINDA S. TAYLOR (A-992)
SUSAN L. TAYLOR (A-993)
SHARON THATCHER (A-994)
KATHLEEN WELDON TOLL (A-995)
ADA JUNE TOLLIVER (A-996)
KATHRYN TREANOR (A-997)
NANCY TRUEWORTHY (A-998)
MAUREEN TRUITT (A-999)
TRAVIS VANCIL (A-1000)
KAREN VANDERKAMP (A-1001)
VALERIE A. VIENTE (A-1002)
PATRICIA VIGILANTE (A-1003)
DEBORAH WADE (A-1004)
GLORIA J. WAITS (A-1005)
DEANN WEILER (A-1006)
ELEANORE WELSH (A-1007)
VIRGINIA E. WELLS (A-1008)
SARAH L. WESSELS (A-1009)
KAREN I. WILDRICK (A-1010)
Pretl (See A-769, p.19)


CORRECTED

-24-

## D. MD. (CONT.)

CAROLYN A. WILLIAM (A-1011)
Pretl (See A-769, p. 19)

JUDITH WILLIS (A-1012)
Manchester (A-115--C.D.CAL.,p.6)

MARGARET E. WITCHER (A-1013)
BEVERLY WOOD (A-1014)
COLLETTE WOOD (A-1015)
Pretl (See A-769, p. 19)

JANE M. YORKE (A-1016)
Pretl (See A-769, p.18)

SHIRLEY YOUNGER (A-1017)
Shoemaker (See A-559--D.D.C..,p.12)

CAROL E. YOX (A-1018) N/A
ANNE MARIE ZOLEZER (A-1019) N/A
Rheingold (See A-827, p.20)

EDNA C. MEDINA (A-1020)
KAREN S. ZIER (A-1021)
LYNNE S. ONISIMCHUK (A-1022)
SUSAN HINMAN (A-1850*)
LESLIE HAINES, ET AL. (A-1851*)
SANDEY FITZGERALD, ET AL. (A-1852*)
MARGARET CONNER (A-1853*)
Pretl (See A-769, p. 19)

## D. MASSACHUSETTS

GLENDA O. ALLEN (A-1023)
John N. Lewis, Esq.
Ravech, Aronson & Shuman, P.C.
Two Center Plaza
Boston, MA   02108

CAROLYN ANDERSON (A-1024) N/A
Constance M. Sweeney, Esq.
Matroni, DiMauro, Sweeney & Fitzgerald
1350 Main Street
Springfield, MA 01103

ANNE L. AZARIAN (A-1025)
Robert J. O'Neill, Esq.
Mikels & O'Neill
121 Mount Vernon St.
Boston, MA   02108

NANCY BANTON (A-1027)
Rossman (See A-1026--D.KAN.,p.17)

## D. MASS. (CONT.)

DIAN BARRETT (A-1028)
Thomas E. Cargill, Jr., Esq.
Cargill, Masterman & Culbert
One Lewis Wharf
Boston, MA   02110

CAROL BREW (A-1030)
Rossman (See A-1026--D.KAN.,p.17)

HELEN C. BUSBY (A-1031)
William J. LeDoux, Esq.
Bowditch and Dewey
311 Main St., Ste. 200-300
Worcester, MA   01608

MARILYN AGNES CARTER (A-1032)
JILL CHARNEY (A-1033)
Rossman (See A-1026--D.KAN.,p.17)

SARAH CONNOLLY, ET AL. (A-1034)
Donald M. Lubin, Eq.
Lubin and Meyer
147 Tremont St.
Boston, MA   02111

PAMELA CRAIG (A-1035)
CATHERINE CURTIS (A-1036)
Rossman (See A-1026--D.KAN.,p.17)

LINDA DAGRADI (A-1037)
Sugarman (See 1057--D.KAN.,p.17

MARY ANN DALY (A-1038)
Lubin (See A-1034)

KATHLEEN DOYLE (A-1039)
John Silvia, Jr., Esq.
Long & Silvia
373 N. Main St.
Fall River, MA   02720

RITA DUNN (A-1040)
William C. Flanagan, Esq.
Egan, Flanagan & Egan, P.C.
69 Market St.
Springfield, MA   01103

ALICIA DUNTON, ET AL. (A-1041)
Lubin (See A-1034)

JOANN EDEN (A-1042)
Fredric A. Swartz, Esq.
Swartz and Swartz
10 Marshall St.
Boston, MA   02108



-25-

D. MASS. (CONT.)

ELLEN EISEN, ET AL. (A-1043)
Jonathan Shapiro, Esq.
Stern & Shapiro
80 Boylston St., Suite 910
Boston, MA  02116

DONA ROWE FELDBAUM, ET AL. (A-1044)
Lubin (See A-1034, p.24)

MARSHA FELDMAN (A-1045)
JUDITH A. FINKLE (A-1046) N/A
LINDA J. FINN (A-1047)
Rossman (See A-1026--D.KAN.,p.17)

BARBARA GILLMEISTER, ET AL. (A-1049)
Lubin (See A-1034, p.24)

SUSAN GINSBERG (A-1050)
Swartz (See A-1042, p.24)

CAROL GOODYEAR (A-1051)
Eric A. Nissen, Esq.
Nissen and Lumsden
One Court St., Suite 44
Boston, MA  02108

J. CARLA GRABIEC (A-1052)
Thomas F. McGuire, Esq.
Post Office Box 485
Amherst, MA  01004

JUDITH GROSSMAN (A-1053) N/A
Thomas B. Lesser, Esq.
Newman, Souweine & Nassar
39 Main Street
Northampton, MA  01060

ARLENE GUARNERA (A-1054)
Rossman (See A-1026--D.KAN.,p.17)

BRENDA J. HALLORAN (A-1055)
Swartz (See A-1042, p.24)

GAIL HICKMAN, ET AL. A-1056)
Lubin (See A-1034, p.24)

ROBERTA JANNINO (A-1058)
Rossman (See A-1026--D.KAN.,p.17)

CAROL KIPPENBERGER (A-1060)
JAN KIRPALANI (A-1061)
Nissen (See A-1051)

LINDA KNOWLES, ET AL. (A-1062)
Lubin (See A-1034)

D. MASS. (CONT.)

JOYCE A. KOSOFSKY (A-1064)
Rossman (See A-1026--D. KAN.,p.17)

JEANNE LAFFERTY (A-1065)
Lubin (See A-1034, p.24)

JANE HEALD LAVINE (A-1066) N/A
Meredith Peterson-Tufts, Esq.
David E. Kelley, Esq.
Fine and Ambrogne
133 Federal Street
Boston, MA  02110

CHARLENE LETOURNEAU (A-1067)
Robert E. Wainstein, Esq.
278 Main Street
Greenfield, MA  01301

LORRAINE MORARIAN (A-1069) N/A
Gabriel A. Namen, Esq.
311 Main St.
Worcester, MA  01608

AMY MARCUS (A-1070)
Peterson (See A-709--N.D.ILL.,p.15)

CATHERINE MCDEVITT (A-1072)
Swartz (See A-1042, p.24)

SANDI MICHELLE de OLIVEIRA
    MADEIROS, ET AL. (A-1073)
Manchester (See A-115--C.D.CAL.,p.6)

KATHLEEN MORAN (A-1074)
Peterson (See A-709--N.D.ILL.,p.15)

KAREN MORRISON (A-1075)
Rossman (See A-1026--D.KAN.,p.17)

BARBARA A. MURPHY (A-1076) N/A
Tanya K. Konjolka, Esq.
Murphy, Lamere & Murphy
South Shore Plaza
250 Granite Street
Braintree, MA  02184

ROSEMARY T. NAGLE (A-1077)
Jeffrey N. Moxon, Esq.
McGrath, Kane & Garrity
Four Longfellow Place
Boston, MA  02114

NAT'L WOMEN'S HEALTH NETWORK (A-1078)
Peterson (See A-709--N.D.ILL.,p.15)

ELLEN EMERSON NIGROSH (A-1079) N/A
Lesser (See A-1053)

-26-

**D. MASS. (CONT.)**

BARBARA O'BRIEN (A-1081) N/A
Iascone (See A-1037, p.24)

BONNIE FAMELY OLSZEWSKI (A-1082)
Lubin (See A-1034, p.24)

ANN E. O'REILLY (A-1083)
CHRISTINE PALAMIDESSI (A-1084)
Rossman (See A-1026--D.KAN.,p.17)

GEORGIA PATTERSON (A-1085)
Nissen (See A-1051, p.25)

JUDITH PITASI (A-1086) N/A
Louis N. Massery, Esq.
Burns and Levinson
50 Milk Street
Boston, MA 02109

PATRICIA PREW (A-1087) N/A
Dianne Hayes, Esq.
Hayes and Hayes
31 Newcomb Street
Quincy, MA 02169

MARY JANE QUINN (A-1088) N/A
Eric B. Gervais, Esq.
Brownell, Gliserman, Washburn,
Etheredge,
     Gervais & Kaplan
8 Crafts Avenue
Northampton, MA 01060

JANET REARDON, ET AL. (A-1089)
YVONNE RICHARDS (A-1090)
Lubin (See A-1034, p.24)

ROBERTA RIDDLE (A-1091)
Rossman (See A-1026--D.KAN.,p.17)

SERENA ROSADO (A-1093)
Nissen (See A-1051, p.25)

ELIZABETH ROSS (A-1094)
Shapiro (See A-1043, p.25)

MARGARET RYDING (A-1095)
Joan C. Schmidt, Esq.
Balliro, Mondano & Balliro
3 Arlington St.
Boston, MA 02116

LOIS SCHLEFFER, ET AL. (A-1096)
Lubin (See A-1034, p.24)

**D. MASS. (CONT.)**

CHERYL SCOTT (A-1097) N/A
William O'Grady, Esq.
Cohen, Rosenthal, Price, Mirkin,
     Jennings & Berg
101 State St., Suite 808
Springfield, MA 01103

CYNTHIA ANN SHARP (A-1098)
Lubin (See A-1034, p.24)

MARILYN SHERLOCK (A-1099)
Rossman (See A-1026--D.KAN.,p.17)

LESLIE SINGER (A-1100)
GERALDINE SNYDER (A-1101)
MAUREEN SULLIVAN (A-1102)
Lubin (See A-1034, p.24)

JOANNE SZAHUN, ETC. (A-1103) N/A
Konzolka (See A-1076, p.25)

ANNMARIE TSITSIPAS (A-1105)
Rossman (See A-1026--D.KAN.,p.17)

BARBARA WAXLER, ET AL. (A-1106)
SUSAN WILLIAMS (A-1107)
Lubin (See A-1034, p.24)

LYNN WILSON (A-1108)
Nissen (See A-1051, p.25)

VIRGINIA RUTH HART, ET AL. (A-1854*) N/A
Philip A. Mason, Esq.
Alan Garber, Esq.
Mason and Martin
Sears Crescent, Government Ctr.
Boston, MA 02108

**E.D. MICHIGAN**

JULIE ANN ABNER, ET AL. (A-1109)
JUDITH TUYNMAN, ET AL. (A-1110)
BARBARA SANCHEZ (A-1111)
WILMA MAE MURRAY, ET AL. (A-1112)
NEYSA KIROVUC, ET AL. (A-1113)
BEVERLY E. SMITH (A-1114)
PAULA FOY (A-1115)
PAULA COLBERT (A-1116)
ELAINE C. ANDERSON (A-1117)
CYNTHIA RUTH GILES (A-1118)
GLORIA JEAN CHANDLER (A-1119)
PATRICIA ELLEN DeFEYTER, ET AL. (A-1120)
KATHERINE ANN GUEST, ET AL. (A-1121)
D. Michael Dudley, Esq.
1111 Michigan Ave., Suite 300
Corporate Place
East Lansing, MI 48823

## E.D. MICH. (CONT.)

JOAN HAMILTON (A-1122)
GLORIA J. HOLOWKA, ET AL. (A-1123)
VERA ROSE KEYS (A-1124)
KIMBERLY HOPE LICAVOLI (A-1125)
ADRIANNE MORITZ (A-1126)
SHARON NEITLING, ET AL. (A-1127)
CHERYL REITZ, ET AL. (A-1128)
JUDITH SHEELER (A-1129)
Dudley (See A-1109, p. 26)

PATRICIA TERRY NOWICKI (A-1130)
Post (See A-4--N.D.ALA.,p.3)

GAYE SMITH (A-1131)
William C. Gage, Esq.
1818 Buhl Bldg.
Detroit, MI  48226

CARYL SCHEIN (A-1132)
Peterson (See A-709--N.D.ILL.,p.15)

ROCHELLE ROSS (A-1133) N/A
Thomas Bleakley, Esq.
Richard Dimanin, Esq.
Bleakley & Tyler, P.C.
1220 Ford Building
Detroit, MI  48226

KAREN NIES (A-1134)
Gary C. Berger, Esq.
333 West Fort St., Ste. 1400
Detroit, MI  48226

MARY NIEPORTE (A-1135)
Post (See A-4--N.D.ALA.,p.3)

CATHY C. LEWIS (A-1136)
Gage (See A-1131)

JOYCE A. KOEHLER (A-1137)
Thomas Patterson, Esq.
406 7th St., P.O. Box S
Bay City, MI  48707

JOYCE KAGE (A-1138)
Post (See A-4--N.D.ALA.,p.3)

KATHLEEN HARSCH (A-1139) N/A
Timothy Schnelle, Esq.
Schnelle, Wilson & Broberg, P.C.
65 Maple Street
Manistee, MI  49660

IRENE GUMBIS (A-1140) N/A
Bleakley (See A-1133)

## E.D. MICH. (CONT.)

SANDRA DUKE (A-1141)
Berger (See A-1134)

SHARON O. DAY (A-1142)
Gage (See A-1136)

MARY L. CRANNELL (A-1143) N/A
Paul Purcell, Esq.
Purcell, Tunison & Cline
5090 State St., P.O. 1925
Saginaw, MI  48605

JOHN BAISLEY, ETC. (A-1144) N/A
Ronald W. Szczesny, Esq.
Zeff and Zeff
607 Shelby Bldg., Ste. 300
Detroit MI 48226

MARSHA LEE BACZYNSKI (A-1145) N/A
Bleakley (See A-1140)

MARY CAROLYN WALKER (A-1146)
Gage (See A-1136)

TERRY LEE GAYDOSH (A-1147) N/A
Timothy P. Pickard, Esq.
526 North Main Street
Adrian, MI  49221

BARBARA CORRIGAN, ET AL. (A-1148)
J. Michael Schroer, Esq.
Malley & Schroer
Suite 500, Wolverine Tower
3001 South State Street
Ann Arbor, MI  48104

LOUIS J. CERVONE, ET AL. (A-1149)
James F. Graves, Esq.
Willingham, Cote', Hanslovsky,
   Griffith, Foresman, P.C.
1331 East Grand River Avenue
Post Office Box 1070
East Lansing, MI  48823

PATRICIA J. DAWSON (A-1150) N/A
Michael C. Delling, Esq.
720 Church Street
Flint, MI  48502

CAROLYN SCOTT (A-1151) N/A
Brian J. McKeen, Esq.
1220 Ford Building
Detroit, MI 48226

-28-

**E.D. MICH. (CONT.)**
LINDA LEE BIRDSALL (A-1152)
Alan F. Giles, Esq.
Woll, Crowley, Berman & Olsman, P.C.
1320 Travelers Tower
26555 Evergreen
Southfield, MI  48076

**W.D. MICHIGAN**
KAREN LEE BAATZ (A-1153)
JUDITH ANN BARRIX (A-1154)
CAROL BERN, ET AL. (A-1155)
Dudley (See A-1109)

SHARON BURKHOLDER (A-1156)
Post (See A-4--N.D.ALA.,p.3)

CHRISTINE O. CRINION (A-1157)
J. Clarke Nims, Esq.
Cholette, Perkins & Buchanan
600 Old Kent Bldg.
Grand Rapids, MI  49503

ARDITH DAFOE (A-1158)
ELLEN DRAL, ET AL. (A-1159)
Dudley (See A-1109, P.26)

PHILIP FLETCHER (A-1160) N/A
William Murphy, Esq.
Murphy, Burns, McInerney, P.C.
4000 Campau Square Bldg.
180 Monroe, N.W.
Grand Rapids, MI  49503

LOIS FLYNN (A-1161)
D. Richard Black, Jr., Esq.
David M. Hall, Esq.
Black, Hall, Nicewander & Kladder, P.C.
513 Baldwin
Jenison, MI  49428

CYNTHIA GUTHRIE (A-1162)
Dudley (See A-1109, p. 26)

MARIE KUCERA (A-1163)
SANDRA LARSEN (A-1164)
Post (See A-4--N.D.ALA.,p.3)

LYNN MEYERS (A-1165)
Hall (See A-1161)

SALLY ANNA OVERMYER (A-1166) N/A
Bleakley (See A-1140, p.27)

**W.D. MICH. (CONT.)**
VICKI LYNN PAQUETTE, ET AL. (A-1167)
Raoul D. Revord, Esq.
100 East Superior Street
Post Office Box 159
Munising, MI  49862

JOAN PITTS, ET AL. (A-1168)
KAREN PITTS (A-1169)
Dudley (See A-1109, p.26)

LAUREN PLYM (A-1170) N/A
Bleakley (See A-1133, p.27)

CAROLYN TERRY (A-1171)
Sharon Lutz, Esq.
Charfoos, Christensen, Gilbert & Archer
Penobscot Bldg., 40th Floor
Detroit, MI  48226

JUNE THOMAS, ET AL. (A-1172)
MARY THOMAS (A-1173)
CATHERINE ANN TIFT (A-1174)
Dudley (See A-1109, p.26)

GRETCHEN WILBUR (A-1175)
Post (See A-4--N.D.ALA.,p.3)

**D. MINNESOTA**
CAROL A. BUFTON (A-1176)
Randy G. Millard, Esq.
Robert L. Grossman & Assoc.
880 Lumber Exchange Bldg.
10 South Fifth St.
Minneapolis, MN 55402

CHARLOTTE POOL (A-1177) N/A
BRENDA PREWITT (A-1179) N/A
CONNIE WISMAN (A-1180) N/A
MARY FARIAS (A-1182) N/A
TERRY RAIMONDE (A-1183) N/A
ROXANNE WHITACRE (A-1185) N/A
DONNA NIX (A-1186) N/A
ELLEN ROTH, ETC. (A-1187) N/A
NANCY RODRIGUES (A-1188) N/A
FRAN T. HOWELL (A-1189) N/A
CATHERINE DEEM (A-1190) N/A
CAROLYN BOOTH (A-1191) N/A
SHANNON MCBRIDE (A-1192) N/A
PATRICIA SALOM (A-1193) N/A
IRENE MARTINEZ (A-1194) N/A
Bremseth (See A-46--N.D.CAL.,p.4)

## D. MINN. (CONT.)

JUDY LYNNE EIDE (A-1195)
Steven T. Rosso, Esq.
James M. Ebersold, Esq.
Neal A. Eisenbraun, Esq.
Rosso, Ebersold & Eisenbraun
250 Second Ave., S., Suite 217
Minneapolis, MN 55404

FLORENCE J. UHRMACHER (A-1196) N/A
Rodney P. Cathcart, Esq.
Erickson & Sederstrom, P.C.
Suite 400, Cornhusker Plaza
301 South 13th Street
Lincoln, NE 68508

DIANE BAXTER (A-1197) N/A
Robert J. Milavetz, Esq. *action*
Milavetz & Associates *dismissed*
3533 Vera Cruz Ave., N.
Crystal, MN 55422

SARAH MASTERS (A-1198) N/A
Gregory J. Semanko, Esq.
Norwest Midland Bldg., Ste. 644
Minneapolis, MN 55401-2387

PAMELA SCHMAHL (A-1207)
Patricia J. Hartmann, Esq.
1430 Conwed Tower
St. Paul, MN 55101

ANITA WALSH (A-1209)
Bremseth (See A-46→N.D.Cal.,p.4)

LORETTA PETRIE (A-1210) N/A
DOROTHY M. DENMAN (A-1214) N/A
J. Michael Rosso, Esq.
Charles H. Johnson, Esq.
Rosso, Johnson, Rosso & Ebersold
2599 Mississippi St.
New Brighton, MN 55112

LAUNIE PETERSON (A-1220) N/A
Harry Sieben, Jr., Esq.
Grose, Von Holtum, Sieben & Schmidt
900 Midwest Plaza East
8th and Marquette
Minneapolis, MN 55402

STOREY HOLLAND (A-1221)
Roger R. Rue, Jr., Esq.
2500 First Bank Place West
Minneapolis, MN 55402

## D. MINN. (CONT.)

JUDY LEMON (A-1222) N/A
Wilbur Fluegel, Esq.
Harry Sieben, Jr., Esq.
Grose, VonHoltum, Sieben & Schmidt Ltd.
900 Midwest Plaza E.
Eight and Marquette
Minneapolis, MN 55402

FRANCES E. SILVA (A-1226)
Rosso (See A-1195)

BARBARA JOHNSON (A-1233)
Robert M. Frisbee, Esq.
7250 France Avenue South
410 Edina Professional Bldg.
Edina, MN 55435

CLARE ANN KEITH (A-1235) N/A
Johnson (See A-1210)

CYNTHIA FISHER-ESSMAN (A-1238) N/A
David L. Valentini, Esq.
Burstein & Rothstein, P.A.
2000 Midwest Plaza W. Bldg.
801 Nicollet Mall
Minneapolis, MN 55402

DIANA LIND (A-1239)
Hartmann (See A-1207)

BARBARA J. BAKER (A-1243)
Post (See A-4—N.D.ALA.,p.3)

SANDRA HEWITT (A-1244) N/A
Joseph S. Friedberg, Esq.
Commerce at the Crossings
250 Second Ave., So., Ste. 205
Minneapolis, MN 55401

MARY OWENS (A-1245)
MARY COPPIN (A-1246)
Hartmann (See A-1207)

CYNTHIA CARR (A-1247) N/A
Robert Webster, Esq.
Jerry Korba, Esq.
Apache Medical Complex
4001 Stinson Blvd., Ste. 122
Minneapolis, MN 55421

RUTH JANET RICH (A-1250)
Michael J. Healey, Esq.
North Central Life Tower., Suite 2210
St. Paul, MN 55101

-30-

## D. MINN. (CONT.)

LINDA BOISE (A-1251) N/A
ANDGELIA WILSON (A-1252) N/A
SHIRLEY DUDLEY (A-1253) N/A
ANN KLUCHAR (A-1254) N/A
BONNIE KAY GLASSEL (A-1255) N/A
NANCY SHIELDS (A-1256) N/A
KATHERINE SUDELA (A-1257) N/A
BETTY TOPPING (A-1258) N/A
LOWETTA EDWARDS (A-1259) N/A
Bremseth (See A-46--N.D.Cal.,p.4)

DENISE REICHEL (A-1268) N/A
Ronald I. Meshbesher, Esq.
Meshbesher, Singer & Spence
1616 Park Ave.
Minneapolis, MN 55404

ANNETTE RICH (A-1269)
Hartmann (See A-1207, p.29)

MARCIA VARGAS (A-1270)
MARY JO BENNETT (A-1271)
ARDELLE MARGARET MUZIK (A-1272)
Ebersold (See A-1195, p.29)

### S.D. MISSISSIPPI

MELBA GRACE PARKER (A-1275)
Graham (See A-1273--D.KAN.,p.17)

BRENDA GRAYBEAL (A-1276) N/A
Robert G. Germany, Esq.
Post Office Box 22985
Jackson, MS 39205

### N.D. MISSISSIPPI

JANETTE M. DODSON (A-1274)
Katherine S. Ferguson, Esq.
Post Office Box 1111
Columbus, MS 39703-1111

### E.D. MISSOURI

MARY ELIZABETH ARNOLD, ET AL. (A-1277)
Paul C. Hetterman, Esq.
1015 Locust St., Suite 900
St. Louis, MO  63101

TERESA HODGES (A-1281)
Walter L. Floyd, Esq.
230 So. Bemiston
St. Louis, MO 63105

### W.D. MISSOURI

CHRISTINA KAY HORTON, ET AL. (A-1278)
Charles B. Cowherd, Esq.
10th Floor - Plaza Towers
Springfield, MO 65804

SHIRLEY JEAN KRAUTH (A-1279) N/A
David W. Russell, Esq.
1050 Home Savings Bldg.
1006 Grand Ave.
Kansas City, MO 64106

(See A-436, D.Co.,P.9)

NORMA J. SMITH (A-1280)
Ernest H. Fremont, Jr., Esq.
Popham, Conway, Sweeny,
    Fremont & Bundschu
1300 Commerce Trust Bldg.
922 Walnut St.
Kansas City, MO 64106

RAYMA HANCE (A-1868*) N/A
Semanko (See A-1198, p.29)

### D. MONTANA

CATHERINE MARY BARNES (A-1282)
King (See A-9--D.ALA.,p.3)

DIXIE HURNING (A-1283) N/A
C. W. Leaphart, Jr., Esq.
1 N. Last Chance Gulch
Helena, MT 59601

GLORIA F. JELLUN (A-1284)
DARLENE E. WOXEN (A-1285)
SHERRYLN LANG (A-1286)
JERILYN BIEBER (A-1287)
LEANN MURPHY (A-1288)
Hovland (See A-1846--D.HAW.,p.14)

CHERYL ABRAHAMSON (A-1289)
CAL JORGENSON (A-1290)
William A. Rossbach, Esq.
401 North Washington St.
Post Office Box 8988
Missoula, MT 59807-8988

MARGARET K. RODRIQUES (A-1291)
John S. Yoder, Esq.
Kelleher Law Office, P.C.
230 Grand Avenue
Billings, MT  59101

### D. NEBRASKA

COLLEEN GIVENS (A-1292)
Bremseth (See A-46--N.D.Cal.,p.4)

CORRECTED

D. NEB. (CONT.)
JOANN HOSCH (A-1293)
JOANN HOSCH (A-1294)
Post (See A-4--N.D.ALA.,p.3)

CONNIE MCCONKEY (A-1295)
Bremseth (A-46--N.D.CAL.,p.4)

D. NEVADA
MARGARET KELLY (A-1296) N/A
Eric Zubel, Esq.
Eric Zubel Chartered
101 Convention Center Dr.
Ste. 1100, Valley Bank Center
Las Vegas, NV 89108

VICKI BROWN (A-1297) N/A
Neil Galatz, Esq.
Galatz, Earl & Bigger
710 South Fourth St.
Las Vegas, NV 89101

CAROL BRANSTETTER (A-1298) N/A
Zubel (See A-1296)

D. NEW HAMPSHIRE
JANET GREGORY (A-1299)
Claudia C. Damon, Esq.
Sheehan, Phinney, Bass & Green
1000 Elm St.
Manchester, NH 03101

DOLORES E. DUEFIELD (A-1300)
Post (See A-4--N.D.ALA.,p.3)

SARAH E. HASKELL (A-1301)
PATRICIA F. JOHNSON (A-1302)
APRIL W. KORN (A-1303)
Joseph F. McDowell, III, Esq.
Craig, Wenners & McDowell, P.A.
84 Bay Street
Manchester, NH 03104

PATRICIA L. LARDEO (A-1304) N/A
John P. McGee, Esq.
Flynn and McGee
95 Court·Street
Portsmouth, NH 03801

BEVERLY MCCLURE A-1305
Peterson (See A-709--N.D.ILL.,p.15)

D. N.H. (CONT.)
GWEN MITCHELL (A-1306)
Robert C. Dewhirst, Esq.
Devine, Millimet, Stahl & Branch
1850 Elm St., P.O. Box 719
Manchester, NH 03105

CLAIRE NELSON (A-1307) N/A
McGee (See A-1304)

DONNA O'BERG (A-1308)
McDowell (See A-1301)

BRIANE M. PINKSON (A-1309) N/A
McGee (See A-1304)

ELAINE B. RUG (A-1310) N/A
Robert V. Costello, Esq.
Schneider Reilly, Zabin, Connolly
   & Costello, P.C.
1 Center Plaza
Boston, MA  02108

D. NEW JERSEY
TRACEY HURDEN (A-1311) N/A
Robert J. Kantor, Esq.
Kantor, Mandia & Schuster
409 Munroe Ave., Asbury Park
Newark, NJ  07712

DEBORAH BANKS (A-1312)
Richard I. Rosenberg, Esq.
One S. New York Avenue
Atlantic City, NJ 08401

ALTHEA APONTE (A-1313)
William E. Schkeeper, Esq.
Kronisch, Schkeeper & Miltz, P.C.
139 East McClellan Ave.
Livingston, NJ  07039

DORIS DUNHAM (A-1314) N/A
George T. Jurechy, Esq.
LaBue, Mandel & Farber
80 Main St.
W. Orange, NJ  07052

JANET GERARD (A-1315)
Schkeeper (See A-1313)

SUSAN ROULSTON (A-1316)
John E. Durst, Jr., Esq.
Queller, Fisher, Block & Wisotsky
110 Wall Street
New York, NY  10005

**D. N.J. (CONT.)**

EILEEN SWAN (A-1317)
MARILYN WEST (A-1318) N/A
JUDY WHITNEY (A-1319)
Schkeeper (See A-1313, p.31)

BARBARA WOLFE (A-1320)
Roger A. Lowenstein, Esq.
Lowenstein, Sandler, Brochin,
Kohl, Fisher, Boylan & Meanor
65 Livingston Avenue
Roseland, NJ  07068

PAMELA GETSON (A-1321)
Mark S. Levy, Esq.
Krimsky, Levy, Angstreich & Finney
Executive Mews, Ste. I-46
1930 Route 70 East
Cherry Hill, NJ 08003

**D. NEW MEXICO**

YVONNE MOORE (A-1322)
William E. Snead, Esq.
Ortega & Snead, P.A.
Post Office Box 2226
Albuquerque, NM  87103

DONNA BEH (A-1323) N/A
Narciso Garcia, Esq.
Toulouse, Toulouse & Garcia, P.A.
2403 San Mateo, NE Suite 9 West
Albuquerque, NM  87110

VICTORIA J. WHITE (A-1324)
Snead (See A-1322)

**N.D. NEW YORK**

CAROLYN LARSON (A-1325)
Matthew E. Moloshok, Esq.
Helm, Shapiro, Anito & Aldrich, P.C.
111 Washington Avenue
Albany, NY  12210

SUSAN GIFFEN (A-1331)
L. Richard Stumbar, Esq.
Bixler & Stumbar
207 E. Court St.
Ithaca, NY  14850

**N.D. N.Y. (CONT.)**

MARY LUCIANO (A-1337)
GLORIA L. KEYES (A-1338)
BONITA J. LAUDER (A-1339)
SUSAN E. MOORE (A-1340)
CAMILLE A. SCHNER (A-1341)
JOYCE C. BRACHT (A-1342)
ANGELICA DORR (A-1343)
PEGGY PERRY (A-1344)
MAXINE BAILEY (A-1345)
Peter L. Danziger, Esq.
O'Connell & Aronowitz, P.C.
100 State St.
Albany, NY 12207

EDITH KRISTELLER (A-1346)
Stumbar (See A-1331)

JANET R. ADAMS (A-1347)
MARY PAYACK (A-1348)
Ronald H. Sinzheimer, Esq.
23 Elk Street
Albany, NY  12207

**W.D. NEW YORK**

MARCIA GLENWRIGHT (A-1326)
Peterson (See A-709--N.D.ILL.,p.15)

NANCY DICKENS (A-1327) N/A
James B. Tuttle, Esq.
Harvey, Harvey, Mumford & Kingsley
29 Elk St.
Albany, NY  12207

**E.D. NEW YORK**

EILEEN SCHNOCK (A-1328) N/A
Hesper A. Jackson, Esq.
860 Fulton St.
Brooklyn, NY 11238

MARLENA GROSS (A-1334)
Danziger (See A-1337)

**S.D. NEW YORK**

CATHERINE D. STARR (A-1329)
Danziger (See A-1337)

SUSAN VITUCCI (A-1330) N/A
Henry R. Simon, Esq.
919 Third Ave.
New York, NY  10022

GRETTA BAILEY (A-1333)
Renaye Cuyler, Esq.
Katz, Katz & Brand
130 William St.
New York, NY  10038



## S.D. N.Y. (CONT.)

ELLEN P. SURLAK (A-1336) N/A
Manchester (See A-115--C.D.CAL.,p.6)


## W.D. NORTH CAROLINA

JUANITA PORTER (A-1353)
Don H. Bumgardner, Esq.
Harris, Bumgardner & Carpenter
Post Office Box 249
Gastonia, NC 28053-0249


## D. NORTH DAKOTA

JERRY FRANCIS GRIMM (A-1354)
PAMELA THOMPSON (A-1355)
ELIZABETH MERRILL (A-1356)
King (See A-9--N.D.ALA.,p.3)


## S.D. OHIO

RUTH E. MILLER, ET AL. (A-1357) N/A
LINDA SUE LIGHTCAP (A-1358) N/A
NIKKI A. WOODGERD, ET AL. (A-1359) N/A
MINDY SUE THORPE, ET AL. (A-1361) N/A
IONA STAPLES, ET AL. (A-1362) N/A
YVONNE D. SPRINGER (A-1363) N/A
CAROL A. NOBLE (A-1364) N/A
PAMELA B. CHEEK (A-1365) N/A
DELORES COLLINS, ET AL. (A-1366) N/A
KATHLEEN A. WIRES (A-1367) N/A
MELINDA SUE HARTMAN (A-1368) N/A
ELAINE MOUTZ OWEN (A-1369) N/A
PATRICIA CUPP, ET AL. (A-1370) N/A
DEBORAH KAY MENTZ, ET AL. (A-1371) N/A
MARCIA ROCOVITZ, ET AL. (A-1372) N/A
CAROLYN J. GRABER, ET AL. (A-1373) N/A
JEAN CLARK (A-1374) N/A
JACQUELINE A. MURRAY (A-1375) N/A
ESTELLA SHEPPARD, ET AL. (A-1376) N/A
BETTY CLAPPER, ET AL. (A-1377) N/A
VICKI LYNN HOOVER, ET AL. (A-1378) N/A
LINDA EM WARNKE FORD (A-1379) N/A
PAMELA LINZ LANG, ET AL. (A-1380) N/A
JUANITA VIRGINIA JOHNSON (A-1381) N/A
SANDRA LEE BEATTY, ET AL. (A-1382) N/A
CATHIE LAUGHMAN, ET AL. (A-1383) N/A
DARLENE ROY, ET AL. (A-1384) N/A
CYNTHIA LEE BURRIS, ET AL. (A-1385) N/A
FRAYDA KADIS, ET AL. (A-1386) N/A
JERALENE JACKSON (A-1387) N/A
ANNA M. HOCKWORTH (A-1388) N/A
JUDY N. BROWNER (A-1389) N/A
LESLIE MARIE SMITH, ET AL. (A-1390) N/A
DARLENE SNAVELY, ET AL. (A-1391) N/A
Philip Q. Zauderer, Esq.
52 W. Whittier St.
Columbus, OH 43206

## S.D. OHIO (CONT.)

NINA WADE TOWNER, ET AL. (A-1392) N/A
MELANIE WILSHIRE, ET AL. (A-1393) N/A
PETRA R. DONOFRIO, ET AL. (A-1394) N/A
LOIS & JAMES CARTER (A-1395) N/A
Zauderer (See A-1357)


MOLLIE A. DINERMAN (A-1396)
Rheingold (A-827--D.MD.,p.20)


DONNA R. LUTZ, ET AL. (A-1415) N/A
AMY ULLMAN (A-1416) N/A
SANDRA NAZODIAN (A-1417) N/A
DEBRA MARIE SLADE (A-1418) N/A
PAMLEA ANNE RUFFIN, ET AL. (A-1419) N/A
HAZEL O. ASKEW (A-1420) N/A
DONNA M. OBADINA (A-1421) N/A
RAE REYNOLDS (A-1422) N/A
BARBARA STRUM HOLT, ET AL. (A-1423) N/A
ROBERTA M. WESLEY (A-1424) N/A
REBECCA USKILOSKI (A-1425) N/A
MYRA F. YAVITCH, ET AL. (A-1869*) N/A
SHIRLEY MILLER (A-1870*) N/A
PATRICIA ANDERSON, ET AL. (A-1871*) N/A
JANET CRAIG (A-1872*) N/A
Zauderer (See A-1357)


PEGGY LEE SAULINE, ET AL. (A-1873*) N/A
Eugene L. Matan, Esq.
261 South Front St.
Columbus, OH 43215


GEORGIA SMITH NOBLE (A-1874*) N/A
Zauderer (See A-1357)


LOIS ROSE ALLENIUS (A-1875*) N/A
Dana A. Deshler, Jr., Esq.
536 South High St.
Columbus, OH 43215


DONNA ABRAM, ET AL. (A-1876*) N/A
BOBBIE D. TONER, ET AL. (A-1877*) N/A
MARY ANN WELLS, ET AL. (A-1878*) N/A
SHARON BERRY, ET AL. (A-1879*) N/A
BETTY A. ROCK, ET AL. (A-1880*) N/A
CHARLENE PAXTON, ET AL. (A-1881*) N/A
GAIL LEWIS, ET AL. (A-1882*) N/A
SHARON J. REDMAN, ET AL. (A-1883*) N/A
CHERYL RIESER, ET AL. (A-1884*) N/A
LINDA A. WESTERICK, ET AL. (A-1885*) N/A
KATHERYN L. WELCH, ET AL. (A-1886*) N/A
LAURA H. TANYHILL, ET AL. (A-1887*) N/A
JEANNIE L. DIXON, ET AL. (A-1888*) N/A
Zauderer (See A-1357)

-34-

**N.D. OHIO**

MARGARET ADAMS (A-1398)
James F. Szaller, Esq.
Brown & Szaller Co., L.P.A.
1148 Euclid Ave., Suite 312
Cleveland, OH  44115

PATRICIA BOUTWELL, ET-AL. (A-1399) N/A
Zauderer (See A-1357--S.D.OHIO,p.33)

DONNA BOWERS, ET AL. (A-1400)
Szaller (See A-1398)

GEORGIA DOUGHERTY (A-1401)
Jeffrey M. Embleton, Esq.
Mansour, Gavin, Gerlack & Manos
2150 Illuminating Bldg.
Cleveland, Ohio 44115

KAREN ANN GORTNEY, ET AL. (A-1402)
Szaller (See A-1398)

MARY S. LEDERMAN (A-1403)
Charles M. Delbaum, Esq.
Stege, Delbaum & Hickman Co., L.P.A.
1800 Standard Bldg.
Cleveland, OH  44113

JUNE M. MACEK (A-1404)
William C. Hofstetter, Esq.
114 East Park Street
Chardon, OH 44024

DARLENE MARTE (A-1405)
Charles G. Deeb, Esq.
Davies, Rosplock, Coulson, Perez, Deeb &
   Harrell
Interstate Square Bldg. I, Suite 240
4230 State Route 306
Willoughby, OH 44094

PAULA MEEKS, ET AL. (A-1406)
MADELEINE T. MORRIS, ET AL. (A-1407)
GRACE L. OLDCORN (A-1408)
SUSAN PERTEE, ET AL. (A-1409)
BARBARA S. PHILLIPS (A-1410)
DARLENE K. SAINE, ET AL. (A-1411)
DEBORAH SHAW (A-1412)
Szaller (See A-1398)

SANDRA SMART (A-1413)
Timothy A. Shimko, Esq.
Spangenberg, Shibley, Traci & Lancione
1500 National City Bank Bldg.
Cleveland, Ohio 44114

OUIDA MAE DAVIS (A-1414) N/A
Zauderer (See A-1357--S.D.OHIO,p.33)

**W.D. OKLAHOMA**

PATTI JOBE (A-1426)
Howard K. Berry, III, Esq.
Berry & Berry, P.C.
1923 Classen Blvd.
Oklahoma City, OK 73106

LINDA DAVIS (A-1427) N/A
Reggie N. Whitten, Esq.
Mills, Whitten, Mills & Mills
2 Leadership Sq., Suite 810
122 North Robinson
Oklahoma City, OK  73102

**E.D. PENNSYLVANIA**

RENEE PRIEST (A-1428)
NANCY ZELNICK (A-1429)
Eriksen (See A-583--D.D.C.,p.12)

**W.D. PENNSYLVANIA**

ROSE MARIE DEKONING (A-1431) N/A
Larry D. Lashinsky, Esq.
Rea & Rea
41 Allegheny St.
Holidaysburg, PA 16648

SONIA ESTERLY (A-1432) N/A
CAROL V. KINGSTON (A-1433) N/A
LINDA A. PALMIERO (A-1434) N/A
CHERYL SONZALA (A-1435) N/A
Conner (See A-1863--D.KAN.,p.17)

**D. SOUTH CAROLINA**

SUZANNE HUTSON YOUNG (A-1436)
F. Barron Grier, III, Esq.
Richardson, Plowden, Grier & Howser
1340 Pickens St.
Post Office Drawer 7788
Columbia, SC  29202

RUTH R. CUSTER (A-1437)
Barney O. Smith, Jr., Esq.
Lathan, Smith & Barbare, P.A.
850 Wade Hampton Blvd.
Greenville, SC 29609

KAREN L. MCDONALD (A-1889*) N/A
David C. Norton, Esq.
Post Office Box 1090
Charleston, SC 29402

**D. SOUTH DAKOTA**

ELYSE JENSEN (A-1439)
JANET RAU (A-1440)
King (See A-9--D.ALASKA,p.3)

#### D. S.D. (CONT.)
GLORIA JEAN KIEFFER (A-1441)
Raymond R. DeGeest, Esq.
Walker & DeGeest
615 Kansas City St.
Rapid City, SD 57709-2977

#### E.D. TENNESSEE
VICTORIA L. MCCORD (A-1443)
Matthew (See A-625--S.D.FLA.,p.12)

#### M.D. TENNESSEE
JEANETTA BOWMAN, ET AL. (A-1444) N/A
Larry L. Crain, Esq.
Howard F. Butler, Esq.
Butler, Lackey, Holt & Snedeker
First American Ctr., 12th Floor
Nashville, TN 37238

LINDA K. BOLDEN (A-1445)
Manchester (See A-115--C.D.CAL.,p.6)

#### W.D. TEXAS
ANNE BECK (A-1446)
Richard Warren Mithoff, Esq.
3450 One Allen Center
Houston, TX 77002

GERALDINE BISCHOFF (A-1447)
Bob Richardson, Esq.
111 W. Anderson Lane, #100
Austin, TX  78752

LOVIE LAVERN ROBINSON (A-1891*) N/A
James A. Hall, Esq.
Branton, Warncke, Hall & Gonzales
255 San Antonio Bank & Trust Bldg.
San Antonio, TX 78205

#### S.D. TEXAS
BERNADETTE GRAUER (A-1448) N/A
Gerald S. Keating, Esq.
Freeman, Gill, Keating & Ebersold
500 Minnesota Federal Bldg.
607 Marquette Ave.
Minneapolis, MN  55402

PATRICIA JORDAN, ET AL. (A-1450)
Bremseth (See A-46--N.D.CAL.,p.4)

SHERRY MANN (A-1451) N/A
Craig D. Ball, Esq.
800 Commerce St.
Houston, TX  77002

#### S.D. TEXAS (CONT.)
BARBARA WOLF, ET AL. (A-1452)
Mithoff (See A-1446)

HERLINDA GONZALES (A-1464) N/A
Neil W. Hirschfeld, Esq.
525 Webster
Houston, TX 77002

#### E.D. TEXAS
NORMAN HENRY (A-1449)
John Hannah, Esq.
Hannah & Guthrie
423 South Chilton
Tyler, TX 75702

MARY L. NEILL (A-1454) N/A
Mike C. Miller, Esq.
Post Office Drawer 1249
Marshall, TX  75670

PETER RYAN (A-1459) N/A
Jack Dies, Esq.
Dies Law Bldg.
114 W. Shepherd
Lufkin, TX  75901

#### N.D. TEXAS
JACKIE ARMSTRONG-DAY (A-1455) N/A
Frank E. Jewel, Esq.
~~304 Adolphus Tower~~ 6905 Hillcrest, Suite 205
Dallas, TX 75205

KAY BROOKS (A-1457)
Manchester (See A-115--C.D.CAL.,p.6)

KATHY DOWNS (A-1458) N/A
Robert H. Osburn, Esq.
Blassingame & Osburn
One Griffen Place
500 N. Griffin at Ross
Dallas, TX  75202

CAROL HENDERSON (A-1460) N/A
Richard R. Wilfog, Esq.
Hinkle, Cox, Eaton, Coffield & Hensle
1700 Texas American Bank Bldg.
Post Office Box 12118
Amarillo, TX  79101

TOPPY KAY CANTRELL (A-1461)
Burt Berry, Esq.
2510 MBank Building
Dallas, TX  75201-5099

### N.D. TEXAS (CONT.)
JANET EILEEN TAYLOR-WYMAN (A-1462)
Frank Andrews, Esq
Post Office Box 7569
Dallas, TX  75209

LUCRETIA GAYLE WRIGHT (A-1463)
Lewis R. Sifford, Esq.
Anderson, Miller & Sifford
2300 Diamond Shamrock Tower
Dallas, TX  75201

CONNIE VEE BRAY (A-1890*) N/A
David Westfall, Esq.
~~1724 Southland Center~~ 714 *Jackson St.*
Dallas, TX 75201 *601 Renaissance St.*

### D. UTAH
SHARON THOMPSON (A-1466) N/A
Kathryn Collard, Esq.
Collard, Pixton, Iwasaki & Downes
417 Church St.
Salt Lake City, UT  84111

KATHY KRAMMER (A-1467) N/A
Stanley Ballif, Esq.
Phillip Judd, Esq.
United Savings Plaza
4185 Harrison Blvd., #300
Ogden, UT  84403

ROMA WILCOCK (A-1469) N/A
Collard (See A-1466)

SALLY McWAIN (A-1470)
Colin P. King, Esq.
Giauque & Williams
500 Kearns Bldg.
136 South Main St.
Salt Lake City, UT  84101

KATHLEEN PANUSH (A-1471) N/A
Collard (See A-1466)

### D. VERMONT
CAROL LOUISE BARR (A-1472) N/A
William M. Dorsch, Esq.
Dorsch and Hertz
14 Elliott St.
Brattleboro, VT  05301

### E.D. VIRGINIA
VICKI TIPPETS (A-1178) N/A
SONJA WILKINS (A-1181) N/A
CAROLYN BUSTAMANTE (A-1184) N/A
Bremseth (See A-46--N.D.CAL.,p.4)

### E.D. VA. (CONT.)
TAMARA PREHM (A-1199) N/A
MICHELE LORENZ (A-1200) N/A
SHARLENE YOUNG (A-1202) N/A
ANN FRANKHAUSER (A-1203) N/A
PATRICIA TACKABERRY (A-1204) N/A
Johnson (See A-1210--D.MN.,p.29)

PATRICIA BONN (A-1206) N/A
Bremseth (See A-46--N.D.Cal.,p.4)

JOYCE BEAMAN (A-1213) N/A
Johnson (See A-1210--D.MN.,p.29)

CONSTANCE HANSEN (A-1216) N/A
Meshbesher (See A-1268--D.MN.,p.30)

DIANA STAFFEN (A-1223) N/A
Friedberg (See A-1244--D.MN.,p.29)

CATHERINE REIMERS (A-1227)
LINDA BARTLETT (A-1229) N/A
JULIA PARK (A-1231) N/A
JUDY STALEY (A-1232) N/A
LAUREL JUHL (A-1236) N/A
Johnson (See A-1210--D.MN.,p.29)

MARY LEISTIKOW (A-1241) N/A
JOY GLOBSTAD (A-1242) N/A
Meshbesher (See A-1268--D.MN.,p.30)

CHRISTINE HART (A-1249) N/A
NANCY POLACEK (A-1260) N/A
CYNTHIA MILLAN (A-1261) N/A
CAROL MAHLUM (A-1262) N/A
Bremseth (See A-46--N.D.CAL.,p.4)

LINDA ROSS (A-1263) N/A
KATHY DRALLE (A-1265) N/A
KATHRYN KRUGER (A-1266) N/A
SHARON BELK-KREBS (A-1267) N/A
Meshbesher (A-1268--D.MN.,p.30)

WENDY BOSCHER (A-1438) N/A
~~Richard D. Casey, Esq.~~ *Roooo (Sec 1195-*
~~108 N. Eagan, Box 45~~ *D.MN, P.29)*
~~Madison, SD 57042~~

BARBARA J. LOTT (A-1473)
Clement Theodore Cooper, Esq.
918 F. St., N.W. (300-302)
Wash., D.C.  20004



E.D. VA. (CONT.)

SANDRA GAIL ADMIRAL (A-1474) N/A
Friedberg (See A-1244--D.MN.,P.29)

SHERRY ADOLPHI (A-1475)
JEAN ALLEN (A-1476)
SHERRY ALLUM (A-1477)
JANICE ANDERSON (A-1478)
LOUISE ANDERSON (A-1480)
Bremseth (See A-46--N.D.Cal.,p.4)

GAYE LEVY AYON (A-1481) N/A
Friedberg (See A-1244--D.MN.,P.29)

ANN BAGGETT (A-1482)
Bremseth (See A-46--N.D.Cal.,p.4)

LINDA BARTON (A-1484) N/A
Rosso (See A-1210--D.MN.,P.29)

KAREN BEACHER (A-1486)
Post (See A-4--N.D.ALA.,p.3)

CAROL BEARCE (A-1488)
King (See A-9--D.ALASKA,p.3)

KAY B. BEASLEY (A-1489) N/A
Morry N. Rothstein, Esq.
David L. Valentini, Esq.
Burstein & Rothstein
2000 Midwest Plaza Bldg.
801 Nicollet Mall
Minneapolis, MN  55402

CHARLENA BECERRA (A-1490) N/A
Friedberg (See A-1244--D.MN.,p.29)

SALLY BECKER (A-1491)
SUSAN BENNERSTROM (A-1492)
Bremseth (See A-46--N.D.CAL.,p.4)

CLARE C. BLANK (A-1493) N/A
Murray J. Janus, Esq.
Stephen W. Bricker, Esq.
Bremner, Baber & Janus
Franklin Bldg., Suite 1500
Post Office Box 826
Richmond, VA 23207

VICKI JEAN BOEHLKE (A-1494) N/A
Meshbesher (See A-1268--D.MN.,p.30)

NAN BOYLES (A-1495)
Bremseth (See A-46--N.D.Cal.,p.4)

CORRECTED

E.D. VA. (CONT.)

SUSAN BRANNAN (A-1496) N/A
GLENDA BRELAND (A-1497) N/A
Friedberg (See A-1244--D.MN.,p.29)

SHARON BROOKS (A-1498)
King (See A-9--D.ALASKA,p.3)

BONNIE L. BUTTERWORTH (A-1499) N/A
Thomson (See A-436--D.COLO.,p.9)

ROSEMARY CARLSON (A-1502) N/A
Janus (See A-1493)

SUSAN CARPENTER (A-1503) N/A
Friedberg (See A-1244--D.MN.,p.29)

MARJORIE LOUISE COLLIGAN (A-1504) N/A
Thomson (See A-436--D.COLO.,p.9)

VICKI COOK (A-1505)
Bremseth (See A-46--N.D.CAL.,p.4)

CLAIRE M. COOKSEY (A-1506) N/A
Johnson (See A-1210--D.MN.,p.29)

MYRA COOLEY (A-1507)
Bremseth (See A-46--N.D.CAL.,p.4)

ROSE MARIE CORNING (A-1508)
Hovland (See A-1283--D.HAWAII.,p.14)

BEVERLY SUE CRAWFORD (A-1509) N/A
Bremseth (See A-46--N.D.CAL.,p.4)

MARY CORGHAN (A-1511)
LINDA DAVEY (A-1512)
CAROL DAVIS (A-1513)
Bremseth (See A-46--N.D.CAL.,p.4)

OLIVIA JOAN DAVIS (A-1514) N/A
Johnson (See A-1210--D.MN.,p.29)

JUDY DEPTULA (A-1515) N/A
JUDY DEPTULA (A-1516) N/A
LYNDA P. DILL (A-1517) N/A
Friedberg (See A-1244--D.MN.,p.29)

MOLLIE DOCTROW (A-1518)
Bremseth (See A-46--N.D.CAL.,p.4)

PENNY DUMAS (A-1519)
King (See A-9--D.ALASKA.,p.3)

KAY ELLIS (A-1520) N/A
Janus (See A-1493)

E.D. VA. (CONT.)

ANGELINE DAVIS EPPS (A-1521) N/A
Friedberg (See A-1244--D.MN.,p.29)

RUTH ANN FLORES (A-1523) N/A
Rothstein (See A-1489, p.37)

RITA FOLTMAN (A-1524)
King (See A-9--D.ALASKA, p.3)

LESLIE FOX (A-1525)
Bremseth (See A-46--N.D.CAL.,p.4)

PAMELA JANE FRIES (A-1526) N/A
Friedberg (See A-1244--D.MN.,p.29)

BARBARA GAMBLE (A-1527)
Bremseth (See A-46--N.D.CAL.,p.4)

MARILY GELLER (A-1528) N/A
Janus (See A-1493, p.37)

LOUISE GOODWIN (A-1529)
Bremseth (See A-46--N.D.CAL.,p.4)

JUDY GRAHL (A-1530)
Hovland (See A-1846--D.HAWAII.,p.14)

JANIS GUEVARA, ET UX (A-1533)
King (See A-9--D.ALASKA.,p.3)

JERI GUTHRIE (A-1534)
Bremseth (See A-46--N.D.Cal.,p.4)

MARGARET AVON HAIL (A-1535) N/A
Rothstein (See A-1489, p.37)

DONNA HANSON (A-1536) N/A
DIANE J. HARVEY (A-1537) N/A
Friedberg (See A-1244--D.MN.,p.29)

WANDA HILL (A-1539)
DONNA HODGSON (A-1540) N/A
Bremseth (See A-46--N.D.Cal.,p.4)

KATHLEEN HOLLENBECK (A-1542)
Hovland (See A-1846--D.HAWAII.,p.14)

KATHERINE HOLMES (A-1543) N/A
Janus (See A-1493, p.37)
Thomson 436, D COLO, p.9

DARLENE LYNN HUGHES (A-1544) N/A
Friedberg (See A-1244--D.MN.,p.29)

E.D. VA. (CONT.)

ROBERTA HUSWICK (A-1545)
Bremseth (See A-46--N.D.Cal.,p.4)

MICHELE HYATT (A-1546) N/A
JUDITH ANN INGALLS (A-1547) N/A
Thomson (See A-436--D.COLO.,p.9)

SUSAN JENSEN (A-1548)
Bremseth (See A-46--N.D.Cal.,p.4)

JUDY C. JONES (A-1549) N/A
Rothstein (See A-1489, p.37)

SHIRLEY KURZ JONES (A-1550) N/A
Thomson (See A-436--D.COLO.,p.9)

OVIDIA KALLETTA (A-1551)
JOAN KNAPP (A-1553)
BARBARA KNIPP (A-1554)
Bremseth (See A-46--N.D.Cal.,p.4)

BEVERLY LAPIERRE (A-1555)
Bricker (See A-1493, p.37)

CHERYL LATHAN (A-1556)
Hovland (See A-1846--D.HAWAII.,p.14)

KATHY LATOURNETTE (A-1557)
GERALDINE LAWHON (A-1558)
ELOISE LEVIE (A-1560)
Bremseth (See A-46--N.D.CAL.,p.4)

LINDA H. LINDSEY (A-1561) N/A
Friedberg (See A-1244--D.MN.,p.29)

JUDY LOCATI (A-1562)
Bricker (See A-1493, p.37)

NORA MANNING (A-1565)
Bremseth (See A-46--N.D.CAL.,p.4)

JANET HANSEN MARDIS (A-1566) N/A
Rothstein (See A-1489, p.37)

CAROLIE MARTIN (A-1567)
Bremseth (See A-46--N.D.CAL.,p.4)

JANENE MARTIN (A-1568)
Hovland (See A-1846--D.HAWAII.,p.14)

JANET ANN MASON (A-1569) N/A
Bremseth (See A-46--N.D.CAL.,p.4)

-39-

**E.D. VA. (CONT.)**

BETTY MAYES (A-1571)
LORI LEE MCCORMOLLY (A-1572) N/A
Bremseth (See A-46--N.D.CAL.,p.4)


JEAN R. MCCOWN (A-1573)
King (See A-9--D.ALASKA.,p.3)


FRANKIE MCFERON (A-1574)
Bremseth (See A-46--N.D.CAL.,p.4)


JANET M. MCNEIL (A-1575) N/A
Roger A. Moddes, Esq.
Baumgartner & Moddes
5712 - 6th Avenue
Kenosha, WI 53140


MARY MERRILL (A-1576)
Hovland (See A-1846--D.HAWAII.,p.14)


NANCY MILLET (A-1577)
KAYE MOORE (A-1578)
Bremseth (See A-46--N.D.CAL.,p.4)


PAMELA MORRIS-WILLIAMS (A-1579) N/A
Janus (See A-1493, p.37)


KATHERINE MUIRHEAD (A-1580)
King (See A-9--D.ALASKA.,p.3)


SUE WOODALL MURDOCK (A-1581) N/A
Friedberg (See A-1244--D.MN.,p.29)

NANCY W. NEWELL (A-1582) ~~N/A~~
Thomson (See A-436--D.COLO.,p.9)


DELYNN NIEBUHR (A-1583)
Bricker (See A-1493, p.37)


RENEE OPPENHEIM (A-1584)
CARLEEN PARKER (A-1585)
CLARE PATONO (A-1586)
GLENDA PEEL (A-1588)
Bremseth (See A-46--N.D.CAL.,p.4)


DENISE A. PIERSANTE (A-1590) N/A
Johnson (See A-1210--D.MN.,p.29)


MARY PORTER-JEFFRIES (A-1592) N/A
Friedberg (See A-1244--D.MN.,p.29)


JACQUELINE POTTER (A-1593) N/A
MARCELEEN PRATT (A-1594)
Bremseth (See A-46--N.D.CAL.,p.4)


**E.D. VA. (CONT.)**

RYCHELE LADENE REPPERT (A-1596) ~~N/A~~
~~Janus (See A-1493, p.37)~~
*Thomson (See A-436--D.COLO.,p.9)*


FLORENCE RHOADES (A-1597) N/A
Rosso (See A-1210--D.MN.,p.29)


SUSAN RICHARD (A-1598)
KARYL RICHTER (A-1599)
ELLEN RIEDERER (A-1600)
Hovland (See A-1846--D.HAWAII.,p.14)


KARIN ROBERTS (A-1601) N/A
Bremseth (See A-46--N.D.CAL.,p.4)


CYNTHIA SUE BROWN ROBISON (A-1602)
King (See A-9--D.ALASKA.,p.3)


IRIS RUTLEDGE (A-1604)
Bremseth (See A-46--N.D.CAL.,p.4)


ELENA E. SANCHEZ, ET AL. (A-1606) N/A
Friedberg (See A-1244--D.MN.,p.29)


BONITA SANNE (A-1607)
Bremseth (See A-46--N.D.CAL.,p.4)


SUSAN SCHAFER (A-1608) N/A
MANUELA SCHELCH (A-1609) N/A
Meshbesher (See A-1268--D.MN.,p.30)


GINGER SHIRLEY (A-1611)
PAMELA SKILES (A-1612)
Bremseth (See A-46--N.D.CAL.,p.4)

CHRISTINE PITTS SLATER (A-1613) ~~N/A~~
Thomson (See A-436--D.COLO.,p.9)


EDWARD SMITH (A-1614) N/A
Rosso (See A-1210--D.MN.,p.29)


CONSTANCE STEMPHOSKI (A-1618)
Bremseth (See A-46--N.D.CAL.,p.4)

JOAN SUSAN STERLING (A-1619) ~~N/A~~
Thomson (See A-436--D.COLO.,p.9)


JEANNE STRIZICH (A-1620)
King (See A-9--D.ALASKA.,p.3)


DIANA TABOR (A-1621)
Bremseth (See A-46--N.D.CAL.,p.4)


GAIL ARDMAN TAYLOR (A-1622) N/A
Meshbesher (See A-1268--D.MN.,p.30)


CORRECTED

Case MDL No. 631   Document 1   Filed 06/02/15   Page 99 of 107

E.D. VA. (CONT.)

MARGE TAYLOR (A-1623)
Hovland (See A-1846--D.HAWAII.,p.14)

LAVERNE TESCH (A-1624)
JAN TIMMONS (A-1625)
CATHERINE TUBB (A-1626)
Bremseth (See A-46--N.D.CAL.,p.4)

SANDRA UMSTATTD (A-1627) N/A
Friedberg (See A-1244--D.MN.,p.29)

KATHLEEN VACANTI (A-1628)
JENNIFER WAHL (A-1632)
Bremseth (See A-46--N.D.CAL.,p.4)

REBECCA WALD (A-1633) N/A
Meshbesher (See A-1268--D.MN.,p.30)

CATHY YVETTE WATERS (A-1634)
King (See A-9--D.ALASKA.,p.3)

LINDA WATTS (A-1635)
CHERYL WEAVER (A-1636)
Bremseth (See A-46--N.D.CAL.,p.4)

ROBERTA A. WELLS (A-1638) N/A
Janus (See A-1493, p.37)

PATRICIA WICKERSHAM (A-1640)
Hovland (See A-1846--D.HAWAII.,p.14)

COLLEEN WILLIAMS (A-1641)
Bremseth (See A-46--N.D.CAL.,p.4)

MARIA WINDBIGLER-FORSTER (A-1642) N/A
Thomson (See A-436--D.COLO.,p.9)

JANET WINDER (A-1643)
King (See A-9--D.ALASKA.,p.3)

PATRICIA D. ALEXANDER (A-1646)
Inga A. Watkins, Esq.
Brown, Brown & Watkins
320 N. Fayette St.
Alexandria, VA  22314

CATHY LANSDOWNE BEALL (A-1647) N/A
Rosso (See A-1210--D.MN.,p.29)

BARBARA BERGNER (A-1649)
Bricker (See A-1493, p.37)

WANDA LYNN BISHOP (A-1650) N/A
Rothstein (See A-1489, p.37)

E.D. VA. (CONT.)

DEBORAH L. BORNKESSEL (A-1651) N/A
BETTY LORENE BRAHAM (A-1652) N/A
JUDY BROWN (A-1653) N/A
CYNTHIA ANN BUSSINGER (A-1654) N/A
Meshbesher (See A-1268--D.MN.,p.29)

SANDY H. CASTO (A-1655) N/A
Thomson (See A-436--D.COLO.,p.9)

REBECCA CLAPP (A-1656) N/A
KATHLEEN CONNOR (A-1657) N/A
Meshbesher (See A-1268--D.MN.,p.30)

DEBORAH KAY DAVIS (A-1658) N/A
DIEDRE D. DEMPSEY (A-1659) N/A
Rothstein (See A-1489, p.37)

ELVIRA DIAZ (A-1660) N/A
Rosso (See A-1210--D.MN.,p.29)

WANDA CHERRY EVANS (A-1661) N/A
Rothstein (See A-1489, p.37)

CHERYL FARMER (A-1662)
Bricker (See A-1493, p.37)

SHARON LYNN FLESCHNER (A-1663) N/A
Rothstein (See A-1489, p.37)

SUSAN MARIE GAINES (A-1664) N/A
Meshbesher (See A-1268--D.MN.,p.30)

SHERRY GARNER (A-1665) N/A
Friedberg (See A-1244--D.MN.,p.29)

LINDA ROSANNE GASKILL (A-1666) N/A
Rothstein (See A-1489, p.37)

SHERRY B. GASKINS (A-1667) N/A
Friedberg (See A-1244--D.MN.,p.29)

LIANE GLADWIN (A-1668) N/A
KATE GRAY (A-1669) N/A
Rosso (See A-1210--D.MN.,p.29)

KAREN HAMMAR (A-1670) N/A
Friedberg (See A-1244--D.MN.,p.29)

ROSEMARY HANKINS (A-1671) N/A
Rosso (See A-1210--D.MN.,p.29)

FRANCES HATCHER (A-1673) N/A
Meshbesher (See A-1268--D.MN.,p.30)

CORRECTED

-41-

### E.D. VA. (CONT.)

VANESSA JEAN HEISLER (A-1674) N/A
Rothstein (See A-1489, p.37)

SUSAN D. HENKEL (A-1675) N/A
CATHY LYNNE HOLT (A-1677) N/A
Friedberg (See A-1244--D.MN.,p.29)

LINDA KRONENBERG (A-1679) N/A
Meshbesher (See A-1268--D.MN.,p.30)

DONNA JUNE LASKO (A-1680) N/A
Rothstein (See A-1489, p.37)

HENRIETTA PHILLIPS LEE (A-1682) N/A
Friedberg (See A-1244--D.MN.,p.29)

SUSAN GORDON LIGGETT (A-1684) N/A
Rothstein (See A-1489, p.37)

SUZANNE MARIE MACKLER (A-1686) ~~N/A~~
Thomson (See A-436--D.COLO.,p.9)

MARCIA CARIDAD G. MARTINEZ (A-1687) N/A
CONNIE MCKINNEY, ET AL. (A-1688) N/A
Friedberg (See A-1244--D.MN.,p.29)

CHERYL MILLER (A-1689)
Bricker (See A-1493, p.37)

MARTHA NUNES (A-1690)
Eisenbraun (See A-1195--D.MN.,p.29)

JACQUELINE POLLOCK (A-1692)
Bremseth (See A-46--N.D.Cal.,p.4)

RUTH MAASSEN POWERS (A-1693) N/A
HELEN QUINN (A-1695) N/A
DOROTHY RACHELS (A-1696) N/A
Friedberg (See A-1244--D.MN.,p.29)

LYNDA RYAN (A-1699) N/A
Janus (See A-1493, p.37)

LINDA SAMPSON (A-1700) N/A
Rosso (See A-1210--D.MN.,p.29)

FLORENCE ANTONIE SHUKIS (A-1701) N/A
NANCY STRINGER (A-1702) N/A
LUCILLE TAYLOR (A-1703) N/A
Friedberg (See A-1244--D.MN.,p.29)

MELINDA M. TUCKER (A-1704) N/A
Rothstein (See A-1489, p.37)

ANTONIE DE VAN MATRE (A-1705) N/A
Meshbesher (See A-1268--D.MN.,p.30)

### E.D. VA. (CONT.)

PATRICIA ANN VIVEROS (A-1706) N/A
Rothstein (See A-1489, p.37)

FRANCES S. WARD (A-1707) N/A
CHERYL ZUNIGA, ET AL. (A-1709)
Friedberg (See A-1244--D.MN.,p.29)

KAREN M. JOLES (A-1808) N/A
Daniel Hildebrand, Esq.
Carl Gulbrandsen, Esq.
Ross and Stevens
One S. Pinckney St.
Madison, WI 53703

BOBBIE SWAN (A-1866*) N/A
ELLEN MCCAIN (A-1867*) N/A
Meshbesher (See A-1268--D.MN.,p.30)

ARACELI HAMALAINEN (A-1892*) N/A
DEANNA COURTWRIGHT, ET AL. (A-1893*) N/A
NANCY ELLEN FERGUSON (A-1894*) N/A
Johnson (See A-1210--D.MN.,p.29)

BEVERLY QUINTON (A-1895*) N/A
Friedberg (See A-1244--D.MN.,p.29)

DENISE ANDERSON (A-1896*) N/A
NANCY KAY LEE (A-1897*) N/A
Rosso (See A-1210--D.MN.,p.29)

LINDA SIMONS (A-1898*) N/A
VICTORIA GRIFFITH, ET AL. (A-1899*) N/A
Johnson (See A-1210--D.MN.,p.29)

ELAINE SAUNDERS, ET AL. (A-1900*) N/A
Janus (See A-1493, p.37)

DEBORAH S. ANDRILENAS (A-1901*) N/A
Johnson (See A-1210--D.MN.,p.29)

NANCY KIESLER, ET AL. (A-1902*) N/A
HAZEL JEAN DANIELS (A-1903*) N/A
SHEILA CONRAD, ET AL. (A-1904*) N/A
PAMELA CHAPMAN (A-1905*) N/A
BARBARA D. BOYHER (A-1906*) N/A
MARIE A. BRADLEY (A-1907*) N/A
GWENDOLYN SANDERS (A-1908*) N/A
JUNE CAULEY (A-1909*) N/A
Janus (See A-1493, p.37)

### W.D. WASHINGTON

NANCY BEALS (A-1732)
PEGGY ELLINGTON (A-1733)
JANET ENEWOLD (A-1734)
Bremseth (See A-46--N.D.Cal.,p.4)

CORRECTED

-42-

**W.D. WASH. (CONT.)**

VICTORIA HUTSELL (A-1735)
Anthony W. Dougherty, Esq.
Kangianis & Austin
2120 Pacific Bldg.
Seattle, WA 98104

KAREN MASK (A-1736)
JEANETTA ROBERSON (A-1737)
Bremseth (See A-46--N.D.CAL.,p.4)

DOLORES TAYLOR (A-1738) N/A
Johnson (See A-1210--D.MN.,p.29)

LAUREN THOMAS (A-1739)
PAMELA TORGENSON (A-1740)
Bremseth (See A-46--N.D.CAL.,p.4)

DONNA WILLS (A-1741) N/A
Johnson (See A-1210--D.MN.,p.29)

CYNDEE ALAUEKIOS (A-1742)
KATIE ANDERSON (A-1743)
Bremseth (See A-46--N.D.CAL.,p.4)

JERELENE ARMSTEAD (A-1744)
Post (See A-4--N.D.ALA.,p.3)

LAURA BROWNING (A-1745)
SUSAN DALANEY (A-1746)
CATHERINE GITCHELL (A-1747)
Bremseth (See A-46--N.D.CAL.,p.4)

BEVERLY GODDARD (A-1748) N/A
Johnson (See A-1210--D.MN.,p.29)

ANNIE HANSEN (A-1749)
LILLIAN HOWELL (A-1750)
Bremseth (See A-46--N.D.CAL.,p.4)

NORMAN MARSH (A-1751)
J. Richard Creatura, Esq.
Post Office Box 1157
Tacoma, WA 98401

WILMA MCNULTY (A-1752)
Bremseth (See A-46--N.D.CAL.,p.4)

CAROL OLMSTEAD (A-1753) N/A
Johnson (See A-1210--D.MN.,p.29)

CINDY RANDOLPH (A-1754)
KAREN SMOLAR (A-1755)
Bremseth (See A-46--N.D.CAL.,p.4)

**W.D. WASH. (CONT.)**

JOYCE SPRAGUE (A-1756) N/A
Johnson (See A-1210--D.MN.,p.29)

DOROTHY WEILER (A-1757)
MARGARET YATES (A-1758)
Bremseth (See A-46--N.D.CAL.,p.4)

CLARENE BYRD (A-1759) N/A
MARIE EATON (A-1760) N/A
Johnson (See A-1210--D.MN.,p.29)

SUSAN GESE (A-1761)
ALICE GRATER (A-1762)
BARBARA MAIER (A-1763)
NANCY MELARY (A-1764)
Bremseth (See A-46--N.D.CAL.,p.4)

CAROL PEMBERTON (A-1765)
Post (See A-4--N.D.ALA.,p.3)

MELINDA SCHELLHASE (A-1766)
Bremseth (See A-46--N.D.Cal.,p.4)

LAURIE STRADER (A-1767)
Post (See A-4--N.D.ALA.,p.3)

LINDA WEAVER-FOX (A-1768) N/A
KATHLEEN BOWLER (A-1769) N/A
Johnson (See A-1210--D.MN.,p.29)

SOLVEIG CALHOUN (A-1770)
Bremseth (See A-46--N.D.CAL.,p.4)

CHERYL CHAMBERS (A-1771) N/A
N. Joseph Lynch, Esq.
Lynch & Lynch
Heritage Fed'l Savings & Loan Bldg.
Fifth and Columbia
Olympia, WA 98501

ZELODIOUS CROCKRELL (A-1772) N/A
Allan R. Wales, Esq.
Hay & Wales
1402 Norton Bldg.
Seattle, WA 98104

-43-

## W.D. WASH. (CONT.)

KATHLEEN CURTIS (A-1773)
KATHLEEN CUSHAM (A-1774)
TERRIE GOODMAN (A-1775)
DONNA HOBSON (A-1776)
CYNTHIA IVES (A-1777)
MARY MCGUIRE (A-1778)
PHYLLIS MORELAND (A-1779)
CONNIE MOSS (A-1780)
PAMELA SMITH (A-1782)
RITA SQUIRES (A-1783)
SHERYL ARENDS (A-1784) N/A
Bremseth (See A-46--N.D.CAL.,p.4)


REBECCA BOLLAERT (A-1785) N/A
Johnson (See A-1210--D.MN.,p.29)


MARY BREWER (A-1786)
Bremseth (See A-46--N.D.CAL.,p.4)


GERAL BURDMAN (A-1787) N/A
SANDRA DIKEMAN (A-1788)
KATHRYN DUVALL (A-1789)
MARCIA EAST (A-1790)
Bremseth (See A-46--N.D.CAL.,p.4)


GRACE E. ERSKINE (A-1791) N/A
James C. Dudley, Esq.
3569 N.W. Lowell
Post Office Box 2487
Silverdale, WA  98383


SUSAN GOLDEN (A-1792) N/A
Ronald H. Mentele, Esq.
Helsell, Fetterman, Martin, Todd &
Hokanson
Post Office Box 21846
Seattle, WA  98111


EVELYN HANSEN (A-1793)
SHARON HOLDEN (A-1794)
MARY KELLEY (A-1795)
PAULA MCCARTHY (A-1796)
DEBORAH MUELLER (A-1797)
ROBERTA PROUDFOOT (A-1798)
ROBECCA SUMNER (A-1799)
ROBYN LYNN TARBET (A-1800)
Bremseth (See A-46--N.D.CAL.,p.4)


SUSAN WEDYKE (A-1801) N/A
RIKA WITHNER (A-1802) N/A
Johnson (See A-1210--D.MN.,p.29)


KAREN CRENSHAW (A-1803)
Post (See A-4--N.D.ALA.,p.3)

## E.D. WASHINGTON

NORMA BAILEY (A-1711)
Bremseth (See A-46--N.D.CAL.,p.4)


BERNICE BARKER (A-1712) N/A
Wales (See A-1771--W.D.WASH.,p.2)


JOY BASSELL (A-1713)
KATHERINE CATE (A-1714)
LISA COURCHAINE (A-1715)
CATHERINE CRAWFORD (A-1716)
KARLA ENSMINGER (A-1717)
Bremseth (See A-46--N.D.CAL.,p.4)


VICKI FAIRBANKS (A-1718)
Mullin (See A-6--D.IDAHO.,p.15)


MARY GILBERT (A-1719)
BARBARA GOVEDARE (A-1720)
PATRICIA GRIGAJTIS (A-1721)
ELIZABETH HUGHES (A-1722)
SUSAN KARSTETTER (A-1723)
Bremseth (See A-46--N.D.CAL.,p.4)


PAULA KENWORTHY (A-1724)
JEANNIE J. KINTNER (A-1725)
Constance D. Gould, Esq.
1170 Seafirst Fin. Center
Spokane, WA  99201


SUSAN SCHARFF (A-1726)
Bremseth (See A-46--N.D.CAL.,p.4)


DIANE SHJERVE (A-1727)
Meriwether D. (Mike) Williams, Esq.
Winston & Cashatt
19th Flr., Seafirst Financial Ctr.
Spokane, WA  99201


SALLY SMITH (A-1728)
MARGUERITE WINKEL (A-1729)
SUSAN WOOD (A-1730)
LAURIE YANEZ (A-1731)
Bremseth (See A-46--N.D.CAL.,p.4)


MARY JO SPADONI (A-1804)
Gould (See A-1724)

CORRECTED

-44-

### N.D. WEST VIRGINIA
MARY E. WILLIAMS (A-1805) N/A
Monty L. Preiser, Esq.
Preiser and Wilson
1012 Kanawha Blvd. East
Post Office Box 2506
Charleston, WV 25329

### E.D. WISCONSIN
ANGELA ROSE BIGLEY (A-1806)
John A. Cochrane, Esq.
Cochrane & Bresnahan, P.A.
24 E. Fourth St.
St. Paul, MN 55101

SHERRY LEE VAN EREM (A-1811)
Post (See A-4--N.D.ALA.,p.3)

LOUISE N. WRIGHT (A-1812) N/A
Frank R. Terschen, Esq.
Frisch, Dudek & Slattery
825 N. Jefferson St.
Milwaukee WI 53202-5495 *(See A 706--S.IND., p.15)*

CAROL ZIEGLER (A-1813)
MARILYN PSKET (A-1814)
NANCY MARIE BOOTH (A-1815)
CAROL ANN LITTLE (A-1816)
PEGGY ANN WUEST (A-1817)
CHRYSEN MUMMA (A-1818)
CAROLYN R. MURRAY (A-1819)
MAUREEN ACKLEY (A-1820)
LINDA KIVELL (A-1821)
RHODA WATSON (A-1822)
JANE L. SWEENEY (A-1823)
JUNE H. HART (A-1824)
LUCILLE MILLENDER (A-1825)
MARTHA JANE MANOLL (A-1826)
EMILY D. SULVER (A-1827)
Cochrane (See A-1806)

### W.D. OF WISCONSIN
SUSAN W. BRINK (A-1807) N/A
Curtis M. Kurkhuff, Esq.
Habush, Habush & Davis
217 S. Hamilton Bldg., Ste. 500
Madison, WI 53703

LINDA V. MILLER (A-1809) N/A
Terschen (See A-1812)
*Ramsey (See A.706--S.IND., p.15)*

### W.D. WISC. (CONT.)
CAROL A. NAKFOOR -- A-1810) N/A
Dona J. Merg, Esq.
Smith, Chvala & Merg
131 W. Wilson St., Suite 230
Madison, WI 53703

### D. WYOMING
JILL JENSEN (A-1828)
Richard Rideout, Esq.
Vines, Rideout, Gusea & White, P.C.
508 East 19th Street
Post Office Box 1368
Cheyenne, WY  82003

JPML FORM 3

p. __1__

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __631__ -- In re A. H. Robbins Co., Inc. "Dalkon Shield" IUD Products
Liability Litigation (No. II)

| Name of Party | Named as Party in Following Actions |
|---|---|
| A. H. ROBINS CO., INC. | |
| | |
| | |
| HUGH J. DAVIS, M.D. | 52; 53; 62; 63; 64; 70; 73; 75; 76; 77; 81; 83; 85; 87; 88; 69; 89; 90; 406; 315; 317; 282; 1833; 1834; 1835; 318; 1836; 1837; 1839; 1840; 66; 1841; 641; 1862; 769; 770; 771; 772; 773; 774; 775; 776; 777-785; 786-794; 795-811; 813-819; 821; 827; 822; 823; 824; 825; 828-830; 831-839; 840-848; 849-857; 858-865; 866-874; 875-882; 893; 890; 891; 889; 888; 886; 885; 884; 920; 919; 918; 917; 916; 915; 914; 912; 911; 910; 909; 908; 907; 906; 905; 896-904; 1021; 1020; 1019; 1018; 1017; 1016; 1015; 1013; 1004-1012; 995-1003; 994; 993; 992; 991; 990; 988; 987; 986; 985; 984; 983; 981; 980; 979; 978; 977; 968-976; 965; 966; 964; 963; 962; 961; 960; 959; 957; 954-955; 949; 948; 939-947; 930-938; 924-929; 922; 921; 895; 894; 900; 965; 1850; 1851; 1852; 1853; 1399; 1806; 1813-1818; 1819-1827 |
| | |
| | |
| IRWIN S. LERNER | 52; 53; 62; 63; 64; 70; 73; 75; 76; 77; 81; 83; 85; 87; 88; 69; 89; 90; 315; 282; 1833; 1834; 1835; 318; 1836; 1837; 66; 641; 1862 |
| | |
| | |

p. 631

| | |
|---|---|
| PEE WEE MOLDING CORP. | 52; 53; 62; 63; 64; 70; 73; 75; 76; 77; 81; 83; 85; 87; 88; 69; 89; 90; 315; 317; 282; 1833; 1834; 1835; 318; 1836; 1837; 1839; 1840; 66; 641 |
| | |
| | |
| | |
| AETNA CASUALTY AND SURETY CO. | 620; 1845; 603; 608; 622; 623; 619; 617; 629; 604; 605; 609; 586; 591; 588; 590; 581; 583; 594; 595; 596; 602; 625; 625; 587; 758; 765; 755; 764; 1806; 1815; 1813; 1810; 1814; 1816; 1817; 1818; 1819 - 1827 |
| | |
| THAD EARL | 641 |
| | |
| G. D. SEARLE | 480; 432; 431; 1092 |
| | |
| U.S.A. | A-1464 |

JPML FORM 3

p. 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 631 -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| THE DALKON CORP. | 84 |
| DLK CORP. | 1839; ~~5~~ 624 |
| DONALD R. OSTERGARD | 1838; 641 |
| MULLEN & HAYNES CO. | 743; 738; 739 |
| CROCKER-FELS CO. | 743; 739 |
| DR. CLARK A. FRAZER | 260 |
| FRED A CLARK | 1399 |
| ALAN LAW, MD. | 1326 |
| WEST FALPARK MEDICAL CENTER | 1326 |
| E. CLAIBORN ROBINS, SR. | 1806; 1813-1818; 1819-1827 |
| E. CLAIBORN ROBISON, JR. | 1806; 1813-1818; 1819-1827 |

p. 4

| | |
|---|---|
| RICHARD FULLERTON | 1326 |
| BROWNSVILLE MEDICAL CENTER | 1464 |
| DR. JESUS CAQUIAS | 1464 |
| DR. CHARLES FRAZER - Dc·P | |
| ALAN WILLNER, M.D. | |
| | |
| | |
| | |
| | |
| | |
| | |